**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02894-BNB

JASON BROOKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
DAVID OBA,
PATRICK BLAKE,
ANGIE TURNER,
CORRECTIONS CORPORATION OF AMERICA,
DEBRA FOSTER,
JULIE RUSSELL,
KATHY HOWELL,
TIM CREANY,
ANTHONY DECESARO,
PAUL CLINE,
LOU ARCHULETTA,
YVETTE BROWN,
DAVID TESSIERE,
RICK RAEMISCH,
DOLORES MONTOYA, and
RON WAGER,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the motion for the status of this case (ECF No. 12) filed on February 5, 2013. The motion is GRANTED in part and DENIED in part. To the extent Plaintiff is asking when the Court will rule on his case, the request is GRANTED. The Court will rule on Plaintiff's case in due course.

    To the extent Plaintiff's request for a case status is a request for a free copy of the docket sheet in this action, the request is DENIED. Plaintiff may obtain copies of the docket sheet and electronic documents filed in this action at a cost of $.50 per page paid in advance. Plaintiff is advised to keep his own copies of any documents that he files with the Court because the Court's electronic filing system does not allow the Court to maintain paper copies.

Dated:  February 7, 2014

_____