IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02894-CBS

JASON BROOKS,

        Plaintiff,

v.

DAVID OBA,
PATRICK BLAKE,
ANGIE TURNER,
CORRECTIONS CORPORATION OF AMERICA,
DEBRA FOSTER,
JULIE RUSSELL,
KATHY HOWELL,
TIM CREANY,
DAVID TESSIERE,
DOLORES MONTOYA, and
TRUDY SICOTTE,

        Defendants.

---

ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

Magistrate Judge Shaffer

        This matter comes before the court for service of the Second Amended Prisoner Complaint [Doc. 68] on Defendant Trudy Sicotte. Pursuant to the Order Referring Case dated July 1, 2014 [Doc. 44], this case was referred to the Magistrate Judge. On October 24, 2013, Mr. Brooks was granted permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. [*See* Doc. 5]. It is now

        ORDERED that, if appropriate, pursuant to supplemental information provided by Mr. Brooks, the Clerk of the Court shall attempt to obtain a waiver of service from Defendant Trudy Sicotte at Fremont Correctional Facility, P.O. Box 999, Canon City, CO 81215. If the Clerk is

unable to do so, the United States Marshal shall serve a copy of the Second Amended Prisoner Complaint [Doc. 68] and summons upon Defendant Sicotte. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that, following service of process upon her, Defendant Sicotte shall respond to the Second Amended Prisoner Complaint [Doc. 68] in accordance with the Federal Rules of Civil Procedure.

DATED at Denver, Colorado, this 19th day of May, 2015.

BY THE COURT:

  s/Craig B. Shaffer_____
United States Magistrate Judge