IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:13-cv-02894-CBS

JASON BROOKS,

    Plaintiff,

v.

DAVID OBA, PATRICK BLAKE, ANGIE TURNER, CORRECTIONS CORPORATION OF AMERICA, JULIE RUSSELL, KATHY HOWELL, DAVID TESSIERE and TRUDY SICOTTE,

    Defendants.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 54 and Fed.R.Civ.P. 58 and the Orders entered during the course of proceedings in this case, the following FINAL JUDGMENT is hereby entered.

I.  PURSUANT to and in accordance with the Order entered by the Honorable Craig B. Shaffer on November 21, 2016 , incorporated herein by reference, it is

ORDERED that final judgment is hereby entered in favor of Defendants, Dr. David Oba, Dr. Patrick Blake, Angie Turner, Corrections Corporation of America, Julie Russell, Kathy Howell, David Tessiere, and Trudy Sicotte, and against Plaintiff, Jason Brooks.  It is

FURTHER ORDERED that Defendants shall be awarded their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C. COLO. LCivR 54.1.

DATED at Denver, Colorado this 21st  day of November, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/N. Marble
N. Marble,
Deputy Clerk