IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02894-CBS

JASON BROOKS,

       Plaintiff,

v.

DAVID OBA,
PATRICK BLAKE,
ANGIE TURNER,
CORRECTIONS CORPORATION OF AMERICA,
JULIE RUSSELL,
KATHY HOWELL,
DAVID TESSIERE, and
TRUDY SICOTTE,

       Defendants.

**ORDER DENYING LEAVE TO PROCEED ON APPEAL
PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24**

Magistrate Judge Craig B. Shaffer

       This matter comes before the court on Plaintiff's Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 (Doc. 162). The court has examined the file and determined that the motion must be denied. Pursuant to 28 U.S.C. § 1915(a)(3), the court finds that this appeal is not taken in good faith because Plaintiff has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the appeal.

       Accordingly, it is ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 (Doc. 162) is DENIED.

Dated at Denver, Colorado this 9th day of December, 2016.

BY THE COURT:

*s/ Craig B. Shaffer*
United States Magistrate Judge
District of Colorado