**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**September 8, 2021**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

JASON BROOKS,

Plaintiff - Appellant,

v.

COLORADO DEPARTMENT OF CORRECTIONS; JULIE RUSSELL; KATHY HOWELL; DAVID TESSIER,

Defendants - Appellees.

No. 19-1390
(D.C. No. 1:13-CV-02894-SKC)
(D. Colo.)

---

**JUDGMENT**

---

Before **TYMKOVICH**, Chief Judge, **BRISCOE**, and **MURPHY**, Circuit Judges.

---

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed in part, dismissed and part and reversed in part. The case is remanded to the United States District Court for the District of Colorado for further proceedings in accordance with the opinion of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk