IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02894-SKC

JASON BROOKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
JULIE RUSSELL,
KATHY HOWELL, and
DAVID TESSIER,

    Defendants.

**THE PARTIES' JOINT MOTION
FOR A TWO-DAY ENLARGEMENT OF TIME
TO SUBMIT PROPOSED JURY INSTRUCTIONS**

    Plaintiff Jason Brooks, by and through his counsel, and Defendants Colorado Department of Corrections, Julie Russell, Kathy Howell and David Tessier, by and through the Colorado Attorney General, respectfully request a two-day extension of time for the parties to submit their proposed jury instructions in the above-captioned. The parties state the following in support thereof.

    1.    On July 15, 2022, the Court set a Final Pretrial Conference in the above-captioned matter. (Doc. No. 346.) Pursuant to the Court's Consent Case Practice and Trial Preparation Order, the Proposed Jury Instructions and Proposed Verdict Form are due on August 30, 2022 (fourteen days prior to the Final Pretrial Conference). (Doc. No. 298 at 10.)

    2.    Counsel for Defendants is still preparing their proposed jury instructions. A new attorney in the office (Kelley M. Dziedzic) has been assigned to the case in a lead or co-lead role

1

due to her extensive trial experience. While she has been working diligently working to get up to speed on the case and has made significant work on preparing Defendants' proposed jury instructions, Defendants require a brief, two-day extension of time to submit their proposed jury instructions and proposed verdict form.

3.     Because the parties believe that it would be advisable and most workable for all parties to submit the proposed jury instructions at the same time, Plaintiff also requests the same two-day extension.

4.     If granted, the new proposed jury instruction deadline would be **September 1, 2022**, or twelve days before the Final Pretrial Conference.

WHEREFORE, the Plaintiff and Defendants respectfully request that the Court enlarge the deadline for submitting the Proposed Jury Instructions and Proposed Verdict Forms by two-days, to September 1, 2022.

Respectfully submitted on August 30, 2022.

| | |
|---|---|
| *s/ Kevin D. Homiak*<br>Kevin D. Homiak<br>HOMIAK LAW LLC<br>1001 Bannock Street, Suite 238<br>Denver, Colorado 80204<br>(505) 385-2614<br>kevin@homiaklaw.com<br><br>and<br><br>Athul K. Acharya<br>PUBLIC ACCOUNTABILITY<br>P.O. Box 14672<br>Portland, OR 97293<br>503-383-9492<br>athul@pubaccountability.org<br><br>*Attorneys for Plaintiff Jason Brooks* | PHILIP J. WEISER<br>Attorney General<br><br>*/s/ Joshua G. Urquhart*<br>JOSHUA G. URQUHART*<br>Senior Assistant Attorney Generals<br>KELLEY M. DZIEDZIC*<br>RACHEL M. LIEB*<br>Assistant Attorneys General<br>*Counsel of Record<br>Civil Litigation & Employment Law Section<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203<br>Telephone: 720-508-6000<br>Facsimile: 720-508-6032<br>E-mail: kelley.dziedzic@coag.gov,<br>rachel.lieb@coag.gov,<br>joshua.urquhart@coag.gov<br>*Attorneys for Defendants Colorado Department of Corrections, Julie Russell, Kathy Howell, and David Tessier* |