IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02894-SKC

JASON BROOKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
JULIE RUSSELL,
KATHY HOWELL, and
DAVID TESSIER,

    Defendants.

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendants Colorado Department of Corrections, Julie Russell, Kathy Howell, and David Tessier.

DATED at Denver, Colorado this 30th day of August, 2022.

PHILIP J. WEISER
Attorney General

*s/ Kelley Dziedzic*
KELLEY DZIEDZIC,*
Assistant Attorney General
Civil Litigation & Employment Section
*Attorneys for CDOC Defendants*
1300 Broadway, Tenth Floor
Denver, CO 80203
Telephone: (720) 508-6000
FAX: (720) 508-6032
E-Mail: Kelley.Dziedzic@coag.gov
*Counsel of Record