IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02894-SKC

JASON BROOKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
JULIE RUSSELL,
KATHY HOWELL, and
DAVID TESSIER,

    Defendants.

## DEFENDANTS' PROPOSED VERDICT FORM

We, the jury, present our Answers to Questions submitted by the Court, to which we have unanimously agreed:

### Part A:
### LIABILITY FOR VIOLATIONS OF THE AMERICANS WITH DISABILITIES ACT

*Please read this section carefully. You must respond to Question Nos. 1-4.*

**Question No. 1**: Did Plaintiff Jason Brooks prove, by a preponderance of the evidence, the elements of his ADA Failure to Accommodate Claim against Defendant Colorado Department of Corrections, as set forth in Instruction No. ___?

_____ Yes          _____ No

**Question No. 2**: Did Plaintiff Jason Brooks prove, by a preponderance of the evidence, the elements of his ADA Failure to Accommodate Claim against Defendant Julie Russell, as set forth in Instruction No. ___?

_____ Yes          _____ No

**Question No. 3**: Did Plaintiff Jason Brooks prove, by a preponderance of the evidence, the elements of his ADA Failure to Accommodate Claim against Defendant Kathy Howell, as set forth in Instruction No. ___?

_____ Yes          _____ No

**Question No. 4**: Did Plaintiff Jason Brooks prove, by a preponderance of the evidence, the elements of his ADA Failure to Accommodate Claim against Defendant David Tessier, as set forth in Instruction No. ___?

_____ Yes          _____ No

*If you answered "Yes" to any of the questions set forth above, proceed to Part B below. If you answered "No" to Question Nos. 1-4, skip Part B and sign and date the verdict form.*

## Part B: DAMAGES

*Answer the questions in this section only if you are returning a verdict in favor of Plaintiff Jason Brooks on one or more of the questions in Part A above. Answer the following questions only with regard to those Defendant(s) against whom you have found in favor of Plaintiff Jason Brooks.*

**Question 10:** What amount of damages do you award to Plaintiff Jason Brooks, if any, to reasonably and fairly compensate him for his claimed injuries on the claims for which you found a verdict in favor of him and against one or more Defendants?

Total amount of compensatory damages     $_____

**Question 11:** What percentage of the foregoing damages award do you allocate to each Defendant?  The percentages below should add up to 100 percent.  **If you found one or more, but not all, of the Defendants liable, please mark "NA" in the blank corresponding to the Defendant or Defendants for which you found no liability.**

Defendant Colorado Department of Corrections        _____ %

Defendant Julie Russell                              _____ %

Defendant Kathy Howell                               _____ %

Defendant David Tessier                              _____ %

**Please sign and date this Verdict Form on the lines provided below**.


_____        _____
Date                                  Foreperson