IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02894-SKC

JASON BROOKS,

     Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
JULIE RUSSELL,
KATHY HOWELL, and
DAVID TESSIER,

     Defendants.

---

**PLAINTIFF JASON BROOKS'S
PROPOSED VERDICT FORM**

---

We, the jury, present our Answers to Questions submitted by the Court, to which we have unanimously agreed:

**Part A:
LIABILITY FOR VIOLATIONS OF THE AMERICANS WITH DISABILITIES ACT**

*Please read this section carefully. You must respond to Question Nos. 1-4.*

**Question No. 1**: Did Plaintiff Jason Brooks prove, by a preponderance of the evidence, the elements of his ADA Failure to Accommodate Claim against Defendant Colorado Department of Corrections, as set forth in Instruction No. ___?

_____ Yes           _____ No

**Question No. 2**: Did Plaintiff Jason Brooks prove, by a preponderance of the evidence, the elements of his ADA Failure to Accommodate Claim against Defendant Julie Russell, as set forth in Instruction No. ___?

_____ Yes           _____ No

**Question No. 3**: Did Plaintiff Jason Brooks prove, by a preponderance of the evidence, the elements of his ADA Failure to Accommodate Claim against Defendant Kathy Howell, as set forth in Instruction No. \_\_\_?

\_\_\_\_\_ Yes          \_\_\_\_\_ No

**Question No. 4**: Did Plaintiff Jason Brooks prove, by a preponderance of the evidence, the elements of his ADA Failure to Accommodate Claim against Defendant David Tessier, as set forth in Instruction No. \_\_\_?

\_\_\_\_\_ Yes          \_\_\_\_\_ No

*If you answered "Yes" to any of the questions set forth above, proceed to Part B below. If you answered "No" to Question Nos. 1-4, skip Part B and sign and date the verdict form.*

### Part B: DAMAGES

*Answer the questions in this section only if you are returning a verdict in favor of Plaintiff Jason Brooks on one or more of the questions in Part A above. Answer the following questions only with regard to those Defendant(s) against whom you have found in favor of Plaintiff Jason Brooks*

**Question 10:** What amount of damages do you award to Plaintiff Jason Brooks, if any, to reasonably and fairly compensate him for his claimed injuries on the claims for which you found a verdict in favor of him and against one or more Defendants?

Defendant Colorado Department of Corrections          $_____

Defendant Julie Russell          $_____

Defendant Kathy Howell          $_____

Defendant David Tessier          $_____

**Please sign and date this Verdict Form on the lines provided below**.


_____          _____
Date                              Foreperson