IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02894-SKC

JASON BROOKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
JULIE RUSSELL,
KATHY HOWELL, and
DAVID TESSIER,

    Defendants.

## THE PARTIES' JOINT MOTION FOR AN EXTENSION OF TIME TO SUBMIT AMENDED PROPOSED JURY INSTRUCTIONS

Plaintiff Jason Brooks, by and through his counsel, and Defendants Colorado Department of Corrections, Julie Russell, Kathy Howell, and David Tessier, by and through the Colorado Attorney General, respectfully request an extension of time up to and including September 6, 2022, for the Parties to submit amended proposed jury instructions in the above-captioned matter. The Parties state the following in support thereof.

1.    On July 15, 2022, the Court set a Final Pretrial Conference in the above-captioned matter. (Doc. No. 346.) Pursuant to the Court's Consent Case Practice and Trial Preparation Order, the Proposed Jury Instructions and Proposed Verdict Form were initially due on August 30, 2022 (fourteen days prior to the Final Pretrial Conference). (ECF 298 at 10.)

2. On August 30, 2020, the Parties filed a Joint Motion for Two-Day Enlargement of Time to File Proposed Jury Instructions, which the Court granted the following day. (ECF 348, 350.)

3. The Parties timely submitted their stipulated jury instructions, proposed jury instructions, and verdict forms on September 1, 2022. (ECF 351-355.)

4. After the Parties submitted their jury instructions, counsel began discussing the possibility of dismissing Mr. Brooks's claims against Defendants Julie Russell, Kathy Howell, and David Tessier—which would leave the Colorado Department of Corrections as the only defendant at trial.

5. Although the details of that dismissal are still being negotiated, the Parties expect to file a notice of dismissal early next week and, in any case, before the Pretrial Conference scheduled for September 13, 2022.

6. Given that the dismissal of Defendants Russell, Howell, and Tessier would greatly simplify and streamline the issues for trial, the Parties would like the opportunity to submit amended proposed jury instructions and verdict forms that reflect the change in defendants.

7. If granted, the new proposed jury instruction deadline would be **September 6, 2022**, or seven days before the Final Pretrial Conference.

8. This extension would not cause any undue prejudice to the Court or the Parties, given that there is no trial date, and that the new deadline would still leave the Court and the Parties with a full week to review the amended proposed jury instructions and verdict forms.

9. Indeed, permitting the Parties the opportunity to submit amended proposed jury instructions and a verdict form will make the Pretrial Conference more efficient and productive,

as the Court and the Parties will have proposed instructions and verdict forms that accurately reflect Mr. Brooks's claim against the remaining defendant.

WHEREFORE, the Plaintiff and Defendants respectfully request that the Court enlarge the deadline for submitting the Proposed Jury Instructions and Proposed Verdict Forms to September 6, 2022, so that the Parties may submit amended proposed jury instructions and verdict forms.

Respectfully submitted on September 2, 2022.

| | |
|---|---|
| *s/ Kevin D. Homiak* | PHILIP J. WEISER |
| Kevin D. Homiak | Attorney General |
| HOMIAK LAW LLC | |
| 1001 Bannock Street, Suite 238 | */s/ Joshua G. Urquhart* |
| Denver, Colorado 80204 | JOSHUA G. URQUHART* |
| (505) 385-2614 | Senior Assistant Attorney Generals |
| kevin@homiaklaw.com | KELLEY M. DZIEDZIC* |
| | RACHEL M. LIEB* |
| and | Assistant Attorneys General |
| | Civil Litigation & Employment Law Section |
| Athul K. Acharya | 1300 Broadway, 10th Floor |
| PUBLIC ACCOUNTABILITY | Denver, Colorado 80203 |
| P.O. Box 14672 | Telephone: 720-508-6000 |
| Portland, OR 97293 | Facsimile: 720-508-6032 |
| 503-383-9492 | E-mail: kelley.dziedzic@coag.gov, |
| athul@pubaccountability.org | rachel.lieb@coag.gov, |
| | joshua.urquhart@coag.gov |
| *Attorneys for Plaintiff Jason Brooks* | *Attorneys for Defendants Colorado Department of Corrections, Julie Russell, Kathy Howell, and David Tessier* |