IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02894-SKC

JASON BROOKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
JULIE RUSSELL,
KATHY HOWELL, and
DAVID TESSIER,

    Defendants.

## STIPULATED MOTION TO DISMISS CLAIMS AGAINST DEFENDANTS JULIE RUSSELL, KATHY HOWELL, AND DAVID TESSIER WITHOUT PREJUDICE

Plaintiff Jason Brooks and Defendants Colorado Department of Corrections (the "CDOC"), Julie Russell, Kathy Howell, and David Tessier, by and through their undersigned attorneys, hereby move this Honorable Court for an Order dismissing without prejudice Ms. Russell, Ms. Howell, and Mr. Tessier as named defendants,

AND AS GROUNDS THEREFORE, state as follows:

1.    Mr. Brooks filed this lawsuit on October 23, 2013, against the CDOC, Ms. Russell, Ms. Howell, and Mr. Tessier, among other defendants.

2.    Currently, Mr. Brooks's remaining claims are against the CDOC, Ms. Russell, Ms. Howell, and Mr. Tessier for violations of Title II of the Americans with Disabilities Act (the "ADA").

3.      The CDOC acknowledges and agrees that to the extent the acts or omissions of Ms. Russell, Ms. Howell, Mr. Tessier, or any other CDOC employee or official within the scope of their employment at the CDOC constitute violations of the ADA, the CDOC will be vicariously liable for such potential violations.

4.      As a result, the Parties request that Mr. Brooks's claims against Ms. Russell, Ms. Howell, and Mr. Tessier be dismissed without prejudice, so that the sole remaining claim would be Mr. Brooks's ADA claim against the CDOC.

5.      The Parties stipulate that this dismissal does not affect in any way Mr. Brooks's ability to argue that the CDOC is vicariously liable for any acts, omissions, or alleged violations of the ADA by Ms. Russell, Ms. Howell, Mr. Tessier, or any other CDOC employee or official within the scope of their employment at the CDOC.

6.      The Parties also stipulate that this dismissal does not affect in any way Mr. Brooks's claims for compensatory damages, attorney's fees, costs, or any other available damages or remedies available under the law against the CDOC.

7.      Finally, Ms. Russell, Ms. Howell, Mr. Tessier, and Mr. Brooks each agrees to bear its own attorney's fees and costs incurred in connection with the dismissed claims.

WHEREFORE, Mr. Brooks, the CDOC, Ms. Russell, Ms. Howell, and Mr. Tessier respectfully move this Honorable Court for an order approving this Stipulation and dismissing without prejudice Ms. Russell, Ms. Howell, and Mr. Tessier as named defendants in this litigation.

Respectfully submitted on September 6, 2022.

<div style="display: flex;">

<div>

*s/ Kevin D. Homiak*
Kevin D. Homiak
HOMIAK LAW LLC
1001 Bannock Street, Suite 238
Denver, Colorado 80204
 (505) 385-2614
kevin@homiaklaw.com

and

Athul K. Acharya
PUBLIC ACCOUNTABILITY
P.O. Box 14672
Portland, OR 97293
503-383-9492
athul@pubaccountability.org

*Attorneys for Plaintiff Jason Brooks*

</div>

<div>

PHILIP J. WEISER
Attorney General

*/s/ Joshua G. Urquhart*
JOSHUA G. URQUHART*
Senior Assistant Attorney Generals
KELLEY M. DZIEDZIC*
RACHEL M. LIEB*
Assistant Attorneys General
Civil Litigation & Employment Law Section
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 720-508-6000
Facsimile: 720-508-6032
E-mail: kelley.dziedzic@coag.gov,
rachel.lieb@coag.gov,
joshua.urquhart@coag.gov

*Attorneys for Defendants Colorado Department of Corrections, Julie Russell, Kathy Howell, and David Tessier*

</div>

</div>