IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02894-SKC

JASON BROOKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

**THE PARTIES' JOINT MOTION
FOR A ONE-DAY ENLARGEMENT OF TIME
TO SUBMIT PROPOSED FINAL PRETRIAL ORDER**

    Plaintiff Jason Brooks, by and through his counsel, and Defendant Colorado Department of Corrections ("CDOC"), by and through the Colorado Attorney General, respectfully request a one-day extension of time for the parties to submit their proposed pretrial order in the above-captioned. The parties state the following in support thereof.

    1.    On July 15, 2022, the Court set a Final Pretrial Conference in the above-captioned matter. (Doc. No. 346.) Pursuant to the Court's Consent Case Practice and Trial Preparation Order, the proposed pretrial order is due on September 6, 2022 (seven days prior to the Final Pretrial Conference). (Doc. No. 298 at 6.)

    2.    Counsel for CDOC is still preparing their portions of the Proposed Final Pretrial Order. While they have been working diligently to prepare those portions of the Proposed Final Pretrial Order, counsel was out of town over the holiday weekend and was unexpectedly delayed

1

returning. The Parties therefore require a brief, one-day extension of time to submit their Proposed Final Pretrial Order.

3.  Because the Parties believe that it would be advisable and most workable for all parties to fully coordinate all parts of his Proposed Final Pretrial Order, Plaintiff also requests the same one-day extension.

4.  If granted, the new proposed pretrial order deadline would be **September 7, 2022**, which is six days before the Final Pretrial Conference.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court enlarge the deadline for submitting the proposed pretrial order by one-day, to September 7, 2022.

Respectfully submitted on September 6, 2022.

| | |
|---|---|
| *s/ Kevin D. Homiak* | PHILIP J. WEISER |
| Kevin D. Homiak | Attorney General |
| HOMIAK LAW LLC | |
| 1001 Bannock Street, Suite 238 | */s/ Joshua G. Urquhart* |
| Denver, Colorado 80204 | JOSHUA G. URQUHART* |
| (505) 385-2614 | Senior Assistant Attorney Generals |
| kevin@homiaklaw.com | KELLEY M. DZIEDZIC* |
| | RACHEL M. LIEB* |
| and | Assistant Attorneys General |
| | *Counsel of Record |
| Athul K. Acharya | Civil Litigation & Employment Law Section |
| PUBLIC ACCOUNTABILITY | 1300 Broadway, 10th Floor |
| P.O. Box 14672 | Denver, Colorado 80203 |
| Portland, OR 97293 | Telephone: 720-508-6000 |
| 503-383-9492 | Facsimile: 720-508-6032 |
| athul@pubaccountability.org | E-mail: kelley.dziedzic@coag.gov, |
| | rachel.lieb@coag.gov, |
| *Attorneys for Plaintiff Jason Brooks* | joshua.urquhart@coag.gov |
| | *Attorneys for Defendant Colorado Department of Corrections* |