IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02894-SKC

JASON BROOKS,

 Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

 Defendant.

---

**THE PARTIES' STIPULATED
PROPOSED VERDICT FORM**

---

 We, the jury, present our Answers to Questions submitted by the Court, to which we have unanimously agreed:

**Part A:
LIABILITY FOR VIOLATIONS OF THE AMERICANS WITH DISABILITIES ACT**

 *Please read this section carefully. You must respond to Question No. 1.*

 **Question No. 1**: Did Plaintiff Jason Brooks prove, by a preponderance of the evidence, the elements of his ADA Failure to Accommodate Claim against Defendant Colorado Department of Corrections, as set forth in Instruction No. ___?

 _____ Yes   _____ No

 *If you answered "Yes" to Question No. 1, proceed to Part B below. If you answered "No" to Question No. 1, skip Part B and sign and date the verdict form.*

**Part B: DAMAGES**

 *Answer the questions in this section only if you are returning a verdict in favor of Plaintiff Jason Brooks on Question 1 in Part A above.*

**Question 2:** What amount of damages do you award to Plaintiff Jason Brooks, if any, to reasonably and fairly compensate him for his claimed injuries on the claims for which you found a verdict in favor of him and against the Defendant?

$_____

**Please sign and date this Verdict Form on the lines provided below**.

_____    _____
Date                                         Foreperson