CASE CAPTION: *Brooks v. Colorado Department of Corrections*

CASE NO.: 13-cv-02894-SKC

EXHIBIT LIST OF: Jason Brooks – Plaintiff
(Name and Party Designation)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 1 | David Tessier, Julie Russell, Kathy Howell, Adrienne Sanchez, Anthony DeCesaro, Dolores Montoya, Meghan Reed, Jay Hudson | CDOC Administrative Regulation 750-04 (CDOC_Brooks-01776-1791) | | | | | |
| 2 | Jason Brooks | CDOC Diet Miss History (CDOC_Brooks-00959-972, 01263-1284) | | | | | |
| 3 | Jason Brooks, Dolores Montoya | Meal Pass dated March 3, 2012 (CDOC-Brooks-0481) | | | | | |
| 4 | Jason Brooks, Dolores Montoya | Request for Sick Call dated June 5, 2012 (FCF 0170) | | | | | |
| 5 | Jason Brooks, Dr. Timothy Creany | Ambulatory Health Record Provider Note dated November 9, 2012 (CCA-Brooks 0188) | | | | | |
| 6 | Jason Brooks, Dr. Timothy Creany | Ambulatory Health Record Provider Note dated December 7, 2012 (CCA-Brooks 0187) | | | | | |
| 7 | Jason Brooks, Dolores Montoya, Dr. Timothy Creany | CDOC Offender Grievance No. 39830 – Step I dated March 28, 2013 (CDOC_Brooks-00134) | | | | | |
| 8 | Jason Brooks, Dr. Timothy Creany | CDOC Offender Grievance No. 39830 – Step II dated April 29, 2013 (CDOC_Brooks-00313) | | | | | |
| 9 | Jason Brooks, Dr. Timothy Creany, Anthony DeCesaro | CDOC Offender Grievance No. 39830 – Step III dated May 13, 2013 (CDOC_Brooks-00310) | | | | | |
| 10 | Jason Brooks, Dr. Timothy Creany, Julie Russell | Request for Accommodation and Response dated May 28, 2013 (CDOC_Brooks-00005, 00013) | | | | | |
| 11 | Jason Brooks | CDOC Offender Grievance No. 42130 – Step I dated May 3, 2013 (CDOC_Brooks-00263) | | | | | |
| 12 | Jason Brooks | Ambulatory Health Record Provider Note dated June 14, 2013 (CCA-Brooks 0146-147) | | | | | |
| 13 | Jason Brooks, Julie Russell | CDOC Offender Grievance No. 42130 – Step II dated July 4, 2013 (CDOC_Brooks-00262) | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 14 | Jason Brooks, Julie Russell, Anthony DeCesaro, David Tessier | CDOC Offender Grievance No. 42130 – Step III dated August 1, 2013 (CDOC_Brooks-00260-261) | | | | | |
| 15 | Julie Russell, David Tessier, Kathy Howell, Adrienne Sanchez, Anthony DeCesaro, Dolores Montoya, Meghan Reed, Jay Hudson | Deposition of Julie Russell dated April 27, 2016 | | | | | |
| 16 | Kathy Howell | Kathy Howell Responses to Plaintiff's Interrogatory Nos. 1-9 dated April 16, 2016 | | | | | |
| 17 | Jason Brooks | Request for Accommodation dated November 14, 2017 (CDOC_Brooks-01969) | | | | | |
| 18 | Jason Brooks, Janet Smith | J. Brooks Letter to AIC J. Smith dated December 14, 2017 (CDOC_Brooks-01925) | | | | | |
| 19 | Jason Brooks, Janet Smith | AIC J. Smith Correspondence with J. Brooks dated July 2018 (CDOC_Brooks-03074-3078) | | | | | |
| 20 | David Tessier, Julie Russell, Kathy Howell, Adrienne Sanchez, Anthony DeCesaro, Dolores Montoya, Meghan Reed, Jay Hudson | Defendants' Responses to Plaintiff's First Requests for Admission dated October 15, 2018 | | | | | |
| 21 | David Tessier, Julie Russell, Kathy Howell, Adrienne Sanchez, Anthony DeCesaro, Dolores Montoya, Meghan Reed, Jay Hudson | Defendants' Responses to Plaintiff's First Interrogatories dated October 15, 2018 | | | | | |
| 22 | Julie Russell, David Tessier, Julie Russell, Kathy Howell, Adrienne Sanchez, Anthony DeCesaro, Dolores Montoya, Meghan Reed, Jay Hudson | Declaration of Julie Russell dated October 31, 2018 (ECF 237-2) | | | | | |
| 23 | David Tessier, Julie Russell, Kathy Howell, Adrienne Sanchez, Anthony DeCesaro, Dolores Montoya, Meghan Reed, Jay Hudson, Ryder May | Declaration of RN Ryder May dated October 31, 2018 (ECF 237-10) | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 24 | Adrienne Sanchez, David Tessier, Julie Russell, Kathy Howell, Adrienne Sanchez, Anthony DeCesaro, Dolores Montoya, Meghan Reed, Jay Hudson | Declaration of Adrienne Sanchez dated January 14, 2022 | | | | | |
| 25 | Jason Brooks | Bent County Correctional Facility Medical File for J. Brooks (CCA-Brooks 0001-615, 0771-0850) | | | | | |
| 26 | Jason Brooks | Adams County Medical Records for J. Brooks (CCA-Brooks 2086-2153) | | | | | |
| 27 | Jason Brooks | Bent County Correctional Facility Offender Grievance Forms (CCA-Brooks 0740-770) | | | | | |
| 28 | Jason Brooks, Dr. Timothy Creany | CDOC Medical Records for J. Brooks (CDOC_Brooks-00425-920, 00973-01007, 01070-01073, 01286-1295, 02110-02383, 02102-2109, 02384-2416, 03007-3029) | | | | | |
| 29 | Jason Brooks, David Tessier, Julie Russell, Kathy Howell, Adrienne Sanchez, Anthony DeCesaro, Dolores Montoya, Meghan Reed, Jay Hudson | CDOC ADA Accommodations & Offender Grievances (CDOC_Brooks-00001-33, 0148-424, 01008-01047, 01835-1969, 02442-3029, 03030-3073) | | | | | |
| 30 | Jason Brooks, Dolores Montoya, Anthony DeCesaro, Dr. Timothy Creany | CDOC Chronolog Report dated June 8, 2012 (CDOC_Brooks-01285) | | | | | |
| 31 | Jason Brooks, David Tessier, Julie Russell, Kathy Howell, Adrienne Sanchez, Anthony DeCesaro, Dolores Montoya, Meghan Reed, Jay Hudson | CDOC Inmate File of J. Brooks (CDOC_Brooks-01296-01732) | | | | | |
| 32 | David Tessier, Julie Russell, Kathy Howell, Adrienne Sanchez, Anthony DeCesaro, Dolores Montoya, Meghan Reed, Jay Hudson | CDOC Administrative Regulation 700-34 (CDOC_Brooks-01733-1775) | | | | | |
| 33 | David Tessier, Julie Russell, Kathy Howell, Adrienne Sanchez, Anthony DeCesaro, Dolores Montoya, Meghan Reed, Jay Hudson | RN R. May Email to AIC J. Smith dated June 8, 2018 (CDOC_Brooks-03072-3073) | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 34 | David Tessier, Julie Russell, Kathy Howell, Adrienne Sanchez, Anthony DeCesaro, Dolores Montoya, Meghan Reed, Jay Hudson, Janet Smith | J. Christner Email to AIC J. Smith dated July 24, 2018 (CDOC_Brooks-03071) | | | | | |
| 35 | Jason Brooks | Bent County Request for Sick Call & Offender Grievance Forms (Brooks 0001-88) | | | | | |
| 36 | Jason Brooks | Fremont Correctional Facility Request for Sick Call & Offender Grievance Forms (Brooks 0089-179) | | | | | |
| 37 | Jason Brooks | Medical Records Provided by Plaintiff (Brooks 0180-225) | | | | | |
| 38 | Jason Brooks, Dr. Daus Mahnke | Daus Mahnke, MD Medical Records (Brooks 0252-304) | | | | | |
| 39 | Jason Brooks, Dr. Atul Vahil, Dr. Timothy Creany | Digestive Disease Specialists of CO LLC Medical Records (Vahil-001 – 77) | | | | | |
| 40 | Jason Brooks | DRDC Records 2022-2016 (0454-1084) | | | | | |
| 41 | Jason Brooks, Julie Russell, David Tessier, Kathy Howell, Adrienne Sanchez, Dolores Montoya | Complaint dated October 23, 2013 | | | | | |
| | | Any documents marked as deposition exhibits in Case No. 13-cv-02894-SKC | | | | | |
| | | Any filings and discovery responses by any party in Case No. 13-cv-02894-SKC | | | | | |
| | | All transcripts of depositions taken in Case No. 13-cv-02894-SKC | | | | | |
| | | All documents identified as trial exhibits by any other party in Case No. 13-cv-02894-SKC | | | | | |
| | | All exhibits necessary for cross examination, impeachment, or rebuttal | | | | | |
| | | All exhibits necessary to establish foundation or authenticity | | | | | |
| | | Any other trial demonstratives, such as charts, timelines, calendars, graphics, diagrams, and animations | | | | | |