CASE CAPTION: *Brooks v. CDOC et al.*

CASE NO.: 13-cv-02894-SKC

EXHIBIT LIST OF: Colorado Dept. of Corrections - Defendant
(Name and Party Designation)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 1 | | ADA File (CDOC/Brooks – 00001-00033) | | | | | |
| 2 | | CDOC Medical Records for J. Brooks( CDOC/Brooks – 00425-920) | | | | | |
| 3 | | Movement history (CDOC/Brooks-00921-925) | | | | | |
| 4 | | ARs and IAs (CDOC/Brooks-00034-87) | | | | | |
| 5 | | Grievances (CDOC/Brooks-00148-424) | | | | | |
| 6 | | Admission data summary (CDOC/Brooks-01721) | | | | | |
| 7 | | Brooks Booking Info (CDOC/Brooks-01705) | | | | | |
| 8 | | Certified Copy of Prior Conviction of Securities Fraud | | | | | |
| 9 | | Memorandum from Amana Musselwhite, AIC Designee, dated 2/6/12, offering adult undergarments accommodation (CDOC/Brooks-00029) | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 10 | | FCF medline pass issued from 3/5/12 through 6/5/12 (CDOC/Brooks-00481) | | | | | |
| 11 | | Medical Encounters (CDOC/Brooks- | | | | | |
| 12 | | Food Service Diet Miss History (CDOC/Brooks-00959-972) | | | | | |
| 13 | | Graph: Diet Miss History | | | | | |
| 14 | | Graph: Weight Over Time | | | | | |
| 15 | | CDOC Active Problem List (CDOC/Brooks-00425) | | | | | |
| 16 | | AR Form 700-02B, Clinical Needs and Time Placement Matrix Waiver, dated 7/31/12 (CDOC/Brooks-00432) | | | | | |
| 17 | | Health record, dated 9/4/12, noting treatment with Humira (CDOC/Brooks-00622) | | | | | |
| 18 | | Health record, dated 11/09/2012, requesting meal pass (CDOC/Brooks-00622) | | | | | |
| 19 | | Digestive Disease Specialists of CO LLC Medical Records (Vahil-001 – 77) | | | | | |
| 20 | | Progress Notes, Dr. Atul Vahil, dated 7/18/2012 (CDOC/Brooks-000496-497) | | | | | |
| 21 | | Progress Notes, Dr. Atul Vahil, dated 1/22/2013 (CDOC/Brooks-00488) | | | | | |
| 22 | | Progress Notes, Dr. Atul Vahil, dated 6/11/2013 (CDOC/Brooks-00478-479) | | | | | |
| 23 | | ADA Request Denial, 6/11/13 (CDOC/Brooks-00013) | | | | | |
| 24 | | J. Brooks letter to Warden Jones dated June 3, 2013 (CDOC/Brooks-01390-1395) | | | | | |
| 25 | | J. Brooks Letter to AIC J. Smith dated December 14, 2017 (CDOC/Brooks-01925) | | | | | |
| 26 | | AIC J. Smith Correspondence with J. Brooks dated July | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---------|---------|------------------|-------------|---------|----------|---------|----------------|
| | | 2018 (CDOC/Brooks-03074-3078) | | | | | |
| 27 | | AR 750-04, Americans with Disabilities Act – Offender Request for Accommodation, effective date January 1, 2012 (CDOC/Brooks-01776-1785) | | | | | |
| 28 | | AR 750-04, Americans with Disabilities At – Offender Request for Accommodation, effective date October 15, 2013 (CDOC/Brooks-01792-1800) | | | | | |
| 29 | | AR 750-04A, Request for Accommodation, dated 6/11/2013 (CDOC/Brooks-00006) | | | | | |
| 30 | | Canteen order history, June 2014 (CDOC/Brooks-00426) | | | | | |
| 31 | | Canteen suggestions (CDOC/Brooks-00956-958) | | | | | |
| 32 | | Canteen purchases (CDOC/Brooks-00088-145) | | | | | |
| 33 | | Diet consult form, dated 7/22/2014 (CDOC/Brooks-00905) | | | | | |
| 34 | | Jason Brooks CO Driver License, issued 01/30/2004 (CDOC/Brooks-01715) | | | | | |
| 35 | | Chronlog report, dated June through July 2012 (CDOC/Brooks-01285) | | | | | |
| 36 | | Letter to AIC Janet Smith from Brooks (CDOC/Brooks-01925) | | | | | |
| 37 | | Deposition of Plaintiff Jason Brooks dated March 17, 2016 | | | | | |
| 38 | | Deposition of Plaintiff Jason Brooks dated June 4, 2018 | | | | | |
| 39 | | Declaration of Dr. Susan Tiona dated July 11, 2016 (ECF 237-6) | | | | | |
| | | Declaration of Timothy Werth dated October 11, 2018 | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 40 | | (ECF 237-12) | | | | | |
| 41 | | Declaration of Ryder May dated October 31, 2018 (ECF 237-10) | | | | | |
| 42 | | Affidavit of Carie Swibas dated August 28, 2014 | | | | | |
| 43 | | RN R. May Email to AIC J. Smith dated June 8, 2018 (CDOC/Brooks-03072-3073) | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | Any documents marked as deposition exhibits in Case No. 13-cv-02894-SKC | | | | | |
| | | Any filings and discovery documents produced in Case No. 13-cv-02894-SKC | | | | | |
| | | All transcripts for depositions taken in Case No. 13-cv-02894-SKC | | | | | |
| | | All documents identified as trial exhibits by any other party in Case No. 13-cv-02894-SKC | | | | | |
| | | All exhibits necessary for cross examination, impeachment, or rebuttal | | | | | |
| | | All exhibits necessary to establish foundation or authenticity | | | | | |
| | | Any other trial demonstratives, such as timelines, graphics, diagrams, and animations | | | | | |