IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

| | |
|---|---|
| Civil Action: 13-cv-02894-SKC | Date: September 13, 2022 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom C-201* |

*Parties:*   *Counsel:*

JASON T BROOKS,   Kevin Homiak

   Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, et al.,   Joshua Urquhart
   Kelly Dziedzic
   Rachel Lieb

   Defendant.

## COURTROOM MINUTES

**HEARING: FINAL PRETRIAL AND TRIAL PREPARATION CONFERENCE**
**Court in session: 09:06 a.m.**
Court calls case.  Appearances of counsel.  Jason Brooks and a paralegal from Mr. Homiak's office are present by telephone.

**ORDERED:**   *[358] Stipulated Motion to Dismiss Claims again Defendants Julie Russell, Kathy Howell, and David Tessier Without Prejudice* is **GRANTED.**  Defendants Julie Russell, Kathy Howell, and David Tessier are DISMISSED without prejudice.

The Court has reviewed the proposed final pretrial order.  In the proposed final pretrial order, Plaintiff discusses a different theory of liability than what has been the theory of this case.  Discussion with counsel.

Parties have agreed to take a limited number of depositions.

**ORDERED:**   A five-day jury trial is set for **December 12, 2022 at 8:30 a.m.**

   Depositions shall be completed by **October 31, 2022.**

The Court will conduct an initial voir dire.  Each side will have 20 minutes for voir dire.  Counsel is not allowed to inculcate the jury with specific facts of the case.

9 jurors will be seated to try the case.

Exhibits will be shown electronically.  Counsel may contact Amanda Montoya (Amanda_montoya@cod.uscourts.gov) for tech training.

2 sets of exhibit binders will be needed.  Counsel shall try to avoid duplicate exhibits.  Counsel shall stipulate to the authenticity of as many exhibits as possible.

All stipulated exhibits will need to be offered and admitted.

Each side will have 25 minutes for openings and 35 minutes for closings.

Counsel shall be ready to start at 8:30 a.m. each morning.  The jury will be brought in at 9:00 a.m.

The Court endeavors to conclude each day at 4:30 p.m.

The Court does not have a mask mandate at this time.

**ORDERED:**   Motions in limine shall be filed no later than **November 28, 2022.**  Responses shall be filed within 48 hours after the filing of the motion.  Replies are not permitted.

If counsel runs into any issues before the trial, they may jointly contact chambers either by phone or email.

Discussion regarding the possibility of settlement.  If counsel is interested in a settlement conference, counsel shall jointly email chambers and this case will be randomly drawn to another Magistrate Judge.  Counsel shall also indicate in the email if they are interested in moving the trial date.

Hearing Concluded.

**Court in recess: 10:00 a.m.**
Total time in court: 00:54

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.