IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02894-SKC

JASON BROOKS,

     Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

     Defendant.

**DEFENDANT'S MOTION FOR LEAVE TO CONDUCT DEPOSITION OF INCARCERATED INMATE TROY BROWNLOW PURSUANT TO FED. R. CIV. P. 30(a)(2)(B)**

Defendant Colorado Department of Corrections, through its counsel, the Colorado Attorney General, and pursuant to Fed. R. Civ. P. 30(a)(2)(B), respectfully submits this Motion to conduct deposition of incarcerated inmate Mr. Troy Brownlow (DOC # 1331992), and as grounds therefore states as follows:

1.    **Certificate of Conferral**. In accordance with D.C.COLO.LCivR 7.1(b)(1), undersigned counsel conferred with Plaintiff's counsel, and he does not oppose this Motion.

2.    Pursuant to Fed. R. Civ. P. 30(a)(2)(B), an Order from this Court is required for Defendant to conduct the deposition of Mr. Brownlow, who is incarcerated by the Colorado Department of Corrections. Mr. Brownlow is located at Trinidad Correctional Facility, 21000 HWY 350 East, Model, CO. 81059.

3.    Defendant respectfully requests this Court issue an Order allowing Defendant to depose Mr. Brownlow at his current correctional facility or any

1

subsequent correctional facility where he may be moved after this Court's entry of an Order. Counsel for Defendant will work with the appropriate officials at the affected correctional facility to schedule the deposition.

4.      Plaintiff listed Mr. Brownlow on the Proposed Final Pretrial Order – [ECF No. 365], and alleges that while he was incarcerated at Bent County and Sterling Correctional Facility, Mr. Brownlow was his cellmate and can testify to Plaintiff's known medical needs.

5.      Defendant believes it is necessary to its defense to depose Mr. Brownlow, so as to clarify and fully investigate Plaintiff's allegations. Defendant anticipates taking the deposition by videoconference.

6.      The deposition shall be completed by October 31, 2022 and the five-day trial is set for December 12, 2022. (ECF No. 370).

**WHEREFORE,** for the foregoing reasons, Defendant respectfully requests this Court issue an Order allowing Defendant to depose Mr. Brownlow pursuant to Fed. R. Civ. P. 30(a)(2)(B), and for all other and further relief as this Court deems just and appropriate.

DATED this 27th day of September, 2022.

PHILIP J. WEISER
Attorney General

3

s/ Joshua G. Urquhart
JOSHUA G. URQUHART*
Senior Assistant Attorney Generals
KELLEY M. DZIEDZIC*
RACHEL M. LIEB*
Assistant Attorneys General
*Counsel of Record
Civil Litigation & Employment Law Section
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 720-508-6000
Facsimile: 720-508-6032
E-mail: kelley.dziedzic@coag.gov,
rachel.lieb@coag.gov,
joshua.urquhart@coag.gov
*Attorneys for Defendant Colorado
Department of*

3

CERTIFICATE OF SERVICE

       I certify that on September 27, 2022, I served the foregoing DEFENDANT'S MOTION FOR LEAVE TO CONDUCT DEPOSITION OF INCARCERATED INMATE TROY BROWNLOW PURSUANT TO FED. R. CIV. P. 30(a)(2)(B) upon all parties herein by E-Filing with the CM/ECF system maintained by the court, and by email addressed as follows:

Adrienne Sanchez, CDOC

                           *s/ Elle Di Muro*