IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02894-SKC

JASON BROOKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

### THE PARTIES' JOINT MOTION FOR A TWO-WEEK ENLARGEMENT OF TIME TO COMPLETE DEPOSITIONS

    Plaintiff Jason Brooks, by and through his counsel, and Defendant Colorado Department of Corrections, by and through the Colorado Attorney General, respectfully request a two-week extension of time for the parties to complete depositions. The parties state the following in support thereof.

    1.    During the Final Pretrial Conference on September 13, 2022, the parties agreed that each party would have the opportunity to conduct six additional depositions. The Court permitted those depositions, so long as they were not to be made for the purpose of filing a dispositive motion and that they be completed by October 31, 2022. *See*, ECF-370.

    2.    Despite both parties' diligent efforts to schedule and conduct those depositions in the time allotted, there remain a few outstanding depositions for both parties.

3. The parties therefore have agreed to request a two-week extension of time to complete the depositions and have been actively scheduling both witnesses and court reporters to avoid any undue delay.

4. If granted, the new proposed deadline to complete depositions would be **November 14, 2022**.

WHEREFORE, the Plaintiff and Defendant respectfully request that the Court enlarge the deadline for completing depositions by two weeks, to November 14, 2022.

Respectfully submitted on October 27, 2022.

*s/ Kevin D. Homiak*
Kevin D. Homiak
HOMIAK LAW LLC
1001 Bannock Street, Suite 238
Denver, Colorado 80204
 (505) 385-2614
kevin@homiaklaw.com

*Attorneys for Plaintiff Jason Brooks*

PHILIP J. WEISER
Attorney General

*s/ Kelley M. Dziedzic*
JOSHUA G. URQUHART*
Senior Assistant Attorney Generals
KELLEY M. DZIEDZIC*
RACHEL M. LIEB*
Assistant Attorneys General
*Counsel of Record
Civil Litigation & Employment Law Section
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 720-508-6000
Facsimile: 720-508-6032
E-mail: kelley.dziedzic@coag.gov,
rachel.lieb@coag.gov,
joshua.urquhart@coag.gov
*Attorneys for Defendants Colorado Department of Corrections.*

3

## CERTIFICATE OF SERVICE

      This is to certify that on October 27, 2022, I have duly served the within Joint Motion for a Two-Week Enlargement of Time to Complete Depositions, addressed as follows:

    Adrienne Sanchez, CDOC
    Associate Director, Legal Services

                                                                   s/ *Elle Di Muro*