**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02894-SKC

JASON BROOKS,

     Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, et al.,

     Defendants.

---

### *WRIT OF HABEAS CORPUS AD TESTIFICANDUM*

---

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE BELOW NAMED INMATE MAY BE HELD:

     We command that you have the below named inmate now confined in the Trinidad Correctional Facility, 21000 US-350, Model, CO 81059, made available for a remote video appearance in this matter on December 13, 2022 at 9:00 a.m. MST and remain reasonably available until December 13, 2022 at 5:00 p.m. MST to complete examination by all parties and give trial testimony.

     The individual to be produced is:

     Troy Brownlow, DOC Number 131992

DATED at Denver, Colorado this _____ day of _____, 2022.

_____

CLERK OF THE COURT

FOR THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO