## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02894-SKC

JASON BROOKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.

---

### *WRIT OF HABEAS CORPUS AD TESTIFICANDUM*
---

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE BELOW NAMED INMATE MAY BE HELD:

    We command that you have the below named inmate now confined in the Trinidad Correctional Facility, 21000 US-350, Model, CO 81059, made available for a remote video appearance in this matter on December 13, 2022 at 9:00 a.m. MST and remain reasonably available until December 13, 2022 at 5:00 p.m. MST to complete examination by all parties and give trial testimony.

    The individual to be produced is:

    Troy Brownlow, DOC Number 131992

DATED at Denver, Colorado this 23rd day of November , 2022.



    s/ C. Sarracino

CLERK OF THE COURT

FOR THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO