IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02894-SKC

JASON BROOKS,

    Plaintiff,

v.

 COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

## THE PARTIES' JOINT MOTION
## FOR A ONE-BUSINESS-DAY ENLARGEMENT OF TIME
## TO SUBMIT AMENDED PROPOSED FINAL PRETRIAL ORDER

Plaintiff Jason Brooks, by and through his counsel, and Defendant Colorado Department of Corrections ("CDOC"), by and through the Colorado Attorney General, respectfully request an extension of time of one business day for the parties to submit their amended proposed final pretrial order in the above-captioned matter. The parties state the following in support thereof.

1.    On September 13, 2022, the Parties appeared before the Court for the Final Pretrial and Trial Preparation Conference. (*See* ECF 370.)

2.    At that time, the Parties agreed to conduct certain depositions before October 31, 2022, for trial preparation purposes. (*See id.*)

3.    After the Final Pretrial and Trial Preparation Conference, the Court entered a minute order, which stated: "During today's combined Final Pretrial and Trial Preparation Conference, the Court did not enter the Final Pretrial Order. Within 10 days of completion of the depositions, counsel shall file an amended proposed final pretrial order." (ECF 371.)

4.      Thereafter, the Parties requested an extension of time to complete trial preparation depositions up to and including November 14, 2022, which was granted by the Court. (ECF 374 & 375.)

5.      The last trial preparation deposition was conducted on November 14, 2022, which—with the Thanksgiving holiday—would make the deadline for filing the amended proposed final pretrial order this Friday, November 25, 2022.

6.      The Parties have been working diligently to prepare the amended proposed final pretrial order, but have been delayed in doing so due to the upcoming holiday and Mr. Brooks's counsel coming down with an illness.

7.      The Parties therefore require a brief extension of time of one business day to submit their amended proposed final pretrial order.

8.      If granted, the new deadline for filing the amended proposed final pretrial order would be **November 28, 2022**.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court enlarge the deadline for submitting the amended proposed final pretrial order by one business day, to November 28, 2022.

Respectfully submitted on November 23, 2022.

| | |
|---|---|
| *s/ Kevin D. Homiak* | PHILIP J. WEISER |
| Kevin D. Homiak | Attorney General |
| HOMIAK LAW LLC | |
| 1001 Bannock Street, Suite 238 | */s/ Joshua G. Urquhart* |
| Denver, Colorado 80204 | JOSHUA G. URQUHART* |
| (505) 385-2614 | Senior Assistant Attorney Generals |
| kevin@homiaklaw.com | KELLEY M. DZIEDZIC* |
| | RACHEL M. LIEB* |
| and | Assistant Attorneys General |
| | *Counsel of Record |
| Athul K. Acharya | Civil Litigation & Employment Law Section |
| PUBLIC ACCOUNTABILITY | 1300 Broadway, 10th Floor |
| P.O. Box 14672 | Denver, Colorado 80203 |
| Portland, OR 97293 | Telephone: 720-508-6000 |
| 503-383-9492 | Facsimile: 720-508-6032 |
| athul@pubaccountability.org | E-mail: kelley.dziedzic@coag.gov, rachel.lieb@coag.gov, joshua.urquhart@coag.gov |
| *Attorneys for Plaintiff Jason Brooks* | *Attorneys for Defendant Colorado Department of Corrections* |