Rich Text Editor                                                                                   Page 1 of 1

*Also = mailed 2 packets:*
*a medical records packet*
10/03/2012   *& updates to Fremont (10 additional pages)*

Dear Allison

I am still in Denver, waiting to hear from you on your decision to take Jason's case or not.
The Colorado Cross-Disability Coalition has been working on a strategy to get Jason's transfer
out of Fremont to Territorial. They expect to get that done soon. I do not know what kind of
enforcement advisement they utilize. They are not able to work with a private attorney so I
have asked them how that will impact them.

*I might have forgotten to*

Though Jason is receiving a treatment protocol now, the fact remains that daily management
of his disease along with both consistency and follow-through in treatment remains missing
at Fremont. The environment remains dangerous. The system does not like whistler blowers
and that is what Jason is at this point.

Jason has already experienced the negative consequences of confronting CDOC's policy.
It is time that this case be litigated in order to file injunctions to enforce quality of medical
care.

The system has already proved it operates by "punishing" anyone who questions the validity
of their actions.

We need to have a decision from you in order to move forward.
I do not want to return to California until I know this is in motion now.
Regards
Vayah

*I can talk intelligently about the case now and know what kind of a lawyer we need.*

→ gmail

*Ruttenberg@me.com*

**EXHIBIT 14**
Calderwood-Mackelprang
303 477-3500

" *to obtain Application of injunction to force a medical transfer to an appropriate medical facility sooner, not later.* "

" *...carriers to effective med. accommodation* "

" *advisement they utilize* " *cut off*

*Call the weekend of Oct. 20-21   anytime after 1pm.*
*Sat. or Sun (Sunday)*

http://us.mg6.mail.yahoo.com/neo/launch?.rand=0npp3m2pcah9h               BROOKS 001157
                                                                          (10/3/2012)

**PLAINTIFF'S MOTION IN LIMINE NO. 3 - EXHIBIT B**