JASON BROOKS 150014 FF U8S  ID:51943799  [P 1/2]

You have received a *jpay* letter, the fastest way to get mail

From : Vayah Terra, CustomerID: 2569627
To (Inmate): JASON BROOKS, ID: 150014
Date : 3/21/2013 9:32:39 PM EST,    Letter ID: 51943799
Location : FF



EXHIBIT
17
Calderwood-Mackelprang
303 477 3500

Jason
I copied Alison's letter to you dated March 20th, just in case it could get to you sooner. She says even though we know it will be denied that is not the point- the process has to be stuck through and done according to protocol. Then "all the ducks will be in a row".
love
mom


Dear Jason,

I really want to help you and I really want to file this Complaint. I am wading through the 300+ pages of stuff your mother sent me, but I am not finding what I need. Primarily, you have not exhausted your administrative remedies. The only issues for which you have exhausted, and therefore the court has jurisdiction is the gluten free diet. That is a big issue and I can get the complaint filed this week, but in the mean time, I need you to file 10 more grievances, to exhaust the other issues. Each grievance has to have its own subject, and you need to be specific as to the issue and requested relief. You cannot ask to be transferred to a medical or another facility so stop mucking up and confusing your grievances by wasting time doing this. There is NO exception for no jurisdiction of the courts if the inmate has failed to exhaust -- even if the inmate is near death. So, please just DO THIS now so we can get jurisdiction over the other issues. These ten other issues I want injunctive relief on are the following:

(1) Insufficient toilet paper. How many rolls do you need a week? You need to expressly and specifically ask for that.
(2) Insufficient bathroom access. You need to be specific. What do you need versus what you are getting.
(3) One day transports instead of three day transports. Again be specific as to WHY. You cannot tolerate the three day transports because gluten free meals are not available during the transport.
(4) Pain medications other than ibuprofen or aspirin (which causes bleeding). You to specifically ask for pain meds that are not ibuprofen or aspirin.
(5) Transport to the appropriate specialist (endocrinologist) on the outside, rather than having the transports cancelled due to lockdowns. You need to specifically grieve the fact that you are not being transported when you need to be.
(6) Nutritional supplements such as Ensure. How many cans of Ensure do you need a day? You need to specifically ask for that many cans per day in you grievance.
(7) Not having to stand in med lines for 30 minutes, or other long period of time. You need to ask to get your meds and Ensure in your cell, or be given a wheelchair transport for the medline.
(8) Not being given the test for Crohn's disease when the test is needed to see if surgery is even possible. You need to specifically ask for the test.
(9) Making you wear a diaper when bathroom access is not given. You need to put it in the grievance that you need a bathroom every ten minutes, or whatever it is that you need. You need to specifically ask for it.
(10) If you want Alinia to prevent low grade infections, then you need to specifically ASK for it in the grievance.

You can only have one subject per grievance. So, there are ten subjects above. You need to file 10 grievances. You need to appeal each one through the three stages, and you need to not switch subjects or requested remedies. You need to be consistent. Of course each one will get denied, but just do it as quickly as possible, and do the appeal each time as quickly as possible. Send me the completed three step grievance packets as each of the ten subjects is exhausted.

I am sorry, but this is non negotiable because it goes to the jurisdiction of the court. This has to get done, so please just do it, the faster the better please. In the mean time, I will get the Complaint filed on the gluten free diet, but it is going nowhere really, until I can amend with the additional 10 subjects. I am not filing the motion for preliminary injunction until you have exhausted on the additional 10 subjects.

I have been concentrating too much on wading through all these mountains of facts written by your mother and other things to not have noticed that your mother was wrong when she told me that everything was fully exhausted. So, I apologize for that. In fact, the ADA has not been exhausted at all, so I am not even sure that it is worth even pursuing. I think that the only way to approach this is via the Eighth Amendment, which will work. It just worked for me in another case, so it will work for you.

*jpay* Tell your friends and family to visit www.jpay.com to write letters and send money BROOKS_000139

**PLAINTIFF'S MOTION IN LIMINE NO. 3 - EXHIBIT C**

JASON BROOKS 150014 FF U8S  ID:51943799  [P 2/2]

You have received a *jpay* letter, the fastest way to get mail

From : Vayah Terra, CustomerID: 2569627
To (Inmate): JASON BROOKS, ID: 150014
Date : 3/21/2013 9:32:39 PM EST,    Letter ID: 51943799
Location : FF

I want you to do the Stage 1 for those 10 subjects above, then I want you to write to me and answer some questions: (1) WHO is making you wear a diaper. I need names, and titles of the people who are doing that. I need dates, to the best of your memory and what was said. (2) How often are you given a diaper? (3) How often then do you put it on and are forced to use it? (4) How many cans of Ensure are you getting a day right now? How many cans do you need? (5) How is your pain level; what are you being given for pain management? (6) How long is the wait in line to get your Ensure? How many times a week? (7) When was the last time you were taken to the specialist? When is the next time you are supposed to go? Specifically what has happened to you that could have been prevented if you saw the specialist when you were supposed to last Fall? (8)  When was the last time you saw Creany? What did he tell you regarding surgery?

Sincerely,

Alison Ruttenberg

*jpay* Tell your friends and family to visit www.jpay.com to write letters and send money

BROOKS_000740

**PLAINTIFF'S MOTION IN LIMINE NO. 3 - EXHIBIT C**