Trainor

DC Form 850-04A (07/15/11)

## Colorado Department of Corrections Offender Grievance Form

**Offender Must Complete**

Name: Jason Brooks       Doc #: 150014

Grievance number (complete for Steps 2 and 3, only): _____

**Instructions:**
1. Fill out identifying data in space provided. (Must be legible.)
2. Clearly state basis for grievance or grievance appeal.
3. State specifically what remedy you are requesting.
4. Remedy must remain consistent.

**Subject of Grievance and Requested Meaningful Remedy:** Last year I had been given a medical pass by Dolores Montoya, Fremont's HSA, that allowed me to go to medline and meals with the first pulls to chow everyday. Specifically, the pass read, "Please allow offender first pull to meds and meals." Since the pass expired in June of last year I have had to miss hundreds of meals because I could not make it to chow because of my ulcerative colitis. I have told this problem to Dr. Cooney repeatedly and made new HSA Debra Foster aware of this ongoing problem. My mother has called Ms. Foster to request the pass and was told "we do not issue such passes", which was a lie because I had already been issued the pass and was going to first chow pulls for almost 9 months everyday; therefore, it is not a security issue and will never be. Provide me the medical pass that was already issued and monetary damages for the deliberate indifference to my serious medical needs that prevented me the ability to eat at the chow hall for over 300 meals thus far, constituting cruel and unusual punishment, a violation of the Eight Amendment of the United States Constitution.

Date: 03/28/13   Offender Signature: [signed]

| Case Manager/CPO Must Complete | Facility/Unit/Pod/Parole Office/Community Corrections Center: | Step (Circle one) ① 2 3 |

Signature: [signed] ART___
Print Name and DOC Employee Id #: TRAINOR
Date received: 3-28-13

Attachment "A"
Page 1 of 1

---

**TO BE COMPLETED BY GRIEVANCE COORDINATOR**

RECEIPT: I acknowledge receipt this date of a complaint from the offender in regards to the following subject.

| Date | 03/29/2013 | Grievance Coordinator & ID # | OLIVER, MARGARETHE (14873) |

**RESPONSE**

Offender Brooks,
Should you feel that you are in need of a special "pass" you may speak with your case manager and receive a Request for Accommodation. This request needs to be completed and returned to your case manager. The request will then be addressed by headquarters as all special accommodations are done by headquarters now and not the facility.
Grievance Denied.

**TO BE COMPLETED BY RESPONDER**

| Date | 03/29/2013 | Responder Name & ID # | ZADE, MISTY (16070) | Response Date | 04/24/2013 |
| Disposition | | Denied | | | |

**TO BE COMPLETED BY OFFENDER**

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| Offender Name | BROOKS, JASON | | DOCNO | 150014 | Grievance # | C-FF12/13-00039830-1 |
| Date: 04/29/13 | Offender Signature: [signed] | | | | | |

Original: Department file/AIC                                              Copies: Administrative Head, Offender

**EXHIBIT A**

cin Trainor

**Colorado Department of Corrections Offender Grievance Form**

**Offender Must Complete**

Name: Jason Brooks          Doc #: 150014

Grievance number (complete for Steps 2 and 3, only): C-FF12/13-00039830-2

**Instructions:**
1. Fill out identifying data in space provided. (Must be legible.)
2. Clearly state basis for grievance or grievance appeal.
3. State specifically what remedy you are requesting.
4. Remedy must remain consistent.

**Subject of Grievance and Requested Meaningful Remedy:** I already requested accommodation for this and it was denied. I already was given the pass and it was no issue for 9 months; Doctor, you could give no professional justification for denying it, especially because it is based on medical necessity. Now I'm being told there is some mystical DOC policy that is preventing this??? Provide me pass that was already issued and monetary damages as previously requested in my step 1 grievance.

Date: 04/29/13    Offender Signature: [signed]

**Case Manager/CPO Must Complete**
Facility/Unit/Pod/Parole Office/Community Corrections Center:
Step (Circle one) 1  ②  3

Signature: [signed]
Print Name and DOC Employee Id #: TRAINOR 4441
Date received: 4-29-13

Attachment "B"
Page 1 of 1

---

**TO BE COMPLETED BY GRIEVANCE COORDINATOR**

RECEIPT: I acknowledge receipt this date of a complaint from the offender in regards to the following subject.

| Date | 05/01/2013 | Grievance Coordinator & ID # | OLIVER, MARGARETHE (14873) |

**RESPONSE**

Offender Brooks,

Per step 1 response, these passes are no longer issued. The current policy is that such accomodations are addressed by the AIC. If they have already addressed your request than you have the final answer on this matter.

Thankfullyyou have been able to gain weight and seem to be getting enough to eat. We will continue to see you in medical and to provide appropriate medicines.

Grievance Denied.

**TO BE COMPLETED BY RESPONDER**

| Date | 05/01/2013 | Responder Name & ID # | CREANY, TIMOTHY (10377) | Response Date | 05/02/2013 |

| **Disposition** | | **Denied** | | |

**TO BE COMPLETED BY OFFENDER**

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| Offender Name | BROOKS, JASON | | DOCNO | 150014 | Grievance # | C-FF12/13-00039830-2 |
| Date: | 05/10/13 | Offender Signature: [signed] | | | | |

Original: Department file/AIC                                   Copies: Administrative Head, Offender

CM Trainor

## Colorado Department of Corrections Offender Grievance Form

**Offender Must Complete**

Name: Jason Brooks         Doc #: 150014

Grievance number (complete for Steps 2 and 3, only): C-FF 12/13 - 00039830 - 3

**Instructions:**
1. Fill out identifying data in space provided. (Must be legible.)
2. Clearly state basis for grievance or grievance appeal.
3. State specifically what remedy you are requesting.
4. Remedy must remain consistent.

**Subject of Grievance and Requested Meaningful Remedy:** Now Dr. Creany is saying that this pass can only be provided by the AIC, whom does not even recognize my disease as a disability, and whom has denied all my accommodation request, including this one. Both Dr. Creany and HSA Deborah Foster know full well that I am forced to miss numerous meals because of the fecal incontinence I get due to my ulcerative colitis. Former HSA Delores Montoya responded reasonably to this issue by giving me a pass (copy included), now she is retired and HSA Foster refuses to reasonably respond to my serious medical needs by refusing to issue me this necessary pass so I can eat meals (a basic human need) — that is the definition of deliberate indifference. I'm being told, "Mr. Brooks we don't care if you miss meals against your will, you get enough food (even when I miss all meals in the day?)." I'm 25lbs underweight today and still this issue is ignored. Provide the pass that was already issued and monetary damages as previously requested in my step 1 + 2 grievances.

Date: 05/10/13     Offender Signature: [signed]     Step (Circle one): 1  2  ③

**Case Manager/CPO Must Complete**

Facility/Unit/Pod/Parole/Office/Community Corrections Center:

Signature: [signed]
Print Name and DOC Employee Id #: TRAINOR 4441
Date received: 5-13-13

Attachment "B"
Page 1 of 1

| TO BE COMPLETED BY GRIEVANCE COORDINATOR | | |
|---|---|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the offender in regards to the following subject. | | |
| Date 05/14/2013 | Grievance Coordinator & ID # | OLIVER, MARGARETHE (14873) |

**RESPONSE**

see attached

| TO BE COMPLETED BY RESPONDER | | | |
|---|---|---|---|
| Date 05/16/2013 | Responder Name & ID # GRIFFITH, MARSHALL (14298) | Response Date | 05/22/2013 |
| Disposition | Denied | | |

**TO BE COMPLETED BY OFFENDER**

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| Offender Name BROOKS, JASON | | DOCNO 150014 | Grievance # C-FF12/13-00039830-3 |
|---|---|---|---|
| Date: 05/24/13 | Offender Signature: [signed] | | |

Original: Department file/AIC                         Copies: Administrative Head, Offender



Step #3   Grievance Exhibit
          Copy of Previously Issued
          Medical Pass

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Step 3 Grievance Officer
2862 South Circle Drive, Suite 148
Colorado Springs, CO 80906-4195
Phone: 719.226.4238

Step 3 Grievance Officer

John W. Hickenlooper
Governor

Roger Werholtz
Interim Executive Director

May 22, 2013

RE: Grievance #C-FF12/13-39830

Dear Mr. Jason Brooks #150014:

I have reviewed your Step 3 grievance that you filed with regard to medical pass to go to medline and then dining hall on the first pull.

In review of this matter I find that you have been evaluated by medical health providers at FCF. I cannot second guess the medical, professional opinion of those professionals regarding your diagnosis and treatment, as I am not a medical professional. Your treatment appears to be adequate and appropriate for your condition. I contacted FCF Medical and the Office of the AIC for information. I was informed that you do not have a medical condition which requires the pass you are requesting. You may however request a private physician appointment at your expense, if approved, per AR 700-21. I do not find that DOC was or is deliberately indifferent to your medical condition and therefore I cannot recommend any relief in this matter.

It is your burden to prove your allegations stated in your Step 3 grievance. I have reviewed the facts of this case and determined that you did not meet this burden. There was no corroborating evidence to provide proof of your allegations.

Your request for relief is denied. This is the final administrative response in this matter and you have exhausted your administrative remedies.

Sincerely,

Anthony A. DeCesaro
Grievance Officer

Cc: working file
     grievance file

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Step 3 Grievance Officer
2862 South Circle Drive, Suite 148
Colorado Springs, CO 80906-4195
Phone: 719.226.4238

Step 3 Grievance Officer

John W. Hickenlooper
Governor

Roger Werholtz
Interim Executive Director

May 22, 2013

RE: Grievance #C-FF12/13-39830

Dear Mr. Jason Brooks #150014:

I have reviewed your Step 3 grievance that you filed with regard to medical pass to go to medline and then dining hall on the first pull.

In review of this matter I find that you have been evaluated by medical health providers at FCF. I cannot second guess the medical, professional opinion of those professionals regarding your diagnosis and treatment, as I am not a medical professional. Your treatment appears to be adequate and appropriate for your condition. I contacted FCF Medical and the Office of the AIC for information. I was informed that you do not have a medical condition which requires the pass you are requesting. You may however request a private physician appointment at your expense, if approved, per AR 700-21. I do not find that DOC was or is deliberately indifferent to your medical condition and therefore I cannot recommend any relief in this matter.

It is your burden to prove your allegations stated in your Step 3 grievance. I have reviewed the facts of this case and determined that you did not meet this burden. There was no corroborating evidence to provide proof of your allegations.

Your request for relief is denied. This is the final administrative response in this matter and you have exhausted your administrative remedies.

Sincerely,

Anthony A. DeCesaro
Grievance Officer

Cc: working file
    grievance file

**Colorado Department of Corrections Offender Grievance Form**

**Offender Must Complete**

Name: Jason Brooks
Doc #: 150014
Grievance number (complete for Steps 2 and 3, only): A-FF 12/13 - 00042130 - 2

Instructions:
1. Fill out identifying data in space provided. (Must be legible.)
2. Clearly state basis for grievance or grievance appeal.
3. State specifically what remedy you are requesting.
4. Remedy must remain consistent.

# ADA grievance #

Subject of Grievance and Requested Meaningful Remedy: I have thoroughly explained the reasons for all my accommodation requests to head ADA inmate coordinator Julie Russell. My mom has also spoken with Ms. Russell about my need for accommodations yet she has denied all my accommodation requests because they have stated they do not know about my physical condition. So what is the truth here? If an inmate claims to have a disability and clinical staff disagrees, the Montez Remedial Plan specifically states, "the Chief Medical Officer or a licensed medical doctor who is designated by the Chief Medical Officer and who is qualified to treat the disability at issue will review the situation and make a determination. If the inmate is not satisfied, he or she may pursue a grievance through the ADA grievance procedure." Once again I've had to point out what procedure to its staff. I'm not satisfied by the ADAs denials of my accommodation requests, so I want to be screened by someone from the ADA's office, with Dr. Conroy present so he can (once again) thoroughly explain my medical condition, which is a disability and tell you why I need the accommodation requests that have been denied.

Date: 07/04/13
Offender Signature: [signature]

Case Manager/CPO Must Complete
Facility/Unit/Pod/Parole Office/Community Corrections Center:
Step (Circle one): 1  ②  3

Signature: [signature]
Print Name and DOC Employee Id #: TRAINOR
Date received: 7-5-13

Attachment "B"
Page 1 of 1

---

**TO BE COMPLETED BY GRIEVANCE COORDINATOR**

RECEIPT: I acknowledge receipt this date of a complaint from the offender in regards to the following subject.

Date: 07/08/2013    Grievance Coordinator & ID #: YAKE, PHYLLIS (15335)

**RESPONSE**

In response to your Step II ADA grievance appeal, the following information is provided:

The AIC does not dispute your medical condition, which may or may not require accommodation and/or modification to access and/or participate in DOC programs, services and activities.

However your most recent request asking for an early med-line pass and first pull to eat meals was denied two-fold for the following reasons:
a. med-line passes are determined by Clinical Services as part of your medical treatment plans. A pass for med-line is not an ADA accommodation and can only be assessed based on medical needs through Clinical staff. The AIC has no authority to determine who receives a med-line pass or the timing for the passes. This falls outside the scope and responsibility of the AIC and is not covered by the ADA.
b. Your request for first pull to eat meals is unreasonable due to the unintended security concerns this would create. Alternatively, I consulted with the FCF Health Services Administrator to refer your need to Clinical Services so that you may be provided adult undergarments if needed to ensure you are not deprived of meals. This of course, is a medical treatment plan decision that falls under the purview of Clinical Services.

Insummary, the AIC does not dispute your medical condition and will provide reasonable accommodation when circumstances are indicated (see AR 750-04). However, the ADA does not require a medical screening as this was strictly a requirement of the Montez v. Hickenlooper litigation to assess individual class member status only. This litigation does not include gastrointestinal conditions, however you may request ADA accommodation regardless of whether your condition is covered by this litigation. Therefore, the screening process for litigation does not apply.

**TO BE COMPLETED BY RESPONDER**

Date: 07/16/2013    Responder Name & ID #: RUSSELL, JULIE (5821)    Response Date: 07/24/2013

Disposition: **Denied**

**TO BE COMPLETED BY OFFENDER**

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

Offender Name: BROOKS, JASON    DOCNO: 150014    Grievance #: A-FF12/13-00042130-2
Date: 07/31/13    Offender Signature: [signature]
Original: Department file/AIC    Copies: Administrative Head, Offender

## Colorado Department of Corrections Offender Grievance Form

**Offender Must Complete**

Name: Jason Brooks   Doc #: 150014

Grievance number (complete for Steps 2 and 3, only):

**Instructions:**
1. Fill out identifying data in space provided. (Must be legible.)
2. Clearly state basis for grievance or grievance appeal.
3. State specifically what remedy you are requesting.
4. Remedy must remain consistent.

**# ADA Grievance #**

**Subject of Grievance and Requested Meaningful Remedy:** How is the AIC determining what my actual physical condition is? The medical reports that are being used are apparently incomplete, and denials for my accommodation requests are being based off these inaccurate reports. Since no one from the AIC's office has ever "screened" me against their own operational protocol, the AIC has no personal knowledge about what my condition is or how it significantly affects my daily life. In fact, I have a request here in which Moyra Bent is attempting to qualify a grievance response of hers and states, "Since we (the AIC) don't know how RE(my) symptoms might change, I would rather not suggest potential solutions." So I have a copy on as admittance from staff at the AIC's office that is making serious discriminatory statements, acknowledging they don't know what my symptoms are or how they might change, which has been the supposed basis for any accommodation denials, and purposely are not suggesting "potential solutions" for my disability, which is causing me irreparable physical harm. This is wanton, malicious, unprofessional, and shocking. I want to be screened by someone from the AIC's office with Dr. Laury present so I can thoroughly explain my medical condition and tell you why I need the accommodation requests that have been denied. Thus far, it seems the denials are arbitrary.

Date: 05/31/13   Offender Signature: [signed]

**Case Manager/CPO Must Complete**   Facility/Unit/Pod/Parole Office/Community Corrections Center:   Step (Circle one) **1**  2  3

Signature: [signed]

Print Name and DOC Employee Id #: JOHNSON 4441   Date received: 5-31-13

Attachment "B"
Page 1 of 1

---

## TO BE COMPLETED BY GRIEVANCE COORDINATOR

RECEIPT: I acknowledge receipt this date of a complaint from the offender in regards to the following subject.

Date 06/03/2013   Grievance Coordinator & ID # YAKE, PHYLLIS (15335)

**RESPONSE**

Your requested remedy is denied. ADA does not require screenings and staff members from the AIC office are not medically trained. It is the offenders responsibility to provide the AIC documentation verifying the need for a reasonable requested accommodation.

## TO BE COMPLETED BY RESPONDER

Date 06/06/2013   Responder Name & ID # WILSON, DOUGLAS (3809)   Response Date 06/26/2013

**Disposition**   Denied

## TO BE COMPLETED BY OFFENDER

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

Offender Name BROOKS, JASON   DOCNO 150014   Grievance # A-FF12/13-00042130-1

Date: 07/03/13   Offender Signature: [signed]

Original: Department file/AIC   Copies: Administrative Head, Offender

CM Trainor

## Colorado Department of Corrections Offender Grievance Form

**Offender Must Complete**

Name: Jason Brooks  
Doc #: 150014  
Grievance number (complete for Steps 2 and 3, only): A-FF-12/13-00042130-3

**Instructions:**
1. Fill out identifying data in space provided. (Must be legible.)
2. Clearly state basis for grievance or grievance appeal.
3. State specifically what remedy you are requesting.
4. Remedy must remain consistent.

★ ADA Grievance ★

**Subject of Grievance and Requested Meaningful Remedy:** First off, I was already provided the medical pass Ms. Russell speaks of, so stating that it is unreasonable due to unintended security concerns has absolutely no penological basis at all. I had the pass for 6 months, but HSA's Debra Foster and David Tessiere have refused to renew it. I also am fully aware that the Montez case does not include my disability, but neither does CDOC apparently, and this is where the problem lies. Also within the CDOC is upholding and enforcing Title II of the 1990 ADA and the 2008 ADA Amendments Act? My disease is a disability under the ADA, yet even Ms. Russell, who is the head of the ADA Inmate Coordinators office, does not even recognize her duty to provide accommodations dictated by Federal Law! All you people in CDOC follow Montez - not the ADA. This is intentionally discriminatory and deliberate indifference at it's finest. I still want to be screened by someone from the ADA's office, with Dr. Creany present, so I can thoroughly explain my medical condition and tell you why I need the accommodations I've requested that have been denied.

Date: 08/01/13  
Offender Signature: [signature]

**Case Manager/CPO Must Complete**  
Facility/Unit/Pod/Parole Office/Community Corrections Center:  
Step (Circle one): 1  2  **3**

Signature: [signature] Trainor  
Print Name and DOC Employee Id #: Trainor 4441  
Date received: 8-1-13

Attachment "B"  
Page 1 of 1

---

| TO BE COMPLETED BY GRIEVANCE COORDINATOR |
|---|
| RECEIPT: I acknowledge receipt this date of a complaint from the offender in regards to the following subject. |
| Date 08/02/2013 | Grievance Coordinator & ID # OLIVER, MARGARETHE (14873) |

**RESPONSE**  
See attached response.

| TO BE COMPLETED BY RESPONDER |
|---|
| Date 08/21/2013 | Responder Name & ID # DECESARO, ANTHONY (10983) | Response Date 08/21/2013 |
| Disposition | Denied |

| TO BE COMPLETED BY OFFENDER |
|---|
| RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance. |
| If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual. |
| Offender Name BROOKS, JASON | DOCNO 150014 | Grievance # A-FF12/13-00042130-3 |
| Date: 08/23/13 | Offender Signature: [signature] |

Original: Department file/AIC    Copies: Administrative Head, Offender

# STATE OF COLORADO

**COLORADO DEPARTMENT OF CORRECTIONS**

Office of Step 3 Grievance Officer
2862 South Circle Drive, Suite 148
Colorado Springs, CO 80906-4195
Phone: 719.226.4238

Step 3 Grievance Officer



John W. Hickenlooper
Governor

Rick Raemisch
Executive Director

August 21, 2013

RE: Grievance #A-FF12/13-00042130-3

Dear Mr. Jason Brooks #150014:

I have reviewed your Step 3 grievance that you filed with regard to determination of ADA disability status and/or proposed accommodation.

In review of this matter, the conditions which you allege constitute a disability appear to pertain only to the treatment of your medical conditions. Your requests for accommodations are better characterized as medical restrictions, not ADA accommodations. You were evaluated for these requests and there were not medically indicated for you at this time. I cannot second guess the medical, professional opinion of the FCF medical providers regarding this evaluation. You may always request an accommodation regardless of ADA litigation class member status. I cannot recommend any relief in this matter.

It is your burden to prove your allegations stated in your Step 3 grievance. I have reviewed the facts of this case and determined that you did not meet this burden. There was no corroborating evidence to provide proof of your allegations.

Your request for relief is denied. This is the final administrative response in this matter and you have exhausted your administrative remedies.

Sincerely,

Anthony A. DeCesaro
Grievance Officer

Cc: working file
    grievance file