| CHRONIC CARE CLINIC | DE[PA]RTMENT OF CORRECTION | Printed By: CREANY, TIMOTHY P |
|---|---|---|
| Page 1 of 1 | AMBULATORY HEALTH RECORD | Printed at: 03/16/2012 16:47:45 |
| | | Encounter#: 2837156 @ FF |

| 150014 | BROOKS, JASON T | Facility: | FF | LU: | FCF/L.U.1 | B | 3 | 305 | T |

**Vitals:** Temperature: 98.4 | Pulse: 82 | Weight: 144 | Respiratory: 16 | BP: 117/72 | Vitals Taken: PULSE OXSYM=97.00

### SUBJECTIVE

CCC- UC. pt here to f/u on this dx. see 2/17/12 note for full details. he has placed MANY kites since our last appt. pt says that flagyl did not help him at all and caused n/v. pt says he has concerns about prednisone and someone has had him on it for 9 years.

pt reports that he has had slight improvement on entocort, dropping from 20/25 bm a day and then went down to 10-15 bm a day. he reports that the high dose prednisone caused a lot of arthrlagias but now feels that this is a lot better.

pt is concerned about wt loss- says that he has never weighted so little. pt seems to think that this visit was helpful.

Active Medication(s): BUDESONIDE SR - 3 MG/24HR - ** NON-FORMULARY 4/22/12 ** TAKE 3 CAPSULE(S) BY MOUTH ONCE DAILY IN THE MORNING.;
DICYCLOMINE - 20 MG - TAKE 1 TABLET(S) BY MOUTH TWICE DAILY AS NEEDED CRUSH AND FLOAT FOR ABDOMINAL DISTRESS.;
OMEPRAZOLE - 20MG - TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY FOR INDIGESTION (GERD OR REFLUX).

### OBJECTIVE

pt appears in NAD, very lean
lungs- cta
cor- rrr
abd- very lean, no masses, non-tender
ext- no c/c/e x 4. no noteable inflamed joints

### ASSESSMENT

556.9 - UNSPECIFIED ULCERATIVE COLITIS- pt looks comfortable in my office and was here ~ 1 hr. he did not appear to need a bm urgently. however, he has lost wt and reports that he is not really getting better. will await staffing next week and pre pt pref will see if i can get alinia approved. will follow labs as his pre-alb is low nl and i consulted dietary to see if they will consider some change to help maintain pt's wt. will also ask HSA if he is a candidate for ensure, etc. finally, will ask scheduling to expedite his GI appt
99214 - OFFICE/OUTPATIENT VISIT, EST

### PLANS / ORDERS

Allergies: No Known Allergies

check cbc, cmp, prealbumin

alinia 1000 mg po bid x 14 days (NFDR)

copy of note to HSA-? ensure

Medical Level: Changed from: 3 Qualifier: PERMANENT to 3 Qualifier: PERMANENT

NEW: Kite#: 1971775 For MEDICAL - RETURN TO CLINIC - APPOINTMENT - CCC- UC- CREANY - Return to Clinic: 04/27/2012 - Generated by Staff. - Return to Clinic Date: 04/27/2012

CLOSED: Kite#: 1940935 For MEDICAL - RETURN TO CLINIC - APPOINTMENT - UC F/U- CREANY - Return to Clinic: 03/18/2012 - Generated by Staff.

COPY CCC NURSE

**EXHIBIT B**

Datetime: 03/16/2012 15:13 | Providers: CREANY, TIMOTHY P

PA/NP/RD _____ Datetime: 03/16/2012 15:13
PHYSICIAN _____ Provider: CREANY, TIMOTHY P
NURSE _____ DateTime 3.16.12 @ 1700

CDOC/Brooks-00657

| Attachment B | COLORADO DEPARTMENT OF CORRECTIONS | Run Date: 03/16/2012 16:35:43 |
|---|---|---|
| Rx#: | NON-FORMULARY DRUG REQUEST | |

**Offender's Name:** BROOKS, JASON T    **DOC#:** 150014    **Facility:** FREMONT

**MEDICAL CONDITION being treated:** recalcitrant ulcerative colitis

**CRITICAL MEDICATION?** Yes ○   No ●

If yes, Provide rationale why this medication is considered critical:

**Previous remedies, canteen, formulary medications used (inlcude length of time, dosage and compliance):**
pt has seen >3 GI docs for ulcerative colitis. he has been rx by them w IV steroids, asacol, pentasa, remicade, mtx

**Rationale why a non-formulary drug is necessary (include/attach clinical documentation and evidence based medicine):**
pt has been told to have a total colectomy and does not want to do this. he says the above rx- with the exception of iv steroids- have not helped him. i have since used entocort which has helped a little (bm drop from ~20 a day to ~12 a day per pt). however, pt still reports a lot of sx, has dropped his wt from 150# 1 mos ago to 142# today despite a dietary consult and snacks. his family researched this med as something that can work for possible superinfxn w UC and he would like to try it and see if i

**Supporting medical information (including physical exam, labs, diagnostic testing, imaging, etc). Use additional page as needed.**

**Is this a consultant recommendation:** Yes ● No ○
**Have alternate RX's been discussed:** Yes ● No ○

**Please include consultant response/report and contact phone number:**

**Date:** 3/16/2012   **Provider:** CREANY, TIMOTHY P
**Drug/Strength:** ~~MACROBID 100MG 18043~~
**Alternate Name:** ~~NITROFURANTOIN MONOHYD~~ see below
**SIG:**   **Length (in days):** 14
ALINIA 1000 mg po BID x 14 days

Nurse Signature / Date 3.16.12
PA/NP Signature / Date 3/16/12
Printed Name: Tim Creany

**Reviewing Officer Comments:**

○ Approved as is
○ Modified to
● Denied

Signature of Medical Officer / Date