Summary View | Page 1 of 2

progress notes

**Patient:** Brooks, Jason  
**DOB:** ███████  **Age:** 33 Y  **Sex:** Male  
**Phone:** 719-583-5833  
**Address:** Freemont Corr/ Daphne, Canon City, CO-81212  
**Pcp:** Pueblo DOC

**Provider:** Atul Vahil, MD  
**Date:** 07/18/2012

## Subjective:

**CC:**
1. Diarrhea. 2. Rectal bleeding. 3. Abdominal pain.

**HPI:**
History of Present Illness:
  Jason presents for a follow-up of his history of ulcerative colitis, currently on prednisone 20 mg, tappering at 5 mg every week. With this, he reports that he continues to have daily lower abdominal pain worse at night with a minimum of 8 loose to watery stools daily. There has been lower back disomfort along with joint pain and although he admits to night sweats, he denies chills nor fevers. In the past he has taken and failed on mulitple medications including mesalamine, Imuran, Bentyl, Remicade, Methotrexate, Entocort, and numerous tappers of Prednisone, however reports that all therapies were individual. At his last visit, surgery was recommended, however Jason reports that prior to surgery, he would like to attempt a more aggresive therapy consisting of multiple modalities.

**ROS:**
GASTROENTEROLOGY:
  no nausea. no heartburn. no stool incontinence. Weight loss yes, resolved. no vomiting. bloating/belching yes. no difficulty swallowing. abdominal pain yes. no diarrhea. no constipation. no change in bowel habits. blood in stool yes.

**Medical History:** GERD, Gastritis, Esophagitis, Hiatal hernia, Ulcerative colitis.  
**Medications:** prednisone 5 mg tablet 4 tabs once daily, Medication List reviewed and reconciled with the patient  
**Allergies:** N.K.D.A.

## Objective:

**Vitals:** RR 16, HR 61, BP 112/66, Ht 75, Wt 168.0, BMI 21.00.

**Examination:**
General Examination:
  Heart: RSR, no murmurs. Lungs: clear to auscultation. Abdomen: no guarding or rigidity, soft, no organomegaly or masses, generalized, worse to lower abdomen. General appearance: NAD, pleasant. Extremities: no clubbing, no edema.

## Assessment:

**Assessment:**
1. Ulcerative colitis, other - 556.8 (Primary)

*[handwritten: D/W pt - he agrees → will order meds TL 7/24/12]*

## Plan:

**1. Others**
1. Asacol 1600 mg three times daily. 2. Imuran 50 mg once daily for two weeks then increase to 100 mg daily. 3. Humira 160 mg sq on day 1 of week 0; 80 mg sq at week 2; starting at week 4 40 mg every other week. 4. Continue Prednisone tapper 5 mg every 2 weeks. 5. TPMT level. 6. In 2 weeks CBC with diff, CMP, amylase. , I appreciate the opportunity of participating in the care of this pleasant patient.

**Provider:** Atul Vahil, MD

EXHIBIT C

**Patient:** Brooks, Jason **DOB:** ▮▮▮▮▮▮ **Date:** 07/18/2012

Electronically signed by Vahil A on 07/18/2012 at 09:56 AM MDT
Sign off status: Pending