**DEPARTMENT OF CORRECTI**
**AMBULATORY HEALTH RECORD**

CHRONIC CARE CLINIC
Page 1 of 1

Printed By: CREANY, TIMOTHY P
Printed at: 04/12/2013 11:03:54
Encounter#: 3183769 @ FF

| 150014 | BROOKS, JASON T | Facility: FF | LU: FCF/L.U.8 | S | 3 | 2 | T |

**SUBJECTIVE**

CCC- UC. pt has gained 5 lbs in 4 mos. he reports that he has chronically had some some fecal incont. since starting rowasa enemas he says this has mostly resolved. cramps have really reduced on humira and he has generally felt well. he still relates some rectal urgency having 4-6 bm a day- mostly a lot more solid. no blood in stool. only SE are he feels more need to have a BM if he uses a higher dose of salicylate.

Active Medication(s): AZATHIOPRINE - 50MG - TAKE 3 TABLET(S) BY MOUTH ONCE DAILY IN THE MORNING.; BALSALAZIDE DISODIUM - 750MG - ** NON-FORMULARY 7/23/2013** TAKE 3 CAPSULE(S) BY MOUTH THREE TIMES DAILY.; using 3 qd-bid
HUMIRA PEN - 40 MG - ** NON-FORMULARY EXPIRES 08/05/2013 ** INJECT 40 MILLIGRAM SUBCUTANEOUSLY ONCE EVERY TWO WEEKS IN THE MORNING.;
MESALAMINE ENEMA - 4G/60 ML - ** NON-FORMULARY EXPIRES 8/26/2013** INSERT 4 GRAM RECTALLY ONCE DAILY IN THE MORNING.;
VSL#3 - - ** NON-FORMULARY EXPIRES 4/24/2013** TAKE 3 CAPSULE(S) BY MOUTH ONCE DAILY IN THE MORNING.

**OBJECTIVE**

pt appears well and hs gained muscle wt
lungs- cta
cor- rrr
ext- no c/c/e x 4
abd- s, nt, nd, nabs, no mases palp

labs and c-scope r/w pt

**ASSESSMENT**

556.9 - UNSPECIFIED ULCERATIVE COLITIS- pt is now doing as well as he has ever. will cont regimen as is and ask for f/u w dr vahil to help cont to guide rx. MCV high- d/w pt. he thinks he was told that imuran could do this- not clear on UTD so will also check for folate, B12 to r/o other sources for the lab finding
99214 - OFFICE/OUTPATIENT VISIT EST

Temperature: 97.9  Pulse: 69  Weight: 164
Respiratory: 16  BP: 100 / 64
Vitals Taken: PULSE OXSYM=94.00;

**PLANS / ORDERS**

Allergies: No Known Allergies

diet consult placed

Medical Level: Changed from. 4 Qualifier: PERMANENT to 4 Qualifier: PERMANENT

NEW: Kite#: 2377267 For NURSING - LABS - APPOINTMENT - CHECK CMP, VIT B12, FOLATE, CBC IN 3 MOS

NEW: Kite#: 2377300 For MEDICAL - RETURN TO CLINIC - APPOINTMENT - CCC- UC - Return to Clinic: 07/31/2013 - Generated by Staff. - Return to Clinic Date: 07/31/2013

CLOSED: Kite#: 2249689 For MEDICAL - RETURN TO CLINIC - APPOINTMENT - CCC- UC- CREANY
1 HR APPT PLZ - Return to Clinic: 01/16/2013 - Generated by Staff.

CLOSED: Kite#: 2340479 For MEDICAL - OTHER - CHART REVIEW - DR CREANY JUST WONDERING WHAT IS GOING ON WITH THE ?RASH?

CLOSED: Kite#: 2350746 For MEDICAL - GU COMPLAINTS - CHART REVIEW - DR.CREANY JUST WANTED TO MAKE SURE IM SCHEDULED TO SEE DR. VAHIL AGAIN HE WANTED TO SEE ME A MOTH AFTER THE ENEMA TREATMENT WHICH I JUST STARTED ON THE 14TH. ALREADY HELPING SO ARE TO VSL PROBIOTICS, THANKS

**EXHIBIT D**

Datetime: 04/12/2013 10:18
Providers: CREANY, TIMOTHY P

PA/NP/RD _____ PHYSICIAN _____ NURSE _____
Datetime: 04/12/2013 10:18   Provider: CREANY, TIMOTHY P   DateTime 11.12.13