**progress notes**

**Patient:** Brooks, Jason
**DOB:** ███████   **Age:** 34 Y   **Sex:** Male
**Phone:** 719-583-5833
**Address:** Freemont Corr/ Daphne, Canon City, CO-81212
**Pcp:** Pueblo DOC

**Provider:** Atul Vahil, M.D.
**Date:** 06/11/2013

## Subjective:
**CC:**
1. Ulcerative colitis.

**HPI:**
History of Present Illness:
Jason presents for a follow-up post colonoscopy showing inflamation, eythema, and cratered ulcers from the rectum to splenic flexure moderate in severity with decreased mucosal vascularity of the entire colon. Pathology showed idiopathic inflammatory bowel disease of mild activity with recent blood work showing a hemoglobin of 14.4 and hematocrit of 41.8. Jason is currently on a regimen of the following: VSL # 3 once daily, Imuran 150 mg daily, Colazal three tabs three times daily, mesalamine enemas, and Humira every 2 weeks. With this combination, he notes that this is the best he has felt in years. He denies rectal bleeding, fevers, chills, or abdominal pain. Bowel movements are four to six soft stools daily with infrequent incontinence of stool.

**ROS:**
GASTROENTEROLOGY:
no nausea. no heartburn. stool incontinence yes, improved. no Weight loss. no vomiting. no bloating/belching. no difficulty swallowing. abdominal pain yes, resolved. diarrhea yes, improved. no constipation. no change in bowel habits, resolved. blood in stool yes.

**Medical History:** GERD, Gastritis, Esophagitis, Hiatal hernia, Ulcerative colitis.

**Medications:** azathioprine 50 mg tablet 3 tab(s) once daily, Colazal 750 mg capsule 3 cap(s) three times daily, Humira 40 mg/0.8 mL kit SQ every 2 weeks, mesalamine 4 g/60 mL enema 60 mL once daily, VSL #3 1 cap once daily, Medication List reviewed and reconciled with the patient

**Allergies:** N.K.D.A.

## Objective:
**Vitals:** RR 16, HR 54, BP 116/78, Ht 75, Wt 163.4, BMI 20.42.

**Examination:**
General Examination:
Heart: RSR, no murmurs. Lungs: clear to auscultation. Abdomen: no guarding or rigidity, soft, no organomegaly or masses. General appearance: NAD, pleasant. Extremities: no clubbing, no edema.

## Assessment:
**Assessment:**
1. Ulcerative colitis, other - 556.8 (Primary)
Ulcerative colitis with symptoms responding to a combined therapy of VSL#3, mesalamine enema, Imuran, Humira, and Colazal.

## Plan:
**1. Ulcerative colitis, other**
1. To continue current medications. 2. CBC, CMP every 3 months. 3. Stool for ova and parasites, if positive will consider treatment for ten days with Alinia. I appreciate the opportunity of participating in the care of this pleasant patient.
**Immunizations:**
**Therapeutic Injections:**

EXHIBIT E

*[signature]* 6/13/13

**Provider:** Atul Vahil, M.D.
**Patient:** Brooks, Jason  **DOB:** ████████  **Date:** 06/11/2013

*[signature]*

**Electronically signed by Atul Vahil M.D., FACP, M.D. on 06/11/2013 at 12:44 PM MDT**
**Sign off status: Pending**