IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02894-SKC

JASON BROOKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

### JOINT MOTION IN LIMINE RE: ADMISSIBILITY OF DEPOSITION TESTIMONY OF ATUL VAHIL, M.D., A DECEASED WITNESS

    Plaintiff Jason Brooks and Defendant Colorado Department of Corrections ("CDOC"), by and through their respective counsel, respectfully file the within Joint Motion in Limine to Allow the Deposition Testimony of Atul Vahil, M.D., a Deceased Witness, in anticipation of the jury trial set in this action, which is set to begin on December 12, 2022.  The parties state the following in support thereof:

    1.    This case involves a claim brought by Jason Brooks under Title II of the Americans with Disabilities Act (the "ADA").

    2.    At various times during Mr. Brooks's incarceration at CDOC, he received treatment from Atul Vahil, M.D., an outside gastroenterologist sometimes used by CDOC to provide care to inmates needing an outside specialist.  This includes certain time periods when Mr. Brooks was incarcerated at Fremont that are relevant to his ADA claim currently before the Court.

3. The parties believe that certain facts concerning the care provided by Dr. Vahil to Brooks may be relevant to the instant case, though there may be some disagreement as to which facts are and which ones are not relevant.

4. Dr. Vahil was deposed as part of this case on June 1, 2016. That deposition was transcribed by a certified court reporter, and a transcript was prepared.

5. Unfortunately, on December 9, 2020, Dr. Vahil passed away of complications from a COVID-19 infection, and as such, he cannot provide testimony in this matter. Therefore, the parties have agreed that certain portions of his deposition testimony should be admitted in lieu of direct and cross examination at trial.

6. The parties therefore propose that they exchange deposition designations on or around November 28, 2022, identify any objections and counter-designations that one party might have to the other's designations by December 2, 2022, attempt to resolve those objections, and submit a filing to the Court on or before December 5, 2022, setting forth (1) the proposed deposition designations agreed to be admissible, and (2) those designations that are objected to (if any), along with the nature of the objections.

7. The Court can then rule on the objections at its convenience, and the parties can arrange for an agreed-upon reader to read aloud the designated, admissible deposition testimony at trial.

**CONCLUSION**

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court grant the instant Joint Motion in Limine and hold that certain portions of Atul Vahil, M.D.'s deposition transcript be used as admissible evidence at trial, as set forth above.

Respectfully submitted this 28th day of November, 2022.

| | |
|---|---|
| *s/ Kevin D. Homiak*<br>Kevin D. Homiak<br>HOMIAK LAW LLC<br>1001 Bannock Street, Suite 238<br>Denver, Colorado 80204<br>(505) 385-2614<br>kevin@homiaklaw.com<br><br>and<br><br>Athul K. Acharya<br>PUBLIC ACCOUNTABILITY<br>P.O. Box 14672<br>Portland, OR 97293<br>503-383-9492<br>athul@pubaccountability.org<br><br>*Attorneys for Plaintiff Jason Brooks* | PHILIP J. WEISER<br>Attorney General<br><br><br>*s/ Joshua G. Urquhart*<br>JOSHUA G. URQUHART*<br>Senior Assistant Attorney General<br>KELLEY M. DZIEDZIC*<br>RACHEL M. LIEB*<br>Assistant Attorney Generals<br>*Counsel of Record<br>Civil Litigation & Employment Law Section<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203<br>Telephone: 720-508-6000<br>Facsimile: 720-508-6032<br>E-mail:<br>joshua.urquhart@coag.gov<br>kelley.Dziedzic@coag.gov<br>rachel.lieb@coag.gov<br>*Attorneys for Colorado Department of Corrections* |

## CERTIFICATE OF SERVICE

This is to certify that on November 28, 2022, I have duly served the within JOINT MOTION IN LIMINE RE: ADMISSIBILITY OF DEPOSITION TESTIMONY OF ATUL VAHIL, M.D., A DECEASED WITNESS, addressed as follows:

Adrienne Sanchez, CDOC
Associate Director, Legal Services

s/ *Elle Di Muro*