CASE CAPTION: *Brooks v. CDOC et al.*

CASE NO.: 13-cv-02894-SKC

EXHIBIT LIST OF: Jason Brooks – Plaintiff
　　　　　　　　　(Name and Party Designation)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 1 | Julie Russell, Meghan Reed, Adrienne Sanchez, Janet Smith, Jason Brooks | Letter from J. Brooks to Office of Legal Services/ADA Inmate Coordinator dated January 23, 2012 (CDOC/Walker-00015-16) | | | | | |
| 2 | Jason Brooks | CDOC/FCF Diet Miss History May 5, 2010 to November 20, 2015 (CDOC_Brooks-01263-1284) | | | | | |
| 3 | Jason Brooks, Dolores Montoya | Meal Pass dated March 3, 2012 (CDOC-Brooks-0481) | | | | | |
| 4 | Jason Brooks, Dolores Montoya | Request for Sick Call dated June 5, 2012 (FCF 0170) | | | | | |
| 5 | Jason Brooks, Dr. Timothy Creany | Ambulatory Health Record Provider Note dated November 9, 2012 (CCA-Brooks 0188) | | | | | |
| 6 | Jason Brooks, Dr. Timothy Creany | Ambulatory Health Record Provider Note dated December 7, 2012 (CCA-Brooks 0187) | | | | | |
| 7 | Jason Brooks, Dolores Montoya, Dr. Timothy Creany | CDOC Offender Grievance No. 39830 – Step I dated March 28, 2013 (CDOC_Brooks-00134) | | | | | |
| 8 | Jason Brooks, Dr. Timothy Creany | CDOC Offender Grievance No. 39830 – Step II dated April 29, 2013 (CDOC_Brooks-00313) | | | | | |
| 9 | Jason Brooks, Dr. Timothy Creany, Anthony DeCesaro | CDOC Offender Grievance No. 39830 – Step III dated May 13, 2013 (CDOC_Brooks-00310) | | | | | |
| 10 | Jason Brooks, Dr. Timothy Creany, Julie Russell | Request for Accommodation No. 2994 and Response dated May 28, 2013 (CDOC_Brooks-00005, 00013) | | | | | |
| 11 | Jason Brooks | CDOC Offender Grievance No. 42130 – Step I dated May 3, 2013 (CDOC_Brooks-00263) | | | | | |
| 12 | Jason Brooks | Ambulatory Health Record Provider Note dated June 14, 2013 (CCA-Brooks 0146-147) | | | | | |
| 13 | Jason Brooks, Julie Russell | CDOC Offender Grievance No. 42130 – Step II dated July 4, 2013 (CDOC_Brooks-00262) | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 14 | Jason Brooks, Julie Russell, Anthony DeCesaro, David Tessier | CDOC Offender Grievance No. 42130 – Step III dated August 1, 2013 (CDOC_Brooks-00260-261) | | | | | |
| 15 | Julie Russell, David Tessier, Kathy Howell, Adrienne Sanchez, Anthony DeCesaro, Dolores Montoya, Meghan Reed, Jay Hudson | Excerpts from Deposition of Julie Russell dated April 27, 2016 | | | | | |
| 16 | Kathy Howell | Kathy Howell Responses to Plaintiff's Interrogatory Nos. 1-9 dated April 16, 2016 | | | | | |
| 17 | Jason Brooks, Julie Russell | J. Brooks Letter to AIC dated November 3, 2017 (CDOC_Brooks-01919-1922) | | | | | |
| 18 | Janet Smith | Email from AIC J. Smith to D. Reed dated November 8, 2017 (CDOC_Brooks-01837) | | | | | |
| 19 | Jason Brooks | Request for Accommodation dated November 14, 2017 (CDOC_Brooks-01969) | | | | | |
| 20 | Jason Brooks, Janet Smith | J. Brooks Letter to AIC J. Smith dated December 14, 2017 (CDOC_Brooks-01925) | | | | | |
| 21 | Jason Brooks, Janet Smith | AIC J. Smith Letter to J. Brooks dated June 21, 2018 | | | | | |
| 22 | David Tessier, Julie Russell, Kathy Howell, Adrienne Sanchez, Anthony DeCesaro, Dolores Montoya, Meghan Reed, Jay Hudson | Defendants' Responses to Plaintiff's First Interrogatories & Requests for Admission dated October 15, 2018 | | | | | |
| 23 | David Tessier, Julie Russell, Kathy Howell, Adrienne Sanchez, Anthony DeCesaro, Dolores Montoya, Meghan Reed, Jay Hudson, Ryder May | Declaration of RN Ryder May dated October 31, 2018 (ECF 237-10) | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 24 | Julie Russell, David Tessier, Julie Russell, Kathy Howell, Adrienne Sanchez, Anthony DeCesaro, Dolores Montoya, Meghan Reed, Jay Hudson | Declaration of Julie Russell dated October 31, 2018 (ECF 237-2) | | | | | |
| 25 | Julie Russell, David Tessier, Julie Russell, Kathy Howell, Adrienne Sanchez, Anthony DeCesaro, Dolores Montoya, Meghan Reed, Jay Hudson | CDOC Administrative Regulation 750-04 (CDOC_Brooks-01776-1791) | | | | | |
| 26 | Adrienne Sanchez, David Tessier, Julie Russell, Kathy Howell, Adrienne Sanchez, Anthony DeCesaro, Dolores Montoya, Meghan Reed, Jay Hudson | Declaration of Adrienne Sanchez dated January 14, 2022 | | | | | |
| 27 | Jason Brooks | Request for Sick Call dated March 1, 2012 (Brooks 0105) | | | | | |
| 28 | David Tessier, Julie Russell, Kathy Howell, Adrienne Sanchez, Anthony DeCesaro, Dolores Montoya, Meghan Reed, Jay Hudson, Ryder May | RN R. May Email to AIC J. Smith dated June 8, 2018 (CDOC_Brooks-03072-3073) | | | | | |
| 29 | David Tessier, Julie Russell, Kathy Howell, Adrienne Sanchez, Anthony DeCesaro, Dolores Montoya, Meghan Reed, Jay Hudson, Janet Smith | Emails between J. Christner and AIC J. Smith dated July 24, 2018 (CDOC_Brooks-03071) | | | | | |
| 30 | Julie Russell, Meghan Reed, Janet Smith | 2012 Americans with Disabilities Act in a Correctional Environment Training Presentation (CDOC_Brooks-03374-3413) | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 31 | Julie Russell, Meghan Reed, Janet Smith | 2012 Americans with Disabilities Act for the Correctional Professional Training Presentation (CDOC_Brooks-03418-3446) | | | | | |
| 32 | Julie Russell, Meghan Reed, Janet Smith | 2012 CDOC Online Training Program_Americans with Disabilities Act in a Correctional Environment Training Presentation (CDOC_Brooks-03828-3892) | | | | | |
| 33 | Julie Russell, Meghan Reed, Janet Smith | J. Vanlandschoot Email to AIC Staff dated December 21, 2017 (CDOC_Brooks-01840-1841) | | | | | |
| 34 | Jason Brooks | CDOC Food Service Diet Order History_FCF (CDOC_Brooks-00146) | | | | | |
| 35 | Jason Brooks | CDOC Non-Formulary Drug Request dated December 27, 2016 (CDOC_Brooks-02236) | | | | | |
| 36 | Jason Brooks | Health Services Encounter_Chronic Care Visit Notes dated November 10, 2017 (CDOC_Brooks-02212-2216) | | | | | |
| 37 | Jason Brooks | Health Services Encounter_Chart Review Notes dated February 3, 2018 (CDOC_Brooks-02222-2223) | | | | | |
| 38 | Janet Smith | Excerpts from Deposition of Janet Smith dated October 6, 2022 | | | | | |
| 39 | Adrienne Sanchez Janet Smith | Excerpts from Deposition of Adrienne Sanchez dated November 3, 2022 | | | | | |
| 40 | Jason Brooks Julie Russell Janet Smith Timothy Creany MD | DOCNET Inmate File for Mr. Brooks (CDOC/Brooks 01296-1732) | | | | | |
| 41 | Adrienne Sanchez Janet Smith Meghan Reed Julie Russell | DOCNET Grievance Report Log (CDOC/Brooks 04523-4563) | | | | | |
| 42 | Adrienne Sanchez Janet Smith Meghan Reed Julie Russell | ADA Accommodation Log from Mr. Brooks's PCDCIS/DOCNET Profile (awaiting production from DOC) | | | | | |
| 43 | Jason Brooks Timothy Creany MD Dolores Montoya | CDOC Medical Records of Jason Brooks 2010 – 2015 (CCA-Brooks 0001-0615; CDOC/Brooks 000425-920) | | | | | |
| 44 | Jason Brooks Timothy Creany MD Dolores Montoya Julie Russell Meghan Reed | CDOC Medical Records of Jason Brooks 2015-2016 (CDOC/Brooks 000973-1284) | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| 45 | Jason Brooks<br>Timothy Creany MD<br>Dolores Montoya<br>Julie Russell<br>Janet Smith<br>Meghan Reed | CDOC Medical Records of Jason Brooks 2017-2018<br>(CDOC/Brooks 002110-2383; CDOC/Brooks 002384-2416) | | | | | |
| 46 | Janet Smith | CDOC Employee Training History<br>(CDOC/Brooks 003079-3084) | | | | | |
| | | Any filings and discovery responses and documents produced in discovery by any party in Case No. 13-cv-02894-SKC | | | | | |
| | | All transcripts of depositions taken in Case No. 13-cv-02894-SKC | | | | | |
| | | All documents identified as trial exhibits by any other party in Case No. 13-cv-02894-SKC | | | | | |
| | | All exhibits necessary for cross examination, impeachment, or rebuttal | | | | | |
| | | All exhibits necessary to establish foundation or authenticity | | | | | |
| | | Any other trial demonstratives, such as charts, timelines, calendars, graphics, diagrams, and animations | | | | | |