IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MAGISTRATE JUDGE S. KATO CREWS

Case No.  1:13-cv-02894-SKC            Date: November 28, 2022

Case Title: <u>*Brooks v. Colorado Department of Corrections*</u>

<u>    PLAINTIFF'S    </u> WITNESS LIST
(Plaintiff/Defendant)

| <u>WITNESS</u> | <u>ESTIMATED DATE(S) AND LENGTH OF TESTIMONY</u> |
|---|---|
| Plaintiff Jason Brooks | 2 hours |
| David Tessier | 1 hour |
| Julie Russell | 1 hour |
| Kathy Howell | 1 hour |
| Adrienne Sanchez | 1 hour |
| Janet Smith | 0.75 hours |
| Anthony DeCesaro | 0.75 hours |
| Dolores Montoya | 1 hour |
| Vaughn Littrell | 0.5 hours |
| Troy Brownlow | 0.5 hours |
| Kerri C. Brooks | 1 hour |
| Wendy Updegraff | 1 hour |
| Dr. Timothy Creany | 0.5 hours |
| Dr. Athul Vahil | 0.5 hours |
| Dr. Susan Tiona | 0.5 hours |

| Name | Time |
|---|---|
| Meghan Reed | 0.5 hours |
| Jay Hudson | 0.5 hours |
| Ryder May, RN | 0.5 hours |
| Sgt John Romero | 0.5 hours |
| Sgt Joseph Maldonado | 0.5 hours |
| CDOC Custodian of Records | 0.5 hours |
| All document custodians necessary to authenticate Plaintiff's Trial Exhibits | 0.5 hours |