IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02894-SKC

JASON BROOKS,

    Plaintiff,

v.

 COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTIONS IN LIMINE [ECF NOS. 383 – 385] AND TRIAL BRIEF [ECF NO. 391]**

---

    Defendant Colorado Department of Corrections by and through the Colorado Attorney General, respectfully request a two-day extension of time to submit its response to Plaintiff's motions in limine and trial brief. Defendant states the following in support thereof.

    1.    **Certificate of Conferral**. In accordance with D.C.COLO.LCivR 7.1(b)(1), undersigned counsel conferred with Plaintiff's counsel, and he does not oppose this Motion.

    2.    On November 28, 2022, Plaintiff filed three motions in limine: (1) Plaintiff Jason Brooks's Opposed Motion in Limine No. 1 Re: Criminal Histories of Troy Brownlow and Richard Vaughn Littrell (ECF No. 383), (2) Plaintiff Jason Brooks's Opposed Motion in Limine No. 2 Re: The Underlying Facts of his 2010 Convictions and his Post-Conviction Motions and Challenges to his Convictions (ECF No. 384), and (3) Plaintiff Jason Brooks's Opposed Motion in Limine No. 3 Re: Mr. Brooks's Former Attorneys, Dismissed Claims and Defendants, and Mr.

Brooks's other Civil Litigation (ECF No. 385). Plaintiff also filed a Trial Brief regarding Proposed Jury Instructions (ECF No. 391).

3. Counsel for Defendant has scheduled most of their witness preparation meetings for this week, including out-of-town meetings, leaving little time to substantially respond to Plaintiff's motions in limine and trial brief within two days.

4. Therefore, to prepare an appropriate response to the motions in limine and trial brief, Defendant requests that both of the parties be given an extension of time to file their responses to the motions in limine and trial briefs until **December 2, 2022**.

5. As indicated above, counsel for Plaintiff does not oppose the relief sought herein.

WHEREFORE, Defendant respectfully request that the Court grant the motion, and extend the response deadline to all motions in limine and trial briefs to December 2, 2022.

Respectfully submitted on November 29, 2022.

PHILIP J. WEISER
Attorney General

*s/ Joshua G. Urquhart*
JOSHUA G. URQUHART*
Senior Assistant Attorney Generals
KELLEY M. DZIEDZIC*
RACHEL M. LIEB*
Assistant Attorneys General
*Counsel of Record
Civil Litigation & Employment Law Section
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 720-508-6000
Facsimile: 720-508-6032
E-mail:
kelley.dziedzic@coag.gov
rachel.lieb@coag.gov

joshua.urquhart@coag.gov
*Attorneys for Defendant Colorado Department of Corrections*

**CERTIFICATE OF SERVICE**

This is to certify that on November 29, 2022, I have duly served the within DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTIONS IN LIMINE [ECF NOS. 383 – 385] AND TRIAL BRIEF [ECF NO. 391], addressed as follows:

Kevin D. Homiak
kevin@homiaklaw.com

Athul K. Acharya
athul@pubaccountability.org

*Attorneys for Plaintiff Jason Brooks*

Adrienne Sanchez, CDOC
Associate Director, Legal Services

s/ *Elle Di Muro*

3