

**FCF MEDICAL CERTIFICATE**

Date: 3/5/2012   DOC#: 150014

Name: Jason Brooks

Item: Please allow offender first pull to meds & meals x 3 months

Expiration Date: 6/5/2012

Signed: [signature] HSA

**EXHIBIT A**

CDOC/Brooks-00481