## REQUEST FOR SICK CALL

NAME: Jason Brooks      NUMBER: 150014

DATE: 06/05/12      LIVING UNIT: 1C302

WORK ASSIGNMENT: Cellhouse Porter

**Offender needs to be seen by: (CHECK ONLY ONE)**

_____ Physician Assistant/Nurse Practitioner

_____ Dentist

_____ Nurse

_____ Mental Health

_____ Self Medication: Refill Name: _____

Prescription Number: _____

  X  Other: Dolores Montoya

Explain your need for request: I just need my medical pass that allows me to go with first pull to meals + meals to be renewed please. Thank You

**Offender's request was received at Dispensary:**

Date: _____ By: _____

Action Taken: _____

20053  Distribution:   White Copy-Dispensary     Canary Copy-Medical     Pink Copy-Offender

EXHIBIT B
0170