| CHRONIC CARE CLINIC | DEPARTMENT OF CORRECTIONS | Printed By: CREANY, TIMOTHY P |
|---|---|---|
| Page 1 of 1 | AMBULATORY HEALTH RECORD | Printed at: 11/09/2012 15:51:00 |
| | | Encounter#: 3045979 @ FF |

| 150014 | BROOKS, JASON T | Facility: | FF | LU: | FCF/L.U.1 | C | 3 | 302 | T |

| | |
|---|---|
| **SUBJECTIVE** | Temperature: 97.7  Pulse: 61  Weight: 166 |
| CCC- UC. pt reports that he does not have any further desire to undergo surgery. hence we discussed cancelling c-scope and surgery w dr brown. pt says that the colazol is more tolerable than the other 5-as products but it still causes more liquid stools. he says that s colazol he has 6-10 bm a day and then after taking the colazol he had his bms increase to 10-12 x a day. | Respiratory: 14  BP: 120 / 67 |
| | Vitals Taken: PULSE OXSYM=96.00; |
| pt asks if he can try imodium to dec his stools | **PLANS / ORDERS** |
| | Allergies: No Known Allergies |
| Active Medication(s): AZATHIOPRINE - 50MG - TAKE 3 TABLET(S) BY MOUTH ONCE DAILY IN THE MORNING.; BALSALAZIDE DISODIUM - 750MG - ** NON-FORMULARY EXPIRES 04/27/2013 ** TAKE 3 CAPSULE(S) BY MOUTH THREE TIMES DAILY.; HUMIRA PEN - 40 MG - ** NON-FORMULARY ** INJECT 160 MILLIGRAM SQ ON DAY 1 OF 1 ST WEEK, THEN 80 MG X 1 OF WEEK 2 - THEN 40 MG EVERY OTHER WK STARTING AT WK 4. | NEW - Rx#: 3008450 Drug Name: LOPERAMIDE - 2 MG  Alternate Name: IMODIUM  Rx Date: 11/09/2012  Disc Date: 01/08/2013  Rx Instructions: TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY AS NEEDED FOR DIARRHEA. |
| | Medical Level: Changed from: 4 Qualifier: PERMANENT to 4 Qualifier: PERMANENT |
| **OBJECTIVE** | |
| pt appears well | NEW: Kite#: 2221169 For NURSING - LABS - APPOINTMENT - NEEDS CBC AND INFLAMMATORY BOWEL DISEASE REFLEX PANEL IN THE NEXT WEEK |
| lungs- cta | |
| cor- rrr | |
| abd- s, nd, nt, nabs | NEW: Kite#: 2221186 For MEDICAL - RETURN TO CLINIC - APPOINTMENT - CCC- UC- CREANY - Return to Clinic: 12/09/2012 - Generated by Staff. - Return to Clinic Date: 12/09/2012 |
| ext- no c/c/e x 4, no rashes noted | |
| | CLOSED: Kite#: 2183078 For MEDICAL - CHRONIC CARE CLINIC - APPOINTMENT - CCC- UC- CREANY 1 HR APPT PLZ - Return to Clinic: 12/03/2012 - Generated by Staff. |
| **ASSESSMENT** | |
| 556.9 - UNSPECIFIED ULCERATIVE COLITIS- pt appears to be doing well, he is not sure he will stay on colazol d/t some incearsed loose stools. however, i think it is ok to try imodium per pt's pref so long as pt does nto get constipated or have inc pain. pt asks for a pass to go to meals w first pull. he tells me that this was approved thru ms montoya at his staffing but the pass he had expired and was taken by staff. finaly, he is interested to try probiotics that require a rx. i will explain these issues to HSA and i expect she will need to decide on the pass as this would be outside typical medical care and we will prob wait on probiotics until directed by dr vahil. | CLOSED: Kite#: 2187962 For MEDICAL - MEDICATIONS - CHART REVIEW - WONDERING IF I COULD GIVE IMODIUM A TRY TO HELP WITH HUMIRA |
| | CLOSED: Kite#: 2188977 For MEDICAL - OTHER - CHART REVIEW - PASS FOR MEDS AND MEALS |
| | CLOSED: Kite#: 2216055 For MEDICAL - APPT REQUEST - APPOINTMENT - DR. CREANY JUST NEED TO SPEAK WITH YOU ABOUT MY LAST VIST WITH DR. VAHIL. HAVE A BUNCH OF QUESTIONS, WHEN I'M GOING BACK TO SEE HIM, OTHER MEDS, BLOOD TESTS, ETC. |
| 99214 - OFFICE/OUTPATIENT VISIT EST | |
| | Datetime: 11/09/2012 15:09  Providers: CREANY, TIMOTHY P |

PA/NP/RD _____  PHYSICIAN _____  NURSE _[signature]_
Datetime: 11/09/2012 15:09  Provider: CREANY, TIMOTHY P  DateTime 11/9/12 16:00

**EXHIBIT C**
CCA-BROOKS 0188