| CHRONIC CARE CLINIC<br>Page 1 of 1 | DEPARTMENT OF CORRECTIONS<br>AMBULATORY HEALTH RECORD | Printed By: CREANY, TIMOTHY P<br>Printed at: 12/07/2012 15:04:33<br>Encounter#: 3069985 @ FF |
|---|---|---|
| 150014 | BROOKS, JASON T | Facility: FF | LU: FCF/LU 6LO | F | 7 | T |

Temperature: 98.3  Pulse: 73  Weight: 159
Respiratory: 16  BP: 118 / 71
Vitals Taken: PULSE OXSYM=94.00;

**SUBJECTIVE**
CCC- f/u on UC. pt reports he stopped colazol d/t diarrhea. he tried OTC acidophilus taking 30 caps a day x 3 days and says that while on this he had his daily bms drop from 6-10 a day down to 2 bm the 1st day, 4 bm the 2nd day and 4 bm the 3rd day. then he ran out of the med and his bms went back up to 6-10 bm a day. now he is using acidophilus at a lower dose in terms to help him

Active Medication(s): AZATHIOPRINE - 50MG - TAKE 3 TABLET(S) BY MOUTH ONCE DAILY IN THE MORNING.;
BALSALAZIDE DISODIUM - 750MG - ** NON-FORMULARY EXPIRES 04/27/2013 ** TAKE 3 CAPSULE(S) BY MOUTH THREE TIMES DAILY.;- pt stopped taking this 2 weeks ago fro diarrhea
HUMIRA PEN - 40 MG - ** NON-FORMULARY ** INJECT 160 MILLIGRAM SQ ON DAY 1 OF 1 ST WEEK, THEN 80 MG X 1 OF WEEK 2 - THEN 40 MG EVERY OTHER WK STARTING AT WK 4.;
LOPERAMIDE - 2 MG - TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY AS NEEDED FOR DIARRHEA.

**OBJECTIVE**
pt appeasr well
he has lost 7 lbs in 1 mos
lungs- cta
cor- rrr
abd- s, nt, nd, nabs. no mases palp

**ASSESSMENT**
556.9 - UNSPECIFIED ULCERATIVE COLITIS- pt seems to be doing well. will cont rx as is x he has stopped colazol. will d/c. will await further info from dr vahil- email LL in sched to see if we can get him in- appt past due. pt wants to ask the HSA if he can have passes for:
1- early pull for going to his meals (says that sometimes he starts to his meal then needs to return to his CH for diarrhea and then misses a meal- has lost some wt lately)
2- he wants to have more toilet paper available to him
99213 - OFFICE/OUTPATIENT VISIT EST

**PLANS / ORDERS**
Allergies: No Known Allergies

copy of note to HSA - see assessment

D/C - Rx#: 3003042 Drug Name: BALSALAZIDE DISODIUM - 750MG Alternate Name: COLAZAL Rx Date: 10/29/2012 Disc Date: 12/07/2012 Rx Instructions: ** NON-FORMULARY EXPIRES 04/27/2013 ** TAKE 3 CAPSULE(S) BY MOUTH THREE TIMES DAILY.

Medical Level: Changed from: 4 Qualifier: PERMANENT to 4 Qualifier: PERMANENT

NEW: Kite#: 2249689 For MEDICAL - RETURN TO CLINIC - APPOINTMENT - CCC- UC- CREANY
1/HR APPT PLZ - Return to Clinic: 01/16/2013 - Generated by Staff. - Return to Clinic Date: 01/16/2013

CLOSED: Kite#: 2221186 For MEDICAL - RETURN TO CLINIC - APPOINTMENT - CCC- UC- CREANY - Return to Clinic: 12/09/2012 - Generated by Staff.

COPY TO CC NURSE

Datetime: 12/07/2012 14:26   Providers: CREANY, TIMOTHY P

PA/NP/RD _____  PHYSICIAN _____  NURSE _____
Datetime: 12/07/2012 14:26   Provider: CREANY, TIMOTHY P   DateTime 12-7-12 1519

**EXHIBIT D**
CCA-BROOKS 0187