---

**Page 19**

1  you first met Mr. Brooks. You've alluded to his health
2  problems. Were those health problems apparent while he
3  was at Bent County with you?
4      A.   Absolutely.
5      Q.   What were those health problems as far as
6  you observed?
7      A.   So I sort of befriended Jason when he
8  first came in, but we weren't -- we weren't like
9  buddies initially when he first came in. So I wasn't
10 aware of stuff going on with him. But I knew that he
11 got called to medical a lot. He was on the medical
12 call-out sheet quite frequently. I just assumed he had
13 some kind of ongoing deal. I didn't know.
14         It wasn't until we became cellmates that
15 it was obviously, you know, apparent, that he was going
16 through some stuff, because of what occurred in the
17 cell. So ...
18     Q.   Just so I'm clear, before he was your
19 cellmate, you knew he was going to medical frequently
20 and was on the medical call list, but you didn't really
21 have any idea of what his medical problems were; is
22 that fair?
23     A.   Yeah. I mean, I wasn't tracking what he
24 was doing and what was going on with him. It was like
25 I said, I knew that he was frequently on the call-out

---

**Page 20**

1  sheet for medical. I didn't know if it was diabetes or
2  some kind of chronic health issue.
3      Q.   That's understandable. And did that
4  impression or that understanding change when he became
5  your cellmate?
6      A.   Definitely, yeah.
7      Q.   And is it because you got a more specific
8  idea of what his medical problem or problems were?
9      A.   Let's just say I got an up-close look at
10 what he was going through, sir.
11     Q.   Could you describe that, what you mean by
12 you got an up-close look?
13     A.   Well, there's a lady in the room.
14         To make a long story short, because of
15 what was going on with him, he had to use the
16 facilities literally every 15 minutes. He probably
17 went to the bathroom 20, 25 times a day. We got to a
18 point where you're comfortable with each other, that I
19 was on the bottom bunk, he was on the top bunk, I just
20 rigged up a towel that he would drape down and it would
21 block my view of him using the restroom. So I wouldn't
22 have to keep on getting up and getting out.
23         We were locked down frequently at Bent
24 County, so you just couldn't leave the cell when
25 somebody has to use the restroom, and you're trying to

---

**Page 21**

1  keep respectful and dignity, but he'd have to use the
2  bathroom quite frequently.
3      Q.   Was this only during waking hours, or did
4  he have to do it all through the night as well?
5      A.   I can't speak to the evenings really
6  because I'm a deep sleeper. I don't know what he did
7  in the evenings or the frequency. Once I'm asleep, I'm
8  asleep. But I can tell you during the waking hours,
9  sir.
10     Q.   How did he explain what was causing him
11 to go to the bathroom more frequently?
12     A.   I think he had generally a half-dozen
13 ideas of what might be going on with him, everything
14 from allergies -- sorry?
15     Q.   No, continue your answer, please.
16     A.   He didn't know if he was allergic to
17 something, cancer. He didn't know if he had a cut in
18 his intestines.
19         He had blood mixed in with his liquid
20 stool every day, 20 times a day. He asked me to look
21 at it. So I can tell you firsthand that he was
22 bleeding through his -- excuse me, ma'am -- his rectum.
23     Q.   I should say I understand it's a
24 sensitive topic, but, unfortunately, it's part of
25 litigation, so we've got to talk about it.

---

**Page 22**

1         When you say --
2      A.   Oh, I'm not worried about it. It's for
3  the lady in the room.
4      Q.   When you say he showed you the blood in
5  his stool, was that on toilet paper?
6      A.   No, sir. That was the result of what he
7  had just done in the restroom. He would ask me a
8  couple times: I need you to look at this. I said, I'm
9  not looking at it.
10         He'd say, Bro, I need you to look at it.
11 I need a witness in this case. Medical doesn't believe
12 me.
13         And I said, All right, I'll look. And so
14 I did a couple times. It wasn't a pretty sight.
15     Q.   At Bent County, how did he handle chow
16 pool if he had to go to the bathroom every 15 minutes?
17         And I should explain that my
18 understanding is that chow pool is 20 minutes. So if
19 it's every 15, then it seems like there would be a
20 problem there because, as I understand it, there's no
21 restrooms in the chow hall.
22     A.   Absolutely not. So he's a pretty smart
23 guy, pretty persistent. Initially he had to go through
24 a lot of hoops, but I think he got arrangements where
25 sometimes he could go and get his food with whatever

---

7 (Pages 19 to 22)

Calderwood-Mackelprang, Inc.   303.477.3500

EXHIBIT E

**Page 39**

1 described his health status?
2   A.   Again, I don't recall like specifics. I
3 can't say, in November's letter, he told me this. I do
4 remember another time that he happened to mention to
5 me -- that's where I got the idea that Bent County may
6 have inadvertently exacerbated his condition worse
7 because they put him on a Bent County grain diet.
8       I remember him saying when he got down to
9 Fremont -- and this was maybe the first year he was
10 down there, maybe -- he said, Dude, I found out I'm
11 allergic to grain. It's gluten that's doing it. And
12 they put me on that high gluten diet.
13       So I remember him telling me in the
14 letter that they discovered that that was the issue,
15 the colitis or something, that that's why he was
16 bleeding in his stomach, in his intestines, and they
17 were sort of narrowing it down what the thing was.
18       So he was very, I guess, faithful, I
19 guess is the word, that he finally got some resolution
20 of what his issue was. That's what I remember.
21       I don't remember, like I said, the month
22 that he wrote me, but I just know that's the substance
23 of one of the letters.
24   Q.   Sure, I understand. Like I said, even
25 that was nearly a decade ago.

**Page 40**

1       So other than the letter where he said he
2 was on a new medication regime that seemed to help and
3 then this letter that said that they had speculated --
4 I shouldn't say that -- where he thought that they
5 thought that he might be allergic to grains and was on
6 a diet to account for that, do you remember any other
7 letter talking about, specifically talking about his
8 health status?
9   A.   I can tell you in general comments in the
10 few letters that I got from him that it was just very
11 trying on him. It was just wearing him out, just
12 being -- not having the topnotch medical care to help
13 him figure out a game plan because he was tired of
14 feeling blah, the energy, you know, not keeping up
15 weight -- all that just weighed on him.
16       He was also afraid that he was going to
17 be anemic or something because he kept losing blood
18 through his stool. These were just general comments.
19   Q.   Okay. Did he ever in his letters to you,
20 did he ever talk about any sort of arrangement at
21 Fremont that would be the same as or similar to the
22 arrangement he had at Bent, to have more flexible
23 access to chow pool?
24   A.   I want to say yes. I don't recall
25 specifics, like if he got the pass to go with finger

**Page 41**

1 sticks. I just know that some accommodation was
2 reached and he was thankful for it, like: Down here,
3 these guys allow me to do this and it was a big help.
4 I don't remember the specifics, if it was finger sticks
5 or an orange card or what the deal was. I don't know
6 how Fremont works with their movements because they're
7 closed custody. I just remember they gave him some
8 kind of accommodation that seemed to help his situation
9 out. I just don't recall the specifics.
10   Q.   Do you remember him saying how it helped
11 his situation out?
12   A.   He didn't have to deal with the masses.
13 He could get in, get his stuff, and get out.
14   Q.   So was it that he could have more
15 reliable access to the chow pool?
16   A.   Well, it had to do with the fact --
17 you've got to remember -- you said you've been in
18 prison before. I don't know if you've ever hung out at
19 chow hall in prison at chow time, but the lines can
20 be -- especially at a big facility like Fremont, the
21 lines were notoriously long. It's just the nature of
22 the beast. That's how prison is these days. You go
23 wait in one line to the next line to the next line
24 throughout your day. Commissary, phone, chow.
25       So that's what his big thing was. He

**Page 42**

1 just couldn't be stuck somewhere without access to a
2 bathroom for more than 15 minutes, give or take. That
3 was, I think, his big fear.
4   Q.   Just so --
5   A.   I know you've got a side to represent,
6 but you don't realize -- you don't know what that's
7 like to be standing in line, and when he has to go, he
8 has to go. You and I can stop it and hold the fort.
9 He can't, or at least he couldn't back then. He had to
10 go.
11   Q.   That actually brings up a good thing.
12 It's 9:55. So I think we'll probably take a break in
13 about five minutes.
14       Did Mr. Brooks ever have an accident --
15 I'm going back to Bent County now -- did he ever have
16 an accident waiting in the chow line when you were
17 around him?
18   A.   You asked if I witnessed that? No, sir.
19 Did it happen? I know it happened. I saw the
20 underwear. But I wasn't there standing in line next to
21 him when it happened. I know it did happen because he
22 had to come back and change. That was from rec and/or
23 chow.
24   Q.   Were you usually standing near him in the
25 chow line?

12 (Pages 39 to 42)

**Page 71**

1   Q.   Sure.  I would guess, in this sort of
2   situation, I would guess that we probably have been
3   asking you a lot of the same questions.
4           Did she ask you any sort of -- not "sort
5   of" -- did she ask you any different questions that you
6   recall from what I'm asking you here today?
7   A.   Not really.  I mean, I can't think of one
8   stark difference where she said, Well, what about this?
9   It's all sort of the same.  Everybody is trying to
10  establish who did what and when and where.  Her script
11  wasn't -- her interests didn't vary very much from
12  you're interested in, I don't believe.
13  Q.   That's generally been my experience, that
14  in this sort of situation, it's pretty much going over
15  the same information twice.
16          As I said at the beginning, you've been
17  listed as a potential witness that would testify at
18  trial.
19          Do you know what -- strike that.
20          Is there any information that you would
21  want to provide at trial that you haven't talked about
22  with me today?
23  A.   Well, I can tell you -- I mean, it's not
24  helpful to your position --
25  Q.   I just --

**Page 72**

1   A.   I can tell you a couple anecdotal
2   experiences that you and I haven't talked about that I
3   did share with -- I can't remember the lady's name back
4   then -- a couple things that just sort of drive home
5   the point -- and sometimes I get emotional thinking
6   about it, but ...
7   Q.   Take your time and I would very much like
8   to hear the anecdotes that you're thinking of.
9   A.   I'll just share with you one anecdote
10  that I can remember that's pretty shameful.
11          So you might know that occasionally we
12  have to do a facility-wide lockdown because the
13  officers want to come in and make sure we don't have
14  weapons, drugs, that sort of thing.  So they scoot you
15  out of your living unit and we go to the gym.  We get
16  parked in the gym for about four house while they tear
17  the heck out of our cells, looking for what they need
18  to look for.
19          So at Bent County -- and this is
20  something I always remember and something I've always
21  felt so horrible about -- 300 guys march into the
22  gym at Bent County.  And the bathrooms there -- can you
23  see the table that I'm sitting at?
24  Q.   I can.
25  A.   Do you see the height of it?

**Page 73**

1   Q.   Yep.
2   A.   That's about what the retaining wall is
3   around the restroom at Bent County in the big gym
4   bathroom.  So you can see from the waist up, more or
5   less.
6           Three hundred guys marched in.  We sat at
7   the end of the gym waiting for them to go through their
8   cells.  What does Jason have to do three or four times
9   during that couple-hour period we were in the gym?
10  He's got to use the bathroom in front of 300 people, in
11  front of God and everyone.  And the heckling and ...
12          MR. URQUHART:  So just for the record,
13  for the deposition transcript, I'd like to reflect that
14  Mr. Brownlow stood up and showed how high the table is
15  that he's sitting at.
16  Q.   (By Mr. Urquhart) What would you call
17  that?  Probably just a little bit less than waist
18  level?
19  A.   Well, it depends on your waist.  I'm
20  sorry, I don't want to misrepresent.
21          It's pretty shameful what we did to the
22  guy because that's prison.  Like I said, we're sharks.
23  If there's blood in the water, we go after it.  So of
24  course we're harassing him.
25          So the point I'm trying to tell you is,

**Page 74**

1   the dude went through a lot of things that whether
2   you're a prisoner or not, you shouldn't have to go
3   through.  That's the bottom line.
4   Q.   Okay.
5   A.   Eleven years of a lot of -- that dude,
6   he's a pretty remarkable guy, one of the more resilient
7   guys that I know.  He put up with a lot.  He put up
8   with a lot.  I just want you to know that.
9   Q.   Do you have any other anecdotes that you
10  think are important for us to know?  I understand it
11  might not be helpful to my client, in your opinion, but
12  that's sort of the purpose of this, so that I can have
13  that information in advance of trial.
14          Are there any other anecdotes that you
15  think are important that we should know about?
16  A.   I don't want to get lost in the weeds,
17  but there's just so many different little things that
18  don't even rise to the level of maybe even your
19  interest that he had to take part in just because of
20  his conditions and stuff.
21          Sometimes, like at the gym when they let
22  you in for the bathroom break at Bent County, there
23  would be 10 guys having to urinate.  And there, you're
24  doing your business in front of God and country, like I
25  mentioned.

**Page 75**

1  So sometimes he'd be like: Hey, you guys
2  mind if I just cut in front of you? He had to explain
3  it to everybody that he's got this colitis condition or
4  whatever. He was just asking everybody: Hey, just let
5  me slide in.
6  So there are little things like that that
7  probably don't show up in your record or whatnot,
8  little indignities that he had to endure the last 11
9  years, man. It's just tragic.
10  I can only imagine the stuff that he, you
11  know, had to get put through, just to get out of
12  prison. And I'm thankful that he's out and that he's
13  getting the care that he needs.
14  I saw pictures, so he's definitely
15  getting a little better than he was when I last saw
16  him. It looks like he put on another 10 pounds. So
17  that's good.
18  Q. And this will probably be sort of my last
19  line of questioning.
20  Has he, in your phone calls with him or
21  on JPay, has he talked at all about whether his health
22  has improved now that he's been released?
23  A. Yes. Yes, sir.
24  Q. And does he give any reason -- has he
25  told you any reason, I should say, as to why he thinks

**Page 76**

1  it's improved?
2  A. I wouldn't say that he's saying, Hey, I'm
3  healed. It's a miracle.
4  He's saying that he's feeling better.
5  And then the last time I actually spoke with him, I
6  guess now he has an issue with a kidney, and I don't
7  know if it's renal failure or -- but he's concerned
8  now, whoever he went to, whatever clinic, that they did
9  some tests and now maybe because of the byproduct of
10  medication that he was on while he was in prison -- who
11  knows? -- but he's got issues, I believe, with his
12  kidneys medical-wise.
13  On one hand, he started working out,
14  feeling better, eating better, and now this thing came
15  up, and they don't know what's causing it.
16  Q. Just because this was what he was
17  suffering from while he was incarcerated and you knew
18  him then, has he talked about any new medication that
19  he's taking that has helped his bowel problems?
20  A. No, I can't say that that's come up in
21  our conversation, because the medical thing is usually
22  just a brief -- because that's just how he is. He's
23  not going to burden me with his issues, so to speak.
24  Sometimes you have to drag it out of him: So what's
25  going on with you?

**Page 77**

1  So I try to be respectful and give him
2  that boundary where I don't press too much. I figure
3  he's going to tell me -- if something is going on,
4  he'll tell me.
5  Q. So if he hasn't mentioned any new
6  medication, is he on any new diet that might be
7  helping?
8  A. I know he's a big fan of smoothies. I
9  can't remember exactly the recipe that he makes for him
10  and his father, but he said that starts his day, helps
11  with his energy a little bit, but, you know, he's still
12  a frequent restroom user, to my knowledge.
13  MR. URQUHART: I think I'm done. Can we
14  take like a 60-second break so I can just confirm?
15  THE DEPONENT: Sure.
16  MR. HOMIAK: I do have a few questions,
17  once you're done, Josh.
18  MR. URQUHART: Okay.
19  (There was a brief discussion off the
20  record.)
21  MR. URQUHART: I'm done, at least until
22  Mr. Homiak asks his questions.
23  MR. HOMIAK: Thanks, Josh.
24  >>>
25  >>>

**Page 78**

1  EXAMINATION
2  BY MR. HOMIAK:
3  Q. Mr. Brownlow, I certainly appreciate your
4  patience and your candor in answering all
5  Mr. Urquhart's questions. I know we're asking you to
6  delve deep into your memory banks here.
7  I just have a few questions, just so I
8  can understand the testimony that you gave to
9  Mr. Urquhart.
10  You obviously had a fair bit of
11  experience firsthand seeing Mr. Brooks' condition at
12  Bent County and Sterling Correctional Facility. I want
13  to make sure I understand: At least at Bent County
14  when he was going to the restroom roughly every 15
15  minutes, was it your observation or your impression
16  that this was primarily -- unfortunately, I just have
17  to use these words because it is the subject matter --
18  primarily to defecate rather than to urinate?
19  A. Yeah, it was never about urinating, ever.
20  Q. So Mr. -- are you familiar with the
21  concept of incontinence or being unable to control
22  bowel movements?
23  A. Yes.
24  Q. Essentially, it was your impression that
25  Mr. Brooks' need to use the restroom so frequently was

79

1 related to fecal incontinence?
2      A.   I'm just not comfortable with the medical
3 term.
4      Q.   Yeah.
5      A.   Sorry, ma'am, but he had constant
6 squirts. Sorry.
7      Q.   That's okay.
8      A.   That's the best way I can describe it.
9 That's the best way I can describe it.
10      Q.   And when you saw -- oh, go ahead.
11      A.   I was just saying that's what the
12 frequency was. It wasn't like he was having a bowel
13 movement and you had to get room deodorizer. It was
14 just a sit on the toilet, bloop, you know. It just got
15 to be so routine with him doing that.
16      Q.   So is it fair to describe it as -- I
17 think you said constant squirts -- is it fair to
18 describe it as constant diarrhea of some sort?
19      A.   Yes.
20      Q.   And when you saw Mr. Brooks' underwear
21 when he'd had an accident, was that basically that he
22 had defecated on himself rather than peed on himself?
23      A.   It was never piss. It was always a
24 combination of two substances, as far as I could tell.
25      Q.   Okay. And was it ever your impression,

80

1 whether at Bent County or at Sterling, that this was a
2 condition that Mr. Brooks had made up?
3      A.   Impossible.
4      Q.   And was it ever your impression that he
5 was trying to get -- whatever you'd call it -- a meal
6 pass or more flexibility with accessing his meals as a
7 way to game the system, so to speak?
8      A.   So the four of us today in this moment
9 just have no idea what it's like to be having to stand
10 in a line for who knows how long and urge overcomes you
11 so much that you've got to get out of line and handle
12 business. That's what we're talking about. That's his
13 situation. That's what it was.
14      Q.   So it was never your impression that
15 Mr. Brooks was trying to manipulate the system or gain
16 some sort of unfair advantage by getting a meal pass or
17 having more flexibility with accessing his meals; is
18 that fair?
19      A.   I think that's probably a pretty -- well,
20 a wide stigma that we get in here, that we're always
21 trying to game the system or manipulate. And that's
22 not at all what his deal was, not at all. It was just
23 a matter of managing what he could manage, controlling
24 what he could control in that situation, and that just
25 helped him, or at least so he thought it would.

81

1      Q.   I think you mentioned towards the
2 beginning of your testimony today that you had some
3 sort of pass at Bent County to be able to access meals
4 in an early pool. Did I get that right?
5      A.   A rec pass.
6      Q.   How were you able to get that pass? What
7 was that pass for?
8      A.   That pass was my all access -- like I
9 couldn't go outside the gate, but I could go to the
10 small gym, the big gym. If I had to go to the supply
11 room, if I had to go to the custodial, if I had to go
12 to chow, I would just flash my badge. They would say,
13 Okay, an essential worker, basically. You could go
14 where you needed to go.
15      Q.   And why did you --
16      A.   It would open up doors --
17      Q.   I'm sorry, go ahead.
18      A.   It would open up doors. Guys kind of
19 kidded about it: Oh, you've got the keys to the
20 kingdom, you know, because you can go anywhere, except
21 out the front door.
22      Q.   Why did you have that pass?
23      A.   Because I was what they called at that
24 time, anyway, quote/unquote, an essential worker. So
25 at rec, I did field maintenance. I worked in the

82

1 garden. I swept and mopped the gym floor before each
2 rec pool would come out.
3           There was basically five of us that
4 were -- I don't want to say essential workers; that's
5 the wrong classification -- there were five us -- I
6 guess the term back then was all-day rec workers. So
7 usually guys would work rec in shifts, you know, the
8 cage to pass out equipment. There's five of us usually
9 that handled field maintenance. We'd out-count at the
10 gym, have our meals brought in, that kind of thing.
11           We'd work in the volleyball court. If
12 the machines needed oiling, we'd do that. Just general
13 maintenance. So we were there from basically 7:00 in
14 the morning, when rec would open up, until 4:00.
15      Q.   And --
16      A.   And that's what that pass --
17      Q.   I'm sorry, go ahead.
18      A.   That's just what that pass did.
19      Q.   Do you know approximately how many
20 inmates at Bent County had this all-access pass, as you
21 described it?
22      A.   Five.
23      Q.   Five inmates?
24      A.   It might have fluctuated after my time,
25 but when I was there, I can tell you there was five of

22 (Pages 79 to 82)