CM Trainer

## Colorado Department of Corrections Offender Grievance Form

| **Offender Must Complete** | | Doc #: 150014 |
| --- | --- | --- |

Name: Jason Brooks

Grievance number (complete for Steps 2 and 3, only): C-FF 12/13 - 00039830-3

**Instructions:**
1. Fill out identifying data in space provided. (Must be legible.)
2. Clearly state basis for grievance or grievance appeal.
3. State specifically what remedy you are requesting.
4. Remedy must remain consistent.

**Subject of Grievance and Requested Meaningful Remedy:** About Dr. Creany is saying that this pass can only be provided by the ATC, whom does not even recognize my chron as a disability, and whom has denied all my accommodation request, including this one. Both Dr. Creany and HSA Debra Foster know full well that I am forced to miss numerous meals because of the renal medications I get due to my ulcerative colitis. Former HSA Debra Montoya responded reasonably to this issue by giving me a pass (copy inclosed), now she is retired and HSA Foster refuses to reasonably respond to my serious medical needs by refusing to issue me this necessary pass so I can eat meals (a basic human need) - that is the definition of deliberate indifference. I'm being told "Mr. Brooks we don't care if you miss meals against your will, you get enough food (even when I miss all meals in the day?)." I'm 25 lbs underweight today and still this issue is ignored. Provide the pass that was already issued and monetary damages as previously requested in my step 1 + 2 grievances.

| Date: 05/10/13 | Offender Signature: _[signature]_ | |
| --- | --- | --- |
| **Case Manager/CPO Must Complete** | Facility/Unit/Pod/Parole Office/Community Corrections Center: | **Step (Circle one)** 1 2 ③ |
| Signature: _[signature]_ | | |
| Print Name and DOC Employee Id #: TRAINOR 4441 | Date received: 5-13-13 | |

Attachment "B"
Page 1 of 1

---

## TO BE COMPLETED BY GRIEVANCE COORDINATOR

RECEIPT: I acknowledge receipt this date of a complaint from the offender in regards to the following subject.

| Date 05/14/2013 | Grievance Coordinator & ID # OLIVER, MARGARETHE (14873) |
| --- | --- |

**RESPONSE**
see attached

## TO BE COMPLETED BY RESPONDER

| Date 05/16/2013 | Responder Name & ID # GRIFFITH, MARSHALL (14298) | Response Date 05/22/2013 |
| --- | --- | --- |
| Disposition | Denied | |

## TO BE COMPLETED BY OFFENDER

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.

If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| Offender Name BROOKS, JASON | DOCNO 150014 | Grievance # C-FF12/13-00039830-3 |
| --- | --- | --- |
| Date: 05/24/13 | Offender Signature: _[signature]_ | |

Original: Department file/AIC                    Copies: Administrative Head, Offender

**EXHIBIT F**
CDOC/Brooks-00310