AR 750-04A (02/13/12)

# REQUEST FOR ACCOMMODATION

*Return completed form to your Facility ADA Coordinator*

*According to the Americans with Disabilities/Rehabilitation Acts (ADA), no qualified individual with a disability shall, on the basis of disability, be excluded from participation or denied the benefits of the services, activities, or programs of the Department of Corrections or be subjected to discrimination. Use this Form to request ADA accommodations; use Form "B" to request ADA litigation class member status. Case management will assist with completion of this form upon request. One additional page of information may be attached.*

## I. OFFENDER INFORMATION: (Please print)

NAME: Jason Brooks
FACILITY: FCF
DOC#: 156014
DATE: 05/28/13

Name & Title of person completing form (if not named offender):

## II. ACCOMMODATION REQUESTED:
*Accommodations are assistive devices/equipment, communication services, structural or procedural modifications or adjustments to policies and practices, **to ensure equal access**. (e.g. magnifier, sign language interpreter, re-assignment of job duties). Health care appliances, restrictions, medical treatment are NOT accommodations.*
**Do not leave this section blank.**

I need a pass that allows me to go with the first pulls to medline and chow so I can deal with fecal incontinence issues. This is always an issue and I was already provided a pass by HSA Dolores Montoya, but now HSA Foster says this is now the AIC office's responsibility. I've been forced to miss hundreds of meals because of this since my previous pass expired.

## III. SUBSTANTIAL LIMITATION: (Mark only limitations RELEVANT to the above request) examples in parenthesis

| | | | | | |
|---|---|---|---|---|---|
| CARING FOR ONESELF | | BREATHING (Asthma) | | BOWEL | X |
| PERFORMING MANUAL TASKS | | LEARNING (Dyslexia) | | BLADDER | |
| SEEING | | READING | | NEUROLOGICAL (Seizures) | |
| HEARING | | CONCENTRATING | | BRAIN (Intellectual disability, Brain injury) | |
| EATING | X | THINKING (Dementia) | | RESPIRATORY (COPD) | |
| SLEEPING | | COMMUNICATING | | CIRCULATORY (Heart) | |
| WALKING | | WRITING | | ENDOCRINE (Diabetes, Hepatitis) | |
| STANDING | | WORKING | X | BRAIN (mental health) | |
| LIFTING | | IMMUNE SYSTEM (HIV/AIDS, Allergies) | X | SITTING | |
| BENDING | | CELL GROWTH (Cancer) | | CLIMBING | |
| SPEAKING | | DIGESTIVE | X | NOT LISTED: | |

*By signing this form voluntarily and without coercion or under duress, I authorize the Facility ADA Coordinator, AIC or designee to: request, review and/or discuss any medical or mental health, academic, housing, assignment and programming records to the extent necessary to investigate disability claims and evaluate reasonableness of accommodations requested. Any information related to this request shall only be disclosed on a need-to-know basis in order to investigate and implement approved accommodations. I agree to fully participate and cooperate in this process and understand that additional information may be required in order to process this request. Failure to provide this information may result in denial of the requested accommodation.*

Offender Signature
Date: 05/31/13

Attachment "A"
Page 1 of 1

RECEIVED
JUN 03 2013
FCF ADMINISTRATIVE SERVICES

CDOC/Brooks-00005

**EXHIBIT G**