**DEPARTMENT OF CORRECTIONS**
**AMBULATORY HEALTH RECORD**

Printed By: MCKIM, SHERYL A
Printed at: 06/14/2013 09:29:33
Encounter#: 3245367 @ FF

APPOINTMENT
Page 1 of 2

| 150014 | BROOKS, JASON T | Facility: FF | LU: FCF/L.U.8 | S | 3 | 2 | T |

Temperature: 97.7    Pulse: 65    Weight: 157
Respiratory: 18    BP: 121 / 85
Vitals Taken: PULSE OXSYM=94.00;

### SUBJECTIVE
Pt kited for appt "My diet is a total joke"
Side effects include: Unable to eat corn tortillas and low calorie intake
Diet: Gluten free, no beans, 3 snacks per day
Weight: 157.90 lb

He is very frustrated because his diet is not edible.
He state his sister has done a "nutrient breakdown and he is getting way less than 2000 calories per day" for meals, not including snacks.
He states he is "doing well for him, but still has several BM's per day 4-6, sometimes worse" and "requires more Toilet paper"
He States "Corn tortillas are not edible and make up a good percentage of his diet." "staple of diet, chips"
He states "first pass line for meds could help me considerably".
He states "been getting the run around with AIC" on his issues.

Active Medication(s): AZATHIOPRINE - 50MG - TAKE 3 TABLET(S) BY MOUTH ONCE DAILY IN THE MORNING.;
BALSALAZIDE DISODIUM - 750MG - ** NON-FORMULARY 7/23/2013** TAKE 3 CAPSULE(S) BY MOUTH THREE TIMES DAILY.;
HUMIRA PEN - 40 MG - ** NON-FORMULARY EXPIRES 08/05/2013 ** INJECT 40 MILLIGRAM SUBCUTANEOUSLY ONCE EVERY TWO WEEKS IN THE MORNING.;
MESALAMINE ENEMA - 4G/60 ML - ** NON-FORMULARY EXPIRES 8/26/2013** INSERT 4 GRAM RECTALLY ONCE DAILY IN THE MORNING.;
VSL#3 - - ** NON-FORMULARY EXPIRES 10/27/2013 ** TAKE 3 SACHET(S) BY MOUTH ONCE DAILY IN THE MORNING.

### OBJECTIVE
Height 72.75 inches
Weight 157.90 lbs (71.8 kg)
BMI 19.7 which is normal weight by calc
Chart verification range is 19.5-20.7
Per diet review with kitchen his current diet when consumed as supplied is 2500-2600 Kcal per day and his 3 snacks add 875 Kcal per day for total consumption available of 3375-3475/ day
Diet review shows Corn tortillias are available.
Nurse III Laron McConnell present for entire encounter
Review of record shows pt has missed 36 meals and 13 snacks since starting Gluten free, bean free diet, diet on 5/17/13

GEN: General: alert, rapid speech, appears frustrated
Head: normocephalic, atraumatic
Heart: RRR no m/r/c/g
Lungs: CTAB, good air
Abd: Soft, nt, nd BS x 4

### PLANS / ORDERS
Allergies: No Known Allergies

Check with HSA about TP and first pass medline.

NEW: Kite#: 2444734 For MEDICAL - DIET COMPLAINTS - APPOINTMENT - PT TO SEE DIETARY
HE WILL BRING HIS CALORIE BREAKDOWN TO DISCUSS AS HE BELIVES THERE IS A DISCREPANCY

CLOSED: Kite#: 2430043 For MEDICAL - DIET COMPLAINTS - APPOINTMENT - "MY DIET CONTINUES TO BE A TOTAL JOKE..."

Datetime: 06/14/2013 08:33
Providers: MCKIM, SHERYL A

### ASSESSMENT
PA/NP/RD _[signature]_    PHYSICIAN _____    NURSE _[signature]_
Datetime: 06/14/2013 08:33    Provider: MCKIM, SHERYL A    DateTime 6/14/13 1245

CCA-BROOKS 0146
**EXHIBIT H**

| APPOINTMENT | DEPARTMENT OF CORRECTION | Printed By: MCKIM, SHERYL A |
|---|---|---|
| Page 1 of 2 | AMBULATORY HEALTH RECORD | Printed at: 06/14/2013 09:29:33 |
| | | Encounter#: 3245367 @ FF |

| 150014 | BROOKS, JASON T | Facility: | FF | LU: | FCF/L.U.8 | S | 3 | 2 | T |

556.9 - UNSPECIFIED ULCERATIVE COLITIS- Pt has frequent bowel movements. Will check with HSA and other authorities, to see if more TP possible and First pass medline possible. According to Mr. Brooks, this would help considerably. Nurse III will check on corn tortilla issue. Mr. Brooks aware greivance closed with reply to review today's appt.

99214- OFFICE/OUTPATIENT VISIT EST

PA/NP/RD _____   PHYSICIAN _____   NURSE _____
Datetime: 06/14/2013 08:33   Provider: MCKIM, SHERYL A   DateTime 6/14/13  12:45

CCA-BROOKS 0147

**EXHIBIT H**