IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02894-SKC

JASON BROOKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

---

**PLAINTIFF JASON BROOKS'S <u>UNOPPOSED</u> MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR EXHIBITS IN PLAINTIFF'S RESPONSE TO CDOC'S MOTION IN LIMINE RE: INADMISSIBILITY OF TESTIMONY OF TROY BROWNLOW**

---

Plaintiff Jason Brooks, by and through undersigned counsel, hereby requests the Court grant him leave to exceed the page limit for exhibits attached to responses to motions set forth in Consent Case Practice & Trial Preparation Order dated October 12, 2021 (ECF 298) by three pages. In support thereof, Mr. Brooks states as follows:

**CERTIFICATE OF CONFERRAL**

Pursuant to D.C.Colo.L.Civ.R. 7.1(A), undersigned counsel certifies that he conferred with counsel for the CDOC regarding the relief requested herein. The CDOC does not oppose this Motion.

**ARGUMENT**

1. The Consent Case Practice & Trial Preparation Order (ECF 298), Section A, Subsection 3 states that "documents attached is support of a motion or response shall not exceed 10 pages." (*See* ECF 298 at 2.)

2. The Consent Case Practice & Trial Preparation Order further states that exception to the page limit may be requested "for good cause" and must "specify the number of additional pages proposed, and the reason(s) why those pages are necessary."

3. On December 2, 2022, Mr. Brooks filed his response to CDOC's motion *in limine* regarding the admissibility of Mr. Brownlow's testimony, with thirteen pages of exhibits included.

4. Mr. Brooks's response to Defendant CDOC's motion *in limine* regarding the admissibility of testimony from Mr. Troy Brownlow (Mr. Brooks's former cellmate at Bent County Correctional Facility) argues that Mr. Brownlow's testimony is highly relevant to the symptomatology of Mr. Brooks's disability that underlies his ADA "failure to accommodate" claim, as well as to Mr. Brooks's fears regarding the ineffectiveness and unreasonableness of CDOC's proposed accommodation of adult undergarments.

5. Good cause exists for this request because, in support of Mr. Brooks's argument, it was necessary to include excerpts of Mr. Brownlow's deposition transcript to demonstrate the scope of relevant testimony Mr. Brooks seeks to elicit at trial.

6. In addition to excerpts from Mr. Brownlow's deposition testimony, it was also necessary to include documents that corroborate and clarify the timeline of ADA accommodation requests and denials to support Mr. Brooks's argument that Mr. Brownlow observed the same symptoms at Bent County Correctional Facility that necessitated Mr. Brooks asking for accommodation at Fremont Correctional Facility shortly after his transfer in February 2012.

7. In order to properly support the arguments Mr. Brooks makes in his response to CDOC's motion *in limine*, Mr. Brooks is requesting leave to include *three* additional pages of exhibits, for a total of thirteen (13) pages of exhibits—which consists of excerpts from Mr.

Brownlow's deposition transcript and records that relate to the timeline of Mr. Brooks's accommodation requests at Fremont Correctional Facility.

WHEREFORE, Mr. Brooks has shown good cause for requesting additional pages in excess of the page limit for exhibits set forth in this Court's Consent Case & Trial Practice Order by three pages, he respectfully requests this Court grant him leave to exceed the page limitations for exhibits to motion responses and not strike his response (ECF 400) for noncompliance with this Court's October 12, 2021 Order.

Dated: December 2, 2022.

Respectfully submitted,

*s/ Kevin D. Homiak*
Kevin D. Homiak
HOMIAK LAW LLC
1001 Bannock Street, Suite 238
Denver, Colorado 80204
(505) 385-2614
kevin@homiaklaw.com

and

Athul K. Acharya
PUBLIC ACCOUNTABILITY
P.O. Box 14672
Portland, OR 97293
503-383-9492
athul@pubaccountability.org

*Attorneys for Plaintiff Jason Brooks*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 2, 2022, I electronically served the foregoing **PLAINTIFF JASON BROOKS'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR EXHIBITS IN PLAINTIFF'S RESPONSE TO CDOC'S MOTION IN LIMINE RE: INADMISSIBILITY OF TESTIMONY OF TROY BROWNLOW** on the following individuals at the following email addresses:

- **Joshua G. Urquhart**
  joshua.urquhart@coag.gov

- **Rachel Lieb**
  rachel.lieb@coag.gov

- **Kelley Dziedzic**
  kelley.dziedzic@coag.gov


*s/ Jennifer Loadman*