

**FCF MEDICAL CERTIFICATE**

Date: 3/5/2012    DOC# 150014

Name: Jason Brooks

Item: Clean room offender

First Pull sz Mode 4

Meals X 3 months

Expiration Date: 6/5/2012

Signed: Dalene Brinley HSA

EXHIBIT
A

BROOKS_003654