DC Form 850-04A (07/15/11)

**Colorado Department of Corrections Offender Grievance Form**

**SUBSTANDARD DOCUMENT**

**Offender Must Complete**

Name: Jason Brooks    Doc #: 150014

Grievance number (complete for Steps 2 and 3, only): _____

**Instructions:**
1. Fill out identifying data in space provided. (Must be legible.)
2. Clearly state basis for grievance or grievance appeal.
3. State specifically what remedy you are requesting.
4. Remedy must remain consistent.

**Subject of Grievance and Requested Meaningful Remedy:** Last year I had been given a medical pass by Dolores Montoya, Fremont's HSA, that allowed me to go to medline and meals with the first pulls to chow everyday. Specifically, the pass read, "Please allow offender first pull to meds and meals." Since the pass expired in June of last year I have had to miss hundreds of meals because I could not make it to chow because of my ulcerative colitis. I have told this problem to Dr. Creany repeatedly and made new HSA Debra Foster aware of this ongoing problem. My mother has called Ms. Foster to request the pass and was told "we do not issue such passes", which was a lie because I had already been issued the pass and was going to first chow pulls for almost 9 months everyday; therefore, it is not a security issue and will never be. Provide me the medical pass that was already issued and monetary damages for the deliberate indifference to my serious medical needs that prevented me the ability to eat at the chow hall for over 300 meals thus far, constituting cruel and unusual punishment, a violation of the Eight Amendment of the United States Constitution.

Date: 03/25/13    Offender Signature: [signed]

| Case Manager/CPO Must Complete | Facility/Unit/Pod/Parole Office/Community Corrections Center: | Step (Circle one) ① 2 3 |
|---|---|---|

Signature: [signed]
Print Name and DOC Employee Id #: TRAINOR
Date received: 3-28-13

Attachment "A"
Page 1 of 1

**TO BE COMPLETED BY GRIEVANCE COORDINATOR**

RECEIPT: I acknowledge receipt this date of a complaint from the offender in regards to the following subject.

| Date | 03/29/2013 | Grievance Coordinator & ID # | OLIVER, MARGARETHE (14873) |
|---|---|---|---|

**RESPONSE**

Offender Brooks,
Should you feel that you are in need of a special "pass" you may speak with your case manager and receive a Request for Accommodation. This request needs to be completed and returned to your case manager. The request will then be addressed by headquarters as all special accommodations are done by headquarters now and not the facility.
Grievance Denied.

**TO BE COMPLETED BY RESPONDER**

| Date | 03/29/2013 | Responder Name & ID # | ZADE, MISTY (16070) | Response Date | 04/24/2013 |
|---|---|---|---|---|---|

Disposition: **Denied**

**TO BE COMPLETED BY OFFENDER**

RECEIPT: I acknowledge receipt this date of a response from the Department of Corrections, to this grievance.
If you are dissatisfied with the response to this grievance, you may obtain further review by submitting the next step to the appropriate individual.

| Offender Name | BROOKS, JASON | DOCNO | 150014 | Grievance # | C-FF12/13-00039830-1 |
|---|---|---|---|---|---|

Date: 04/29/13    Offender Signature: [signed]

Original: Department file/AIC    Copies: Administrative Head, Offender

**EXHIBIT B**

CDOC/Brooks-01432