progress notes

**Patient:** Brooks, Jason
**DOB:** 05/24/1979  **Age:** 33 Y  **Sex:** Male
**Phone:** 719-583-5833
**Address:** Freemont Corr/ Daphne, Canon City, CO-81212
**Pcp:** Pueblo DOC

**Provider:** Atul Vahil, MD
**Date:** 01/22/2013

## Subjective:

### CC:
1. Abdominal pain. 2. Rectal bleeding. 3. Diarrhea.

### HPI:
History of Present Illness:
   Jason presents for a follow-up of his ulcerative colitis. For this, his Imuran was increased to 150 mg, he continues Humira every other week, and Colazal was added at his last visit. He admits that the Colazal initially seemed to increase his stools. He modified it, taking it at varying doses. Currently he is taking six tabs daily noting that he has less urgency to move his bowels, more control, and no further nocturnal stools. Bowel movements are still 6-10 daily soft in consistency with his pain continued at a 4/10. He notes no back pain, fevers, or chills. Blood work dated from November shows a hemoglobin of 14.3, hematocrit of 41.8, and a negative IBD serology.

### ROS:
GASTROENTEROLOGY:
   no nausea. no heartburn. no stool incontinence. no Weight loss. no vomiting. no bloating/belching. no difficulty swallowing. abdominal pain yes. diarrhea yes. no constipation. no change in bowel habits. blood in stool yes, bright red.

**Medical History:** GERD, Gastritis, Esophagitis, Hiatal hernia, Ulcerative colitis.
**Medications:** Humira 40 mg/0.8 mL kit SQ every 2 weeks, azathioprine 50 mg tablet 3 tab(s) once a day, Imuran 150 mg tablet 1 tab(s) once a day, Colazal 750 mg capsule 3 cap(s) twice daily, Medication List reviewed and reconciled with the patient
**Allergies:** N.K.D.A.

## Objective:

**Vitals:** RR 17, HR 50, BP 104/72, Ht 75, Wt 163.2, BMI 20.40.

### Examination:
General Examination:
   Heart: RSR, no murmurs. Lungs: clear to auscultation. Abdomen: no guarding or rigidity, soft, no organomegaly or masses, tender across lower abdomen . General appearance: NAD, pleasant. Extremities: no clubbing, no edema.

## Assessment:

### Assessment:
1. Diarrhea - 787.91 (Primary)
2. Rectal bleeding - 569.3
3. Abdominal pain - 789.00
Constellation of diarrhea, abdominal pain, and rectal bleeding improved with a combined use of Humira, Imuran, and Colazal with biopsies on last colnoscopy consistent with colitis.

## Plan:

### 1. Diarrhea
1. VSL #3 one tab twice daily. 2. To trial increasing Colazal to three tabs three times daily. 3. To continue Imuran 150 mg daily and Humira as scheduled every other week. 4. Repeat CBC with diff, CMP. 5. , Pros, cons and alternatives of colonoscopy were discussed with the patient at length. Patient is agreeable to proceed with colonoscopy., I appreciate the opportunity of participating in the care of this pleasant patient.

EXHIBIT D

| CHRONIC CARE CLINIC | DEPARTMENT OF CORRECTI | Printed By: CREANY, TIMOTHY P |
| --- | --- | --- |
| Page 1 of 1 | AMBULATORY HEALTH RECORD | Printed at: 04/12/2013 11:03:54 |
| | | Encounter#: 3183769 @ FF |

| 150014 | BROOKS, JASON T | Facility: FF | LU: FCF/L.U.8 | S | 3 | 2 | T |

| Temperature: 97.9 | Pulse: 69 | Weight: 164 |
| Respiratory: 16 | BP: 100 / 64 | |

Vitals Taken: PULSE OXSYM=94.00;

**SUBJECTIVE**

CCC- UC. pt has gained 5 lbs in 4 mos. he reports that he has chronically had some some fecal incont. since starting rowasa enemas he says this has mostly resolved. cramps have really reduced on humira and he has generally felt well. he still relates some rectal urgency having 4-6 bm a day- mostly a lot more solid. no blood in stool. only SE are he feels more need to have a BM if he uses a higher dose of salicylate.

Active Medication(s): AZATHIOPRINE - 50MG - TAKE 3 TABLET(S) BY MOUTH ONCE DAILY IN THE MORNING.;
BALSALAZIDE DISODIUM - 750MG - ** NON-FORMULARY 7/23/2013** TAKE 3 CAPSULE(S) BY MOUTH THREE TIMES DAILY.; using 3 qd-bid
HUMIRA PEN - 40 MG - ** NON-FORMULARY EXPIRES 08/05/2013 ** INJECT 40 MILLIGRAM SUBCUTANEOUSLY ONCE EVERY TWO WEEKS IN THE MORNING.;
MESALAMINE ENEMA - 4G/60 ML - ** NON-FORMULARY EXPIRES 8/26/2013** INSERT 4 GRAM RECTALLY ONCE DAILY IN THE MORNING.;
VSL#3 - - ** NON-FORMULARY EXPIRES 4/24/2013** TAKE 3 CAPSULE(S) BY MOUTH ONCE DAILY IN THE MORNING.

**OBJECTIVE**

pt appears well and hs gained muscle wt
lungs- cta
cor- rrr
ext- no c/c/e x 4
abd- s, nt, nd, nabs, no mases palp

labs and c-scope r/w pt

**ASSESSMENT**

556.9 - UNSPECIFIED ULCERATIVE COLITIS- pt is now doing as well as he has ever. will cont regimen as is and ask for f/u w dr vahil to help cont to guide rx. MCV high- d/w pt. he thinks he was told that imuran could do this- not clear on UTD so will also check for folate, B12 to r/o other sources for the lab finding
99214 - OFFICE/OUTPATIENT VISIT EST

**PLANS / ORDERS**

Allergies: No Known Allergies

diet consult placed

Medical Level: Changed from: 4 Qualifier: PERMANENT to 4 Qualifier: PERMANENT

NEW Kite# 2377267 For NURSING - LABS - APPOINTMENT - CHECK CMP, VIT B12, FOLATE, CBC IN 3 MOS

5.24.79

NEW Kite# 2377300 For MEDICAL - RETURN TO CLINIC - APPOINTMENT - CCC- UC - Return to Clinic: 07/31/2013 - Generated by Staff - Return to Clinic Date: 07/31/2013

CLOSED: Kite#: 2249689 For MEDICAL - RETURN TO CLINIC - APPOINTMENT - CCC- UC- CREANY
1 HR APPT PLZ - Return to Clinic: 01/16/2013 - Generated by Staff.

CLOSED: Kite#: 2340479 For MEDICAL - OTHER - CHART REVIEW - DR CREANY JUST WONDERING WHAT IS GOING ON WITH THE ?RASH?

CLOSED: Kite#: 2350746 For MEDICAL - GU COMPLAINTS - CHART REVIEW - DR.CREANY JUST WANTED TO MAKE SURE IM SCHEDULED TO SEE DR. VAHIL AGAIN HE WANTED TO SEE ME A MOTH AFTER THE ENEMA TREATMENT WHICH I JUST STARTED ON THE 14TH. ALREADY HELPING SO ARE TO VSL PROBIOTICS, THANKS

Datetime: 04/12/2013 10:18   Providers: CREANY, TIMOTHY P

PA/NP/RD _____   PHYSICIAN _____   NURSE _____
Datetime: 04/12/2013 10:18   Provider: CREANY, TIMOTHY P   DateTime: 4/12/13

CDOC/Brooks-00587

Summary View

Page 1 of 2

progress notes

**Patient:** Brooks, Jason
**DOB:** 05/24/1979  **Age:** 34 Y  **Sex:** Male
**Phone:** 719-583-5833
**Address:** Freemont Corr/ Daphne, Canon City, CO-81212
**Pcp:** Pueblo DOC

**Provider:** Atul Vahil, M.D.
**Date:** 06/11/2013

## Subjective:

**CC:**
1. Ulcerative colitis.

**HPI:**
History of Present Illness:
  Jason presents for a follow-up post colonoscopy showing inflamation, eythema, and cratered ulcers from the rectum to splenic flexure moderate in severity with decreased mucosal vascularity of the entire colon. Pathology showed idiopathic inflammatory bowel disease of mild activity with recent blood work showing a hemoglobin of 14.4 and hematocrit of 41.8. Jason is currently on a regimen of the following: VSL # 3 once daily, Imuran 150 mg daily, Colazal three tabs three times daily, mesalamine enemas, and Humira every 2 weeks. With this combination, he notes that this is the best he has felt in years. He denies rectal bleeding, fevers, chills, or abdominal pain. Bowel movements are four to six soft stools daily with infrequent incontinence of stool.

**ROS:**
GASTROENTEROLOGY:
  no nausea. no heartburn. stool incontinence yes, improved. no Weight loss. no vomiting. no bloating/belching. no difficulty swallowing. abdominal pain yes, resolved. diarrhea yes, improved. no constipation. no change in bowel habits, resolved. blood in stool yes.

**Medical History:** GERD, Gastritis, Esophagitis, Hiatal hernia, Ulcerative colitis.

**Medications:** azathioprine 50 mg tablet 3 tab(s) once daily, Colazal 750 mg capsule 3 cap(s) three times daily, Humira 40 mg/0.8 mL kit SQ every 2 weeks, mesalamine 4 g/60 mL enema 60 mL once daily, VSL #3 1 cap once daily, Medication List reviewed and reconciled with the patient

**Allergies:** N.K.D.A.

## Objective:

**Vitals:** RR 16, HR 54, BP 116/78, Ht 75, Wt 163.4, BMI 20.42.

**Examination:**
General Examination:
  Heart: RSR, no murmurs. Lungs: clear to auscultation. Abdomen: no guarding or rigidity, soft, no organomegaly or masses. General appearance: NAD, pleasant. Extremities: no clubbing, no edema.

## Assessment:

**Assessment:**
1. Ulcerative colitis, other - 556.8 (Primary)
Ulcerative colitis with symptoms responding to a combined therapy of VSL#3, mesalamine enema, Imuran, Humira, and Colazal.

## Plan:

**1. Ulcerative colitis, other**
1. To continue current medications. 2. CBC, CMP every 3 months. 3. Stool for ova and parasites, if positive will consider treatment for ten days with Alinia. I appreciate the opportunity of participating in the care of this pleasant patient.

**Immunizations:**
**Therapeutic Injections:**

| CHRONIC CARE CLINIC<br>Page 1 of 1 | DEPARTMENT OF CORRECTIONS<br>AMBULATORY HEALTH RECORD | Printed By: CREANY, TIMOTHY P<br>Printed at: 08/01/2013 09:33:04<br>Encounter#: 3292042 @ FF |
|---|---|---|

| 150014 | BROOKS, JASON T | Facility: FF | LU: FCF/L.U.8 | S | 3 | 2 | T |

**SUBJECTIVE**

CCC - UC  pt had gained wt from 12/12 until 4/13 but then has remained stable at ~158 lbs. pt reports that he has bm a day. pt says that he has no side effects on his meds. ==pt says this is the best he has ever been.== says he has 2-6 bm a day, they are more formed and have no blood or mucus in them.

pt does not like his diet and says that the corn tortillas are stale. says that his parents have celiac insensitivity (father) and sprue (mother) and hopes to remain on a gluten free diet. he hopes to use ensure, says that he has used this for years and he uses this when his stomach is upset. pt says his lowest wt ever was 118 lbs when he was sick and says that he was 164 lbs at his best in 4/13. pt reviews his diet and says he can only eat 1900 calories a day.

pt says he does wts 2x for 1.25 hrs, softball 2x for 2 hrs

Active Medication(s): AZATHIOPRINE - 50MG - TAKE 3 TABLET(S) BY MOUTH ONCE DAILY IN THE MORNING.;
BALSALAZIDE DISODIUM - 750MG - ** NON-FORMULARY EXPIRES 6/17/2014** TAKE 3 CAPSULE(S) BY MOUTH THREE TIMES DAILY.;
HUMIRA PEN - 40 MG - ** NON-FORMULARY EXPIRES 6/17/2014** INJECT 40 MILLIGRAM SUBCUTANEOUSLY ONCE EVERY TWO WEEKS .;
MESALAMINE ENEMA - 4G/60 ML - ** NON-FORMULARY EXPIRES 12/14/2013** INSERT 4 GRAM RECTALLY ONCE DAILY IN THE EVENING.;
VSL#3 -  - ** NON-FORMULARY EXPIRES 10/27/2013 ** TAKE 3 SACHET(S) BY MOUTH ONCE DAILY IN THE MORNING. pt says that he gets this 4x a week

**OBJECTIVE**
pt appears well
lungs - cta
cor- rrr
ext - no c/c/e x 4
skin - no rashes
abd- s, nt, nd, nabs, no masses palp

labs r/w pt

**ASSESSMENT**

556.9 - UNSPECIFIED ULCERATIVE COLITIS- clinically pt is doing very well and i will keep his meds the same. pt has concerns about his diet, access to tp, etc. i told him that w his consent we can communicate basic info to officers re: his condition. he will consider this and decide how to proceed. also, d/w pt his wt, ensure. based on his current situation ensure is not approved (d/w HSA) and hence pt asks me to put him back on a regular diet and snacks and says that he can then avoid some gluten and it sounds as if he will trade some food to try to maximize his calories. hence, as per pt request i will d/c his current diet and order snacks.
99214 - OFFICE/OUTPATIENT VISIT EST

**Vitals:**
Temperature: 97.6  Pulse: 51  Weight: 158
Respiratory: 16  BP: 105 / 70
Vitals Taken: PULSE OXSYM=95.00;

**PLANS / ORDERS**

Allergies: No Known Allergies

New Diet: - SUPPLEMENTAL SNK 3 X DAY - Start Date: 08/01/2013 - End Date: 07/27/2014

Medical Level: Changed from: 4 Qualifier: PERMANENT to 4 Qualifier: PERMANENT

NEW: Kite#: 2494176 For NURSING - LABS - APPOINTMENT - CHECK CBC, CMP IN 3 MOS

NEW: Kite#: 2494194 For MEDICAL - RETURN TO CLINIC - APPOINTMENT - CCC- UC. 1 HR APPT PLZ - Return to Clinic: 11/29/2013 - Generated by Staff. - Return to Clinic Date: 11/29/2013

CLOSED: Kite#: 2377300 For MEDICAL - RETURN TO CLINIC - APPOINTMENT - CCC- UC - Return to Clinic: 07/31/2013 - Generated by Staff. Also discuss Ensure PRN see dietician note from 05/06/2013

CLOSED: Kite# 2464182 For MEDICAL - OTHER - CHART REVIEW - I JUST NEED SOME DOCUMENTATION, I CAN GIVE RE: AIC OFFICE THAT SAYS, EXTRA TOILET PAPER WOULD A REASONABLE ACCOMIDATION

CLOSED: Kite#: 2473132 For MEDICAL - RX REFILL - CHART REVIEW - DR. CREANY PLEASE MAKE SURE MY COLAZAL I RENEWED. THANK YOU

Datetime: 08/01/2013 08:23   Providers: CREANY, TIMOTHY P

PA/NP/RD _____  PHYSICIAN _____  NURSE _____
Datetime: 08/01/2013 08:23  Provider: CREANY, TIMOTHY P  DateTime 8/1/13

CDOC/Brooks-00570

Summary View for Brooks, Jason                                              Page 1 of 2

progress notes

**Patient:** Brooks, Jason
**Account Number:** 36739DOC
**DOB:** 05/24/1979  **Age:** 35 Y  **Sex:** Male
**Phone:** 719-583-5833
**Address:** Freemont Corr/ Daphne, Canon City, CO-81212
**Pcp:** Pueblo DOC

**Provider:** Atul Vahil, M.D.
**Date:** 06/10/2014

### Subjective:

**Chief Complaints:**
1. Diarrhea.

**HPI:**
History of Present Illness:
Jason presents for a follow-up of his ulcerative colitis, currently taking vsl#3, colazal, mesalamine enemas, and humira. He is having 3-6 loose stools daily without rectal bleeding. Current blood work showing AST 20, ALt 10, hemoglobin 15, and hematocrit 46.8. Patient reports that he has tested negative for celiac, however seems to be gluten intolerant. With avoidance of gluten foods and supplementing with ensure he feels that his stools are improved and he is able to keep his weight stable. Patient denies nausea, vomiting, heartburn, or reflux.

**ROS:**
CONSTITUTIONAL:
no weight loss. loss of appetite yes. no fever. no weakness. no night sweats. no fatigue.
GASTROENTEROLOGY:
no nausea. no heartburn. no stool incontinence. no Weight loss. no vomiting. no bloating/belching. no difficulty swallowing. no abdominal pain. diarrhea yes. no constipation. no change in bowel habits. no blood in stool.

**Medical History:** GERD, Gastritis, Esophagitis, Hiatal hernia, Ulcerative colitis.

**Medications:** Taking azathioprine 50 mg tablet 3 tab(s) once daily, Taking Colazal 750 mg capsule 3 cap(s) three times daily, Taking Humira 40 mg/0.8 mL kit SQ every 2 weeks, Taking mesalamine 4 g/60 mL enema 60 mL once daily, Taking VSL #3 1 cap once daily

**Allergies:** N.K.D.A.

### Objective:

**Vitals:** RR 16, HR 47, BP 118/76, Ht 75, Wt 160.8, BMI 20.10.

**Examination:**
General Examination:
Heart: RSR, no murmurs. Lungs: clear to auscultation. Abdomen: no guarding or rigidity, soft, no organomegaly or masses. General appearance: NAD, pleasant. Extremities: no clubbing, no edema.

### Assessment:

**Assessment:**
1. Ulcerative colitis, other - 556.8
Ulcerative colitis signficantly improved with a combined use of VSL, humira, Colazal, and mesalamine enemas. Patient continues however to have loose stools and a difficulty with weight gain which he questions is related to intolerance of gluten products.

### Plan:

**1. Others**
Notes: 1. Rowasa enemas twice weekly. 2. Continue current medications. 3. Gluten free diet with ensure one can of ensure three times daily. 4. CBC in 3 months. , I appreciate the opportunity of participating in the care of this pleasant patient.