mappment Territorul = <u>so there</u>

→ Hi Allison, this is Vaugh.
I'm still in Denver waiting to hear
from you on go your schedule
and how soon you can
make ~~the~~ a decision to take
Jason's case or not. I don't have your email yet.
→ ~~if you would please send me your~~
My email address is gumy-upde
@ yahoo.com
= spell =
→ ~~I'd like to send you an email.~~
~~Thanks~~. Please send an email
letting me know. Thanks.

<u>mind-wipe technology</u>

Jason's call → to Alison

Oct 20 & 21
> 1 pm. Sat.
> 11:00 am. Sunday
→ injunction relief claim — no money
she's awarded attorney fees

**EXHIBIT F**

BROOKS_002166