IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02894-SKC

JASON BROOKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

## DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR EXHIBITS TO TWO MOTIONS IN LIMINE AND ONE RESPONSE BRIEF

    Colorado Department of Corrections, by and through the Colorado Attorney General, respectfully request leave to exceed this Court's page limitations to exhibits set forth in the Consent Case Practice and Trial Preparation Order (ECF No. 298). Defendant states the following in support thereof.

    1.    **Certificate of Conferral**. Pursuant to D.C.COLO.LCivR.7.1, the undersigned has conferred with Kevin Homiak, counsel for Plaintiff, concerning the relief requested in this Motion. Mr. Homiak states that Plaintiff does not oppose the relief requested herein.

    2.    Filed concurrently with this Motion is Defendant's Response to Plaintiff Jason Brooks' Motion in Limine No. 3 Re: Mr. Brooks' Former Attorneys, Dismissed Claims and Defendants, and Mr. Brooks' other Civil Litigation.

    3.    CDOC included six exhibits with this Response, totaling eleven pages. Most of the exhibits are multiple pages, so there is no way to cut a page without eliminating an exhibit

entirely. Therefore, CDOC requests leave to submit one extra exhibit page in support of that brief.

4. Further, Counsel requests permission to exceed page limits to exhibits in support of its Motion in Limine Re: Inadmissibility of Medical or ADA Expert Testimony Provided by Wendy Updegraff/Vayah Terra (previously filed as ECF 387), and its Motion in Limine Re: Inadmissibility of Testimony by Troy Brownlow Concerning Jason Brooks's Incarceration at Bent County Correctional Facility (previously filed as ECF 388). The exhibit to Updegraff/Terra Motion in Limine is one single document, which was attached in its entirety for the sake of completeness, but that entire document was 19 pages long (so nine pages in excess of the Court's ten-page limit). As for the Brownlow Motion in Limine, CDOC included five exhibits, totaling 17 pages. The primary reason that the total exceeds the Court's limit of ten pages is that the first exhibit – which also was included in its entirety for the sake of completeness – itself was ten pages, meaning the remaining four exhibits (seven pages total) exceeded the limit.

5. Therefore, CDOC requests leave to submit exhibits nine pages in excess of the Court's ten-page limit with respect to the Updegraff/Terra Motion in Limine, and seven pages in excess of that limit with respect to the Brownlow Motion in Limine.

WHEREFORE, the CDOC Defendants respectfully request leave to exceed this Court's page limitations for exhibits to various motions and briefs as set forth above.

Respectfully submitted on December 2, 2022.

PHILIP J. WEISER
Attorney General

/s/ *Joshua G. Urquhart*

JOSHUA G. URQUHART*
Senior Assistant Attorney General
KELLEY M. DZIEDZIC*
RACHEL M. LIEB*
Assistant Attorney Generals
*Counsel of Record
Civil Litigation & Employment Law Section
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 720-508-6000
Facsimile: 720-508-6032
E-mail:
joshua.urquhart@coag.gov
kelley.dziedzic@coag.gov
rachel.lieb@coag.gov
*Attorneys for Colorado Department of Corrections*

## CERTIFICATE OF SERVICE

This is to certify that on December 2, 2022, I have duly served the within DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS FOR EXHIBITS TO TWO MOTIONS IN LIMINE AND ONE RESPONSE BRIEF, addressed as follows:

Kevin D. Homiak
kevin@homiaklaw.com

Athul K. Acharya
athul@pubaccountability.org

*Attorneys for Plaintiff Jason Brooks*


Adrienne Sanchez, CDOC
Associate Director, Legal Services

s/ *Elle Di Muro*

3