IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02894-SKC

JASON BROOKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

---

**DEFENDANT'S PROPOSED VERDICT FORM**

---

We, the jury, present our Answers to Questions submitted by the Court, to which we have unanimously agreed:

**Part A:**
**LIABILITY FOR VIOLATIONS OF THE AMERICANS WITH DISABILITIES ACT**

*Please read this section carefully. You must respond to Question No. 1.*

**Question No. 1**: Did Plaintiff Jason Brooks prove, by a preponderance of the evidence, the elements of his ADA Failure to Accommodate Claim against Defendant Colorado Department of Corrections, as set forth in Instruction No. ___?

\_\_\_\_\_ Yes          \_\_\_\_\_ No

*If you answered "Yes" to Question No. 1, proceed to Question No. 2 in Part B below. If you answered "No" to Question No. 1, skip Question No. 2, and sign and date the verdict form.*

## Part B: DAMAGES

*Answer the question in this section only if you are returning a verdict in favor of Plaintiff Jason Brooks on Question 1 in Part A above.*

**Question 2:** What amount of damages do you award to Plaintiff Jason Brooks, if any, to reasonably and fairly compensate him for his claimed injuries on the claims for which you found a verdict in favor of him and against the Defendant Colorado Department of Corrections?

$_____

**Please sign and date this Verdict Form on the lines provided below**.

_____     _____
Date                                          Foreperson