**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02894-SKC

JASON BROOKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

---

**JOINT MOTION TO EXTEND DEADLINE FOR FILING OF DEPOSITION
DESIGNATIONS OF DR. ATUL VAHIL PURSUANT TO ECF 394**

---

    Plaintiff Jason Brooks and Defendant Colorado Department of Corrections, by and through undersigned counsel, hereby request the Court (i) grant the parties a one-day extension, up to and including December 6, 2022, to file deposition designations of Dr. Atul Vahil, pursuant to the Court Order dated November 29, 2022 (ECF 394); and (ii) enter an order regarding the presentation of Dr. Vahil's testimony at trial. In support thereof, the parties state as follows:

## BACKGROUND

    1.    On November 28, 2022, the parties filed a joint motion *in limine* regarding the admissibility of deposition testimony from Atul Vahil, M.D., a deceased witness who previously provided care and treatment to Mr. Brooks that the parties agree may be relevant to this case. (*See* ECF 390.)

2. On November 29, 2022, the Court granted the parties' joint motion regarding Dr. Vahil's testimony and directed the parties to file their stipulated designations and any objections on or before December 5, 2022. (*See* ECF 394.)

3. On December 5, 2022, the Parties conferred regarding Dr. Vahil's testimony and resolved all objections to each party's designations.

4. The parties' designations of Dr. Vahil's testimony are attached hereto as *Exhibit A*, with the CDOC's designations highlighted in yellow and Mr. Brooks's additional/counter-designations highlighted in pink.

5. Further, the parties have agreed to stipulate to the admission of Dr. Vahil's medical records, at bates label VAHIL-001 to VAHIL-077, as a single trial exhibit.

6. The parties have also agreed to show the jury records from this stipulated exhibit contemporaneously with questions about those records in Dr. Vahil's deposition testimony.

7. Lastly, the parties have agreed that Mr. Brooks will call Dr. Vahil at the end of his case in chief, and that Plaintiff's counsel, Mr. Homiak, and his paralegal shall read the testimony designated by both parties to the jury.

8. The parties request the Court allow the jury to follow along with the recitation of Dr. Vahil's testimony by providing them printed handouts of the deposition pages.

9. Immediately preceding Dr. Vahil's testimony, the parties request the Court provide a brief explanation to the jury in line with the following: "Members of the jury, Plaintiff's next witness is Dr. Atul Vahil, a gastroenterologist who saw Mr. Brooks for his ulcerative colitis from 2012 to 2015. Dr. Vahil gave a deposition for this case in 2016. Unfortunately, Dr. Vahil passed away in 2020. As a result, in lieu of live testimony with direct and cross examination, the parties

have agreed to read portions from Dr. Vahil's 2016 deposition transcript that both sides have designated. You may follow along with the testimony being read using the handouts provided and refer to the screens at each end of the juror box to view any medical records the parties wish to display in connection with the testimony presented. Please be mindful that because the reading of the transcript is being done in lieu of live testimony, you will not have the transcript available during your deliberations. Accordingly, you should take notes as if you were listening to the witness live in court, just like any other witness."

WHEREFORE, the parties request the Court (i) enter an order granting a one-day extension, until December 6, 2022, to file the stipulated designations of Dr. Atul Vahil's deposition testimony; and (ii) an order granting leave to proceed with Dr. Vahil's testimony at trial as contemplated in this Motion.

Dated: December 6, 2022.                    Respectfully submitted,

*s/ Kevin D. Homiak*
Kevin D. Homiak
HOMIAK LAW LLC
1001 Bannock Street, Suite 238
Denver, Colorado 80204
(505) 385-2614
kevin@homiaklaw.com

and

Athul K. Acharya
PUBLIC ACCOUNTABILITY
P.O. Box 14672
Portland, OR 97293
503-383-9492
athul@pubaccountability.org

*Attorneys for Plaintiff Jason Brooks*

PHILIP J. WEISER
Attorney General

*/s/ Kelley Dziedzic*
JOSHUA G. URQUHART*
Senior Assistant Attorney Generals
KELLEY M. DZIEDZIC*
RACHEL M. LIEB*
Assistant Attorneys General
*Counsel of Record
Civil Litigation & Employment Law Section
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 720-508-6000
Facsimile: 720-508-6032
E-mail: kelley.dziedzic@coag.gov, rachel.lieb@coag.gov, joshua.urquhart@coag.gov

*Attorneys for Defendant Colorado Department of Corrections*

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 6, 2022, I electronically served the foregoing **JOINT MOTION TO EXTEND DEADLINE FOR FILING OF DEPOSITION DESIGNATIONS OF DR. ATUL VAHIL PURSUANT TO ECF 394** on the following individuals at the following email addresses:

- **Joshua G. Urquhart**
  joshua.urquhart@coag.gov

- **Rachel Lieb**
  rachel.lieb@coag.gov

- **Kelley Dziedzic**
  kelley.dziedzic@coag.gov


*s/ Jennifer Loadman*