IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MAGISTRATE JUDGE S. KATO CREWS


Case No.  1:13-cv-02894-SKC                 Date: November 28, 2022

Case Title: *Brooks v. Colorado Department of Corrections*

PLAINTIFF'S WITNESS LIST
(Plaintiff/Defendant)

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| Plaintiff Jason Brooks | 2 hours |
| David Tessier | 1 hour |
| Julie Russell | 1 hour |
| Kathy Howell | 1 hour |
| Adrienne Sanchez | 1 hour |
| Janet Smith | 0.75 hours |
| Anthony DeCesaro | 0.75 hours |
| Dolores Montoya | 1 hour |
| Vaughn Littrell | 0.5 hours |
| Troy Brownlow | 0.5 hours |
| Kerri C. Brooks | 1 hour |
| Wendy Updegraff | 1 hour |
| Dr. Timothy Creany | 0.5 hours |
| Dr. Athul Vahil | 0.5 hours |
| Dr. Susan Tiona | 0.5 hours |

Meghan Reed                                                    0.5 hours

Jay Hudson                                                     0.5 hours

Ryder May, RN                                                  0.5 hours

Sgt John Romero                                                0.5 hours

Sgt Joseph Maldonado                                           0.5 hours

CDOC Custodian of Records                                      0.5 hours

All document custodians necessary to
authenticate Plaintiff's Trial Exhibits                        0.5 hours