IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MAGISTRATE JUDGE S. KATO CREWS

Case No.  1:13-cv-02894-SKC                                  Date: December 9, 2022

Case Title: <u>*Brooks v. Colorado Department of Corrections et al.*</u>

<u>  DEFENDANT'S  </u>  WITNESS LIST
(Plaintiff/Defendant)

| <u>WITNESS</u> | <u>ESTIMATED DATE(S) AND LENGTH OF TESTIMONY</u> |
|---|---|
| David Tessier | 1 hour |
| Julie Russell | 1 hour |
| Dr. Timothy Creany | 1-2 hours |
| Dr. Susan Tiona | 1 hour |
| Sgt. John Romero | 0.5 hours |
| Sgt. Joseph Maldonado | 0.5 hours |
| Delores Montoya | 0.75 hours |
| Anthony DeCesaro | 0.75 hours |
| Carie Swibas | 0.5 hours |
| Ryder May | 0.5 hours |
| Lt. Timothy Werth | 0.5 hours |
| Adrianne Sanchez | 0.75 hours |
| Janet Smith | 0.5 hours |
| CDOC Custodian of Records | 0.5 hours |