IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

MAGISTRATE JUDGE S. KATO CREWS

Case No. 1:13-cv-02894-SKC                Date: December 9, 2022

Case Title: *Brooks v. Colorado Department of Corrections*

<u>  PLAINTIFF'S  </u> WITNESS LIST
(Plaintiff/Defendant)

| <u>WITNESS</u> | <u>ESTIMATED DATE(S) AND LENGTH OF TESTIMONY</u> |
|---|---|
| Plaintiff Jason Brooks | 2 hours |
| Vaughn Littrell | 0.5 hours |
| Sgt John Romero | 0.5 hours |
| Sgt Joseph Maldonado | 0.5 hours |
| Troy Brownlow | 0.5 hours |
| Janet Smith | 0.75 hours |
| Adrienne Sanchez | .5 hours |
| Julie Russell | 1 hour |
| Keri Brooks | 1 hour |
| Wendy Updegraff | 1 hour |
| Dr. Atul Vahil | 0.5 hours |
| CDOC Custodian of Records | 0.5 hours |
| All document custodians necessary to authenticate Plaintiff's Trial Exhibits | 0.5 hours |