CASE CAPTION: *Brooks v. CDOC et al.*

CASE NO.: 13-cv-02894-SKC

EXHIBIT LIST OF: Jason Brooks – Plaintiff
                          (Name and Party Designation)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 1 | David Tessier, Julie Russell, Kathy Howell, Adrienne Sanchez, Anthony DeCesaro, Dolores Montoya, Meghan Reed, Jay Hudson | Defendants' Responses to Plaintiff's First Interrogatories & Requests for Admission dated October 15, 2018 | Yes, subject to agreed-upon redactions being made | | | | |
| 2 | Jason Brooks | CDOC/FCF Diet Miss History May 5, 2010 to November 20, 2015 (CDOC_Brooks-01263-1284) | Y | | | | |
| 3 | Jason Brooks | Request for Sick Call dated March 1, 2012 (Brooks 0105) | Y | | | | |
| 4 | Jason Brooks, Dolores Montoya | Meal Pass dated March 3, 2012 (Brooks-003654) | Y | | | | |
| 5 | Jason Brooks Timothy Creany, MD | Grievance No. CFF 11/12-00016515 - Step II dated April 12, 2012 (CDOC/Brooks-00286) | Y | | | | |
| 6 | Jason Brooks, Dolores Montoya | Request for Sick Call dated June 5, 2012 (FCF 0170) | Y | | | | |
| 7 | Jason Brooks, Dr. Timothy Creany | Ambulatory Health Record Provider Note dated November 9, 2012 (CCA-Brooks 0188) | Y | | | | |
| 8 | Jason Brooks, Dr. Timothy Creany | Ambulatory Health Record Provider Note dated December 7, 2012 (CCA-Brooks 0187) | Y | | | | |
| 9 | Jason Brooks, Dolores Montoya, Dr. Timothy Creany | CDOC Offender Grievance No. 39830 – Step I dated March 28, 2013 (CDOC_Brooks-00134) | Y | | | | |
| 10 | Jason Brooks, Dr. Timothy Creany | CDOC Offender Grievance No. 39830 – Step II dated April 29, 2013 (CDOC_Brooks-00313) | Y | | | | |
| 11 | Jason Brooks, Dr. Timothy Creany, Anthony DeCesaro | CDOC Offender Grievance No. 39830 – Step III dated May 13, 2013 (CDOC_Brooks-00310-312) | Y | | | | |
| 12 | Jason Brooks, Dr. Timothy Creany, Julie Russell | Request for Accommodation No. 2994 and Response dated May 28, 2013 (CDOC_Brooks-00005, 00013) | Y | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 13 | Jason Brooks, Timothy Creany, MD | Non-Formulary Drug Request dated June 13, 2013 (CDOC/Brooks-00582) | Y | | | | |
| 14 | Jason Brooks | Ambulatory Health Record Provider Note dated June 14, 2013 (CCA-Brooks 0146-147) | Y | | | | |
| 15 | Jason Brooks | CDOC Offender Grievance No. 42130 – Step I dated May 31, 2013 (Brooks-000172) | Y | | | | |
| 16 | Jason Brooks, Julie Russell | CDOC Offender Grievance No. 42130 – Step II dated July 4, 2013 (Brooks-000815) | Y | | | | |
| 17 | Jason Brooks, Julie Russell, Anthony DeCesaro, David Tessier | CDOC Offender Grievance No. 42130 – Step III dated August 1, 2013 (CDOC_Brooks-00260-261) | Y | | | | |
| 18 | Jason Brooks | CDOC Non-Formulary Drug Request dated December 27, 2016 (CDOC_Brooks-02236) | Y | | | | |
| 19 | Jason Brooks, Julie Russell | J. Brooks Letter to AIC dated November 3, 2017 (CDOC_Brooks-01919-1922) | Yes, subject to agreed-upon redactions being made | | | | |
| 20 | Janet Smith | Email from AIC J. Smith to D. Reed dated November 8, 2017 (CDOC_Brooks-01837) | Y | | | | |
| 21 | Jason Brooks | Health Services Encounter_Chronic Care Visit Notes dated November 10, 2017 (CDOC_Brooks-02212-2216) | Yes, subject to agreed-upon redactions being made | | | | |
| 22 | Jason Brooks | Request for Accommodation dated November 14, 2017 (CDOC_Brooks-01969) | Y | | | | |
| 23 | Jason Brooks, Janet Smith | J. Brooks Letter to AIC J. Smith dated December 14, 2017 (CDOC_Brooks-01925) | Yes, subject to agreed-upon redactions being made | | | | |
| 24 | Julie Russell, Meghan Reed, Janet Smith | J. Vanlandschoot Email to AIC Staff dated December 21, 2017 (CDOC_Brooks-01840-1841) | | | | | |
| 25 | Jason Brooks | Health Services Encounter_Chart Review Notes dated February 3, 2018 (CDOC_Brooks-02222-2223) | Y | | | | |
| 26 | Jason Brooks, Janet Smith | AIC J. Smith Letter to J. Brooks dated June 21, 2018 (CDOC/Brooks-01955) | Y | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 27 | David Tessier, Julie Russell, Kathy Howell, Adrienne Sanchez, Anthony DeCesaro, Dolores Montoya, Meghan Reed, Jay Hudson, Janet Smith | Emails between J. Christner and AIC J. Smith dated July 24, 2018 (CDOC_Brooks-03071) | Y | | | | |
| 28 | Jason Brooks Julie Russell Janet Smith Timothy Creany MD | Medical Records of Atul Vahil, MD (Vahil-001-77) | Y | | | | |
| 29 | Jason Brooks Timothy Creany, MD Janet Smith Julie Russell | Jason Brooks's CDOC Medical Records 2012-2018 | Yes, subject to agreed-upon redactions being made | | | | |
| 30 | Jason Brooks Timothy Creany, MD | Medical Records re Jason Brooks's Weight History 2010-2019 | Y | | | | |
| 31 | Jason Brooks Timothy Creany MD Dolores Montoya Julie Russell Janet Smith Meghan Reed | CDOC Patient Medication History (CDOC/Brooks-04571-4573) | Y | | | | |
| 32 | Jason Brooks Timothy Creany, MD Julie Russell Janet Smith | Jason Brooks's Medication Administration Record 2012-2018 (CDOC/Brooks-04579-4594) | Y | | | | |
| 33 | Adrienne Sanchez Janet Smith Meghan Reed Julie Russell | Excerpts of DOCNET Grievance Report Log | Y | | | | |
| 34 | Jason Brooks | DOCNET Portal ADA Accommodation History Screenshots (CDOC/Brooks-04564-4571) | Y | | | | |
| 35 | Julie Russell, David Tessier, Julie Russell, Kathy Howell, Adrienne Sanchez, Anthony DeCesaro, Dolores Montoya, Meghan Reed, Jay Hudson | CDOC Administrative Regulation 750-04 eff. January 2012 (CDOC_Brooks-01776-1791) | Y | | | | |
| 36 | Jason Brooks Timothy Creany, MD | Ambulatory Health Record dated July 3, 2012 (CCA-Brooks 0203) | Y | | | | |

3

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| 37 | Julie Russell, Meghan Reed, Janet Smith | 2012 ADA Basic Training Presentation (CDOC/Brooks-03374-3413) | Y | | | | |
| 38 | Julie Russell, Meghan Reed, Janet Smith | CDOC ADA Training Presentations, Notes & Online Training Videos 2011-2021 | Y | | | | |
| 39 | Janet Smith | Janet Smith CDOC Employee Training History (CDOC/Brooks 003079-3084) | Y | | | | |
| 40 | Julie Russell, David Tessier, Julie Russell, Kathy Howell, Adrienne Sanchez, Anthony DeCesaro, Dolores Montoya, Meghan Reed, Jay Hudson | Excerpts from Declaration of Julie Russell dated October 31, 2018 (ECF 237-2) | Y | | | | |
| 41 | Adrienne Sanchez, David Tessier, Julie Russell, Kathy Howell, Adrienne Sanchez, Anthony DeCesaro, Dolores Montoya, Meghan Reed, Jay Hudson | Declaration of Adrienne Sanchez dated January 14, 2022 | Y | | | | |
| 42 | Kathy Howell | Excerpts from Kathy Howell's Responses to Plaintiff's Interrogatories dated April 16, 2016 | Yes, subject to agreed-upon redactions being made | | | | |
| 43 | Jason Brooks | Missed Meal Chart March 2012 – January 2013 | | | | | |
| 44 | Julie Russell, David Tessier, Kathy Howell, Adrienne Sanchez, Anthony DeCesaro, Dolores Montoya, Meghan Reed, Jay Hudson | Mr. Brooks's Lab Results 2010-2016 | Y | | | | |
| 45 | Jason Brooks | Weight Chart March 2012 – June 2018 | | | | | |
| | | Any discovery responses and documents produced in discovery by any party in Case No. 13-cv-02894-SKC | | | | | |

4

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| | | All transcripts of depositions taken in Case No. 13-cv-02894-SKC | | | | | |
| | | All documents identified as trial exhibits by any other party in Case No. 13-cv-02894-SKC | | | | | |
| | | All documents necessary for cross examination, impeachment, or rebuttal | | | | | |
| | | All exhibits necessary to establish foundation or authenticity | | | | | |
| | | Any other trial demonstratives, such as charts, timelines, calendars, graphics, diagrams, and animations | | | | | |