IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

| | |
|---|---|
| Civil Action: 13-cv-02894-SKC | Date: December 12, 2022 |
| <u>Courtroom Deputy: Amanda Montoya</u> | <u>Court Reporter: Kevin Carlin</u> |

| *Parties:* | *Counsel:* |
|---|---|
| JASON T BROOKS, | Kevin Homiak |
|    Plaintiff, | |
| v. | |
| COLORADO DEPARTMENT OF CORRECTIONS, et al., | Kelley Dziedzic<br>Joshua Urquhart<br>Rachel Lieb |
|    Defendant. | |

# COURTROOM MINUTES

**HEARING: JURY TRIAL – DAY 1**
**Court in session: 08:36 a.m.**
Court calls case.  Jury not present.

Appearances of counsel.  Jason Brooks and paralegal Jennifer Loadman are present at Plaintiff's table.  Client representative Adrienne Sanchez and paralegal Elle DiMuro are present at Defendant's table.

Discussion regarding initial jury instruction regarding Mr. Brooks getting up during the course of trial to use the restroom.

**ORDERED:**  Due to the lack of service on Defendant Debra Foster, the defendant is DISMISSED with prejudice.

Discussion regarding final verdict form and jury instructions.

| | |
|---|---|
| 8:54 a.m. | COURT IN RECESS |
| 9:13 a.m. | COURT IN SESSION – Jury panel present.  15 jurors in the jury box. |

Preliminary remarks by the Court to the jury panel.

| | |
|---|---|
| 9:21 a.m. | Oath given to entire jury panel. |

| | |
|---|---|
| 9:33 a.m. | Preliminary questions by the Court directed at the jurors in the box. |
| 9:49 a.m. | Bench conference. |
| 9:50 a.m. | Juror excused for cause:<br>100437752<br>One juror called to jury box.  Preliminary questions by the Court directed at the new juror. |
| 9:56 a.m. | Voir dire by Mr. Homiak. |
| 10:16 a.m. | Voir dire by Ms. Dziedzic. |
| 10:37 a.m. | Follow up questions by the Court to the jurors. |
| 10:42 a.m. | Bench conference. |
| 10:48 a.m. | COURT IN RECESS – Juror admonishment given. |
| 11:07 a.m. | COURT IN SESSION – Jury panel present. |
| 11:08 a.m. | Jurors excused for cause:<br>100434438<br>100465123<br>100424708<br>Three new jurors called to jury box. |
| 11:13 a.m. | Voir dire of new jurors by Mr. Homiak. |
| 11:21 a.m. | Voir dire of new jurors by Ms. Dziedzic. |
| 11:28 a.m. | Bench conference. |
| 11:29 a.m. | Juror excused for cause:<br>100435504<br>One new juror called to jury box. |
| 11:30 a.m. | Voir dire of new juror by Mr. Homiak. |
| 11:34 a.m. | Voir dire of new juror by Ms. Dziedzic. |
| 11:39 a.m. | Bench conference. |
| 11:47 a.m. | Bench conference. |
| 11:48 a.m. | Plaintiff's peremptory challenges:<br>100450733 |

        100451093
        100451690

        Defendant's peremptory challenges:
        300139641
        100456513
        100455030

        Nine jurors empaneled to try the case:
        100436612
        100431311
        100430067
        100460949
        100459242
        100433922
        100451868
        100455409
        100458493

Remaining jurors excused with thanks of the Court.

The Court gives preliminary instructions to the jury and provides a synopsis of the case.

Oath given to empaneled jurors,

| | |
|---|---|
| 12:06 p.m. | COURT IN RECESS |
| 1:18 p.m. | COURT IN SESSION |

Jury present.

| | |
|---|---|
| 1:23 p.m. | Opening statement by Mr. Homiak. |
| 1:49 p.m. | Opening statement by Ms. Lieb. |
| 2:08 p.m. | Bench conference. |
| 2:10 p.m. | COURT IN RECESS |
| 2:25 p.m. | COURT IN SESSION – Jury not present. |

**ORDERED:**  A sequestration order is entered.

2:27 p.m.    Jury is present.

        Jason Brooks called and sworn.  Direct examination by Mr. Homiak.

3:09 p.m.    Bench conference.

3:15 p.m. Bench conference.

3:17 p.m. COURT IN RECESS
3:24 p.m. COURT IN SESSION – Jury present.

Continued direct examination of Mr. Brooks.

4:12 p.m. Bench conference.

**Exhibits admitted: 4, 6, 29, 7, 8, 9, 10, 11, 12, 15, 16, 17, 22, 2, 30, A-18, 18**

4:29 p.m. Jury excused for the day to return at 9:00 a.m. tomorrow.

Discussion regarding jury instructions.

Discussion regarding testimony of Mr. Brownlow.

TRIAL CONTINUED.
**Court in recess: 04:57 p.m.**
Total time in court: 06:09