IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-02894-SKC

JASON T BROOKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

## STRIKE SHEET

| | Juror Number | Juror Name | Plaintiff's Challenge | Defendant's Challenge | |
|---|---|---|---|---|---|
| 1 | 100436612 | | | | 1 |
| 2 | 100450733 | | X | | 2 |
| 3 | 300139641 | | | X | 3 |
| 4 | 100451093 | Juror names redacted | X | | 4 |
| 5 | 100451690 | | X | | 5 |
| 6 | 100431311 | | | | 6 |
| 7 | 100430067 | | | | 7 |
| 8 | 100460949 | | | | 8 |
| 9 | 100456513 | | | X | 9 |
| 10 | 100459242 | | | | 10 |
| 11 | 100433922 | | | | 11 |
| 12 | 100451868 | | | | 12 |
| 13 | 100455409 | | | | 13 |
| 14 | 100458493 | | | | 14 |
| 15 | 100455030 | | | X | 15 |