IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

Civil Action: 13-cv-02894-SKC                             Date: December 13, 2022
Courtroom Deputy: Amanda Montoya                Court Reporter: Kevin Carlin

*Parties:*                                                                *Counsel:*

JASON T BROOKS,                                             Kevin Homiak

   Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,   Kelley Dziedzic
                                                                           Joshua Urquhart
                                                                           Rachel Lieb

   Defendant.

## COURTROOM MINUTES

**HEARING: JURY TRIAL – DAY 2**
**Court in session: 08:59 a.m.**
Court calls case. Appearances of counsel. Jason Brooks and paralegal Jennifer Loadman are present at Plaintiff's table. Client representative Adrienne Sanchez and paralegal Elle DiMuro are present at Defendant's table.

Jury not present.

Plaintiff's counsel shall file the deposition designation of Atul Vahil before reading the transcript tomorrow.

Ms. Dziedzic seeks clarification regarding motion in limine ruling.

9:11 a.m.     Jury present.

9:12 a.m.     Mr. Brooks resumes his place at the witness stand. Mr. Brooks is reminded that he is still under oath. Cross examination by Ms. Dziedzic.

9:50 a.m.     Bench conference.

10:00 a.m.    Bench conference.

**Exhibits referred to: A-28, A-6**

| | |
|---|---|
| 10:01 a.m. | COURT IN RECESS |
| 10:17 a.m. | COURT IN SESSION – Jury present. |

Continued cross examination of Mr. Brooks.

| | |
|---|---|
| 10:29 a.m. | Bench conference. |
| 10:56 a.m. | Bench conference. |
| 11:01 a.m. | Bench conference. |
| 11:04 a.m. | Redirect by Mr. Homiak. |
| 11:13 a.m. | Mr. Brooks excused. |
| 11:15 a.m. | Richard Vaugh Littrell III called and sworn.  Direct examination by Mr. Homiak. |
| 11:31 a.m. | Cross examination by Mr. Urquhart. |
| 11:37 a.m. | Bench conference. |
| 11:40 a.m. | Mr. Littrell is excused. |
| 11:41 a.m. | The Court provides advisement to jury regarding testimony of next witness. |
| 11:42 a.m. | Troy Brownlow, appearing by VTC, called and sworn.  Direct examination by Mr. Homiak. |
| 11:52 a.m. | Bench conference. |
| 11:57 a.m. | Bench conference. |
| 12:02 p.m. | Cross examination by Ms. Dziedzic. |
| 12:09 p.m. | Mr. Brownlow is excused. |
| 12:11 p.m. | COURT IN RECESS |
| 1:16 p.m. | COURT IN SESSION – Jury present. |

Sgt Joseph Maldonado called and sworn.  Direct examination by Mr. Homiak.

| | |
|---|---|
| 1:29 p.m. | Bench conference. |
| 1:33 p.m. | Cross examination by Mr. Urquhart. |

| | |
|---|---|
| 1:37 p.m. | Mr. Urquhart begins direct examination of Sgt. Maldonado. |
| 1:41 p.m. | Bench conference. |
| 1:51 p.m. | Redirect by Mr. Homiak. |
| 1:52 p.m. | Sgt. Maldonado excused. |
| 1:53 p.m. | Julie Russell called and sworn.  Direct examination by Mr. Homiak. |
| 2:16 p.m. | Cross and direct examination by Ms. Dziedzic. |

**Exhibit admitted: 35**

| | |
|---|---|
| 2:48 p.m. | COURT IN RECESS |
| 3:08 p.m. | COURT IN SESSION – Jury present. |

Continued cross and direct examination by Ms. Dziedzic.

| | |
|---|---|
| 3:13 p.m. | Bench conference. |
| 3:23 p.m. | Redirect by Mr. Homiak. |
| 3:31 p.m. | Ms. Russell excused. |
| 3:32 p.m. | Janet Smith called and sworn.  Direct examination by Mr. Homiak. |
| 3:39 p.m. | Bench conference. |
| 3:56 p.m. | Cross examination by Ms. Lieb. |
| 4:09 p.m. | Bench conference. |
| 4:12 p.m. | Redirect by Mr. Homiak. |

**Exhibits admitted: 39, 38B, 38C, 38D, 38E, 38F, 20, 27**

| | |
|---|---|
| 4:21 p.m. | Ms. Smith excused. |
| 4:23 p.m. | Jury excused for the day to return at 9:00 a.m. tomorrow. |

Discussion regarding jury instructions.

TRIAL CONTINUED.
**Court in recess: 04:33 p.m.**
Total time in court: 05:53