IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

Civil Action: 13-cv-02894-SKC
Courtroom Deputy: Amanda Montoya

Date: December 14, 2022
Court Reporter: Kevin Carlin

*Parties:*

JASON T BROOKS,

   Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

   Defendant.

*Counsel:*

Kevin Homiak

Kelley Dziedzic
Joshua Urquhart
Rachel Lieb

## COURTROOM MINUTES

**HEARING: JURY TRIAL – DAY 3**
**Court in session: 09:18 a.m.**
Court calls case.  Appearances of counsel.  Jason Brooks and paralegal Jennifer Loadman are present at Plaintiff's table.  Client representative Adrienne Sanchez and paralegal Elle DiMuro are present at Defendant's table.

Jury present.

9:20 a.m.     Adrienne Sanchez called and sworn.  Direct examination by Mr. Homiak.

9:46 a.m.     Cross examination by Mr. Urquhart.

**Exhibits admitted: 37, 41**

9:58 a.m.     Due to time constraints, Ms. Sanchez is excused and leaves the courtroom.

10:00 a.m.     *[425] Designation of deposition testimony for Dr. Atul Vahil* is read by Mr. Homiak and Ms. Loadman.

**Exhibit admitted: 28**

10:39 a.m.     Deposition testimony completed.

                Jury excused for early lunch.

| | |
|---|---|
| 10:43 a.m. | COURT IN RECESS |
| 11:22 a.m. | COURT IN SESSION – Jury not present. |

Charging conference held.

| | |
|---|---|
| 12:02 p.m. | COURT IN RECESS |
| 12:24 p.m. | COURT IN SESSION – Jury present. |

Plaintiff rests.

12:28 p.m.     Doctor Timothy Creany called and sworn. Direct examination by Ms. Dziedzic.

12:34 p.m.     Bench conference.

12:36 p.m.     Dr. Creany is received as an expert in internal medicine.

| | |
|---|---|
| 1:45 p.m. | COURT IN RECESS |
| 2:01 p.m. | COURT IN SESSION – Jury not present. |

Brief discussion regarding jury instructions.

2:12 p.m.     Jury present. Continued direct of Dr. Creany.

2:48 p.m.     Cross examination by Mr. Homiak.

3:29 p.m.     Redirect by Ms. Dziedzic.

**Exhibits admitted: A-74, 31**
**Demonstrative exhibits used.**

3:44 p.m.     Dr. Creany excused.

                Jury excused to return at 9:00 a.m. tomorrow.

TRIAL CONTINUED.
**Court in recess: 03:46 p.m.**
Total time in court: 05:11