IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

Civil Action: 13-cv-02894-SKC              Date: December 15, 2022
Courtroom Deputy: Amanda Montoya           Court Reporter: Kevin Carlin

*Parties:*                                 *Counsel:*

JASON T BROOKS,                            Kevin Homiak

   Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,        Kelley Dziedzic
                                           Joshua Urquhart
                                           Rachel Lieb

   Defendant.

## COURTROOM MINUTES

**HEARING: JURY TRIAL – DAY 4**
**Court in session: 09:13 a.m.**
Court calls case. Appearances of counsel. Jason Brooks and paralegal Jennifer Loadman are present at Plaintiff's table. Client representative Adrienne Sanchez and paralegal Elle DiMuro are present at Defendant's table.

Jury present.

9:15 a.m.      Adrienne Sanchez returns to the stand. Ms. Sanchez is reminded that she is still under oath. Continued cross examination by Mr. Urquhart.

9:33 a.m.      Redirect by Mr. Homiak.

9:43 a.m.      Ms. Sanchez excused.

9:44 a.m.      Anthony DeCesaro called and sworn. Direct examination by Mr. Urquhart.

9:52 a.m.      Bench conference.

9:55 a.m.      COURT IN RECESS
10:07 a.m.     COURT IN SESSION – Jury present. Continued direct examination of Mr. DeCesaro.

| | |
|---|---|
| 10:20 a.m. | Cross examination by Mr. Homiak. |
| 11:20 a.m. | Redirect by Mr. Urquhart. |

**Exhibit admitted: 33**

| | |
|---|---|
| 11:39 a.m. | COURT IN RECESS |
| 12:47 p.m. | COURT IN SESSION – Jury not present.  Final charging conference held. |
| 12:55 p.m. | COURT IN RECESS |
| 1:01 p.m. | COURT IN SESSION – Jury present. |
| 1:03 p.m. | John Romero called and sworn.  Direct examination by Ms. Lieb. |
| 1:31 p.m. | Cross examination by Mr. Homiak. |
| 1:39 p.m. | Redirect by Ms. Lieb. |
| 1:42 p.m. | Mr. Romero excused. |
| 1:43 p.m. | Carie Swibas called and sworn.  Direct examination by Ms. Lieb. |
| 2:32 p.m. | COURT IN RECESS |
| 2:49 p.m. | COURT IN SESSION – Jury present.  Continued direct examination of Ms. Swibas. |
| 2:57 p.m. | Cross examination by Mr. Homiak. |
| 3:16 p.m. | Redirect by Ms. Lieb. |

**Exhibits admitted: A-35 with agreed redactions, A-26 with agreed redactions, A-3 with agreed redactions**

| | |
|---|---|
| 3:17 p.m. | Ms. Swibas excused. |
| 3:18 p.m. | Dr. Susan Tiona called and sworn.  Direct examination by Ms. Lieb. |
| 3:26 p.m. | Bench conference. |
| 3:27 p.m. | Dr. Tiona is received as a physician in a correctional setting and as a physician as a family medicine practitioner. |
| 3:59 p.m. | Bench conference. |

**Exhibit admitted: A-2 with agreed redactions**

4:31 p.m.       Jury excused for the day to return at 9:00 a.m. tomorrow.

Discussion regarding schedule for tomorrow.

TRIAL CONTINUED.
**Court in recess: 04:35 p.m.**
Total time in court: 05:39