IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

Civil Action: 13-cv-02894-SKC  Date: December 16, 2022
Courtroom Deputy: Amanda Montoya  Court Reporter: Kevin Carlin

*Parties:*  *Counsel:*

JASON T BROOKS,  Kevin Homiak

   Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,  Kelley Dziedzic
                                                          Joshua Urquhart
                                                          Rachel Lieb

   Defendant.

## COURTROOM MINUTES

**HEARING: JURY TRIAL – DAY 5**
**Court in session: 08:44 a.m.**
Court calls case. Appearances of counsel. Jason Brooks and paralegal Jennifer Loadman are present at Plaintiff's table. Client representative Adrienne Sanchez and paralegal Elle DiMuro are present at Defendant's table.

Jury not present.

Discussion regarding today's schedule.

8:51 a.m.  COURT IN RECESS
9:10 a.m.  COURT IN SESSION – Jury present.

Dr. Tiona returns to the stand. Dr. Tiona is reminded that she is still under oath. Continued direct examination by Ms. Lieb.

9:23 a.m.  Bench conference.

9:36 a.m.  Bench conference.

9:40 a.m.  Cross examination by Mr. Homiak.

| | |
|---|---|
| 9:48 a.m. | Dr. Tiona excused. |
| 9:49 a.m. | Defense rests.  Plaintiff will not put on a rebuttal case. |
| 9:51 a.m. | COURT IN RECESS |
| 10:08 a.m. | COURT IN SESSION – Jury not present. |

Mr. Urquhart makes oral Rule 50 motion.

| | |
|---|---|
| 10:25 a.m. | Response by Mr. Homiak. |
| 10:39 a.m. | Rebuttal by Mr. Urquhart. |
| 10:47 a.m. | Rebuttal by Mr. Homiak. |

**ORDERED:**  Defendant's oral Rule 50 motion is **taken under advisement.**

| | |
|---|---|
| 10:52 a.m. | COURT IN RECESS |
| 11:05 a.m. | COURT IN SESSION – Jury present. |
| 11:09 a.m. | Closing argument by Mr. Homiak. |
| 11:41 a.m. | Closing argument by Ms. Dziedzic. |
| 12:15 p.m. | Rebuttal closing by Mr. Homiak. |
| 12:20 p.m. | Jury instructions read by the Court. |
| 12:58 p.m. | Court security sworn as bailiff.  Jury excused from the courtroom to begin deliberations. |

**ORDERED:**  The jury will be provided lunch during deliberations.

| | |
|---|---|
| 1:01 p.m. | COURT IN RECESS |
| 5:39 p.m. | COURT IN SESSION – Jury not present. |

The Court was informed by the court security officer that the jury has reached a verdict.

Discussion regarding counsel speaking with jurors after verdict is read.

| | |
|---|---|
| 5:41 p.m. | Jury present.  The Court reads the verdict and answers to the special interrogatories. |
| 5:46 p.m. | The Court thanks the jury for their service and the jury is excused. |

**ORDERED:** The Court will defer entering judgment until after it has made a ruling on Defendant's Rule 50 motion.

TRIAL CONCLUDED.
**Court in recess: 05:48 p.m.**
Total time in court: 03:37