CASE CAPTION: <u>*Brooks v. CDOC et al.*</u>

CASE NO.: <u>13-cv-02894-SKC</u>

EXHIBIT LIST OF: <u>Colorado Dept. of Corrections - Defendant</u>
(Name and Party Designation)

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| A-1 | Brooks, Russell, Smith, Sanchez, Creany, Tiona | ADA File (CDOC/Brooks-00001 - 00033) | | | | | |
| A-2 | Brooks, Creany, Tiona | Medical Records (CDOC/Brooks-2110-13, 2116-19, 2129-31, 2235, 2237, 2240-2241, 2265) | | X | X | | Tiona- with redactions |
| A-3 | Brooks, Creany, Tiona | Medical Encounters (CDOC/Brooks (2012-1018) | | X | X | | Swibas- with redactions |
| A-4 | Maldonado, Romero | Movement history (CDOC/Brooks-00921-925) | | | | | |
| A-5 | Sanchez | ARs and IAs (CDOC/Brooks-00034-87) | | | | | |
| A-6 | Brooks | Admission data summary (CDOC/Brooks-01721) | | | | | |
| | Brooks | Brooks Booking Info (CDOC/Brooks-01705) | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| A-7 | | | | | | | |
| A-8 | Brooks | Certified Copy of Prior Conviction of Securities Fraud | | | | | |
| A-9 | Brooks, Russell, Sanchez | Memorandum from Amanda Musselwhite, AIC Designee, dated 2/6/12, offering adult undergarments accommodation (CDOC/Brooks-00029) | | | | | |
| A-10 | Swibas | Food Service Diet Miss History (CDOC/Brooks-00959-972) | | | | | |
| A-11 | Creany, Tiona, Swibas | Graph: Weight & Diet Miss Over Time | | | | | |
| A-12 | Creany, Tiona, Swibas | Graph: Weight Over Time | | | | | |
| A-13 | Creany | CDOC Active Problem List (CDOC/Brooks-00425) | | | | | |
| A-14 | Creany | AR Form 700-02B, Clinical Needs and Time Placement Matrix Waiver, dated 7/31/12 (CDOC/Brooks-00432) | | | | | |
| A-15 | Creany, Tiona | Health record, dated 9/4/12, noting treatment with Humira (CDOC/Brooks-00622) | | | | | |
| A-16 | Brooks, Creany, Tiona | Progress Notes, Dr. Atul Vahil, dated 7/18/2012 (CDOC/Brooks-000496-497) | | | | | |
| A-17 | Brooks, Creany, Tiona | Progress Notes, Dr. Atul Vahil, dated 1/22/2013 (CDOC/Brooks-00488) | | | | | |
| A-18 | Brooks, Creany, Tiona | Progress Notes, Dr. Atul Vahil, dated 6/11/2013 (CDOC/Brooks-00478-479) | | X | X | | Brooks |
| A-19 | Russell, Sanchez | ADA Request Denial, 6/11/13 (CDOC/Brooks-00013) | | | | | |
| A-20 | Brooks | J. Brooks letter to Warden Jones dated June 3, 2013 (CDOC/Brooks-01390-1395) | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| A-21 | Smith, Russell, Brooks | AIC J. Smith Correspondence with J. Brooks dated July 2018 (CDOC/Brooks-03074-3078) | | | | | |
| A-22 | Sanchez, Russell, Smith | AR 750-04, Americans with Disabilities At – Offender Request for Accommodation, effective date October 15, 2013 (CDOC/Brooks-01792-1800) | | | | | |
| A-23 | Russell, Sanchez | AR 750-04A, Request for Accommodation, dated 6/11/2013 (CDOC/Brooks-00006) | | | | | |
| A-24 | Swibas | Canteen order history, June 2014 (CDOC/Brooks-00426) | | | | | |
| A-25 | Swibas | Canteen suggestions (CDOC/Brooks-00956-958) | | | | | |
| A-26 | Swibas | Canteen purchases (CDOC/Brooks-00088-145) | | X | X | | Swibas with redactions |
| A-27 | Swibas | Diet consult form, dated 7/22/2014 (CDOC/Brooks-00905) | | | | | |
| A-28 | Brooks | Jason Brooks CO Driver License, issued 01/30/2004 (CDOC/Brooks-01715) | | | | | |
| A-29 | Creany, Montoya | Chronlog report, dated June through July 2012 (CDOC/Brooks-01285) | | | | | |
| A-30 | Smith | Letter to AIC Janet Smith from Brooks (CDOC/Brooks-01925) | | | | | |
| A-31 | Smith | Letter from AIC Jan Smith to Brooks dated November 16, 2017 (CDOC/Brooks-01956) | | | | | |
| A-32 | Tiona | Declaration of Dr. Susan Tiona dated July 11, 2016 (ECF 237-6) | | | | | |
| A-33 | Werth | Declaration of Timothy Werth dated October 11, 2018 (ECF 237-12) | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
| A-34 | May | Declaration of Ryder May dated October 31, 2018 (ECF 237-10) | | | | | |
| A-35 | Swibas | Affidavit of Carie Swibas dated August 28, 2014 | | X | X | | Swibas with redactions |
| A-36 | Brooks, Updegraff | Jpay email from Vayah Terra to Jason Brooks, dated 3/21/2013 (BROOKS_000738) | | | | | |
| A-37 | Brownlow | Presentence Report for Brownlow (CDOC/Brooks-03116) | | | | | |
| A-38 | Littrell | Presentence Report for Littrell (CDOC/Brooks-03278 – 3280) | | | | | |
| A-39 | Russell | February 23, 2012 e-mail from Julie Russell (CDOC/Brooks-04513) | | | | | |
| A-40 | Russell | March 5, 2012 e-mail from Julie Russell (CDOC/Brooks-04516) | | | | | |
| A-41 | Russell | March 13, 2012 e-mail from Jay Hudson (CDOC/Brooks-04517) | | | | | |
| A-42 | Tiona | Medical Records (CDOC/Brooks-2110-13, 2116-19, 2129-31, 2235, 2237, 2240-2241, 2265) | | | | | |
| A-43 | Creany | Grievance #16515, step 1 dated February 29, 2012 (CDOC/Brooks-00167) | | | | | |
| A-44 | Creany | Grievance #16515, step 3 dated April 20, 2012, and response dated May 29, 2012 (CDOC/Brooks-00169-170) | | | | | |
| A-45 | Brooks | Letter dated May 2, 2012 (Brooks_000139) | | | | | |
| A-46 | Brooks, DeCesaro | Grievance # C-FF1415-00059676-1 (Brooks_000197) | | | | | |
| A-47 | Brooks, DeCesaro | Grievance # A-FF1213-00040074-3 (CDOC/Brooks-00252) | | | | | |
| A-48 | Brooks, DeCesaro | Grievance # C-FF1314 00049494-3 (CDOC/Brooks-00342) | | | | | |
| A-49 | Brooks, DeCesaro | Grievance # C-FF1314-00049494-1(CDOC/Brooks-00346) | | | | | |
| A-50 | Brooks, | Grievance # A-FF1213-00042130-3 (CDOC/Brooks- | | | | | |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|
|  | DeCesaro | 01365) |  |  |  |  |  |
| A-51 | Brooks, DeCesaro | Grievance # C-FF1213-00039830-2 (CDOC/Brooks-01426) |  |  |  |  |  |
| A-52 | Brooks, DeCesaro | Grievance # C-FF1213-00039830-1 (CDOC/Brooks-01432) |  |  |  |  |  |
| A-53 | Brooks, DeCesaro | Grievance # 40075, step 1 dated April 4, 2013 (CDOC/Brooks – 01435) |  |  |  |  |  |
| A-54 | Brooks, DeCesaro | Grievance # 40075, step 2, dated April 16, 2013 (CDOC/Brooks-01428) |  |  |  |  |  |
| A-55 | Brooks, DeCesaro | Grievance # 40075, step 3, dated May 3, 2013 & response dated May 22, 2013 (CDOC/Brooks-01417-1418) |  |  |  |  |  |
| A-56 | Brooks, DeCesaro | Grievance # 40085, step 1, dated April 4, 2013 (CDOC/Brooks-01433) |  |  |  |  |  |
| A-57 | Brooks, DeCesaro | Grievance # 40085, step 2 dated May 31, 2013 (CDOC/Brooks-01406) |  |  |  |  |  |
| A-58 | Brooks, DeCesaro | Grievance # 40085, step 3 dated June 25, 2013 & response dated July 2, 2018 (CDOC/Brooks-1383-1384) |  |  |  |  |  |
| A-59 | Brooks, DeCesaro | Grievance # 40289, step 1 dated April 11, 2013 (CDOC/Brooks-01431) |  |  |  |  |  |
| A-60 | Brooks, DeCesaro | Grievance # 40289, step 2 dated April 29, 2013 (CDOC/Brooks-01423) |  |  |  |  |  |
| A-61 | Brooks, Sanchez, DeCesaro | Grievance # 40289, step 3 dated May 24, 2013 & response dated June 10, 2013 (CDOC/Brooks-1413 -1414) |  |  |  |  |  |
| A-62 | Brooks, Creany, Russell | Grievance # 42107, step 1 dated May 21, 2013 (CDOC/Brooks-01409) |  |  |  |  |  |
| A-63 | Brooks, Russell, Creany | Grievance # 42107, step 2 dated June 20, 2012 (CDOC/Brooks-1405) |  |  |  |  |  |
| A-64 | Brooks, Russell, Creany, DeCesaro | Grievance # 42107, step 3 dated June 25, 2013 and response July 15, 2013 (CDOC/Brooks-1380-1381) |  |  |  |  |  |

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| A-65 | Brooks, Tessier | Grievance # C-FF12/13-00041775, step 1 dated May 24, 2013 (CDOC/Brooks-00328) | | | | | |
| A-66 | Brooks, Tessier | Grievance # C-FF12/13-00041775, step 2 dated June 12, 2013 (CDOC/Brooks-00326-327) | | | | | |
| A-67 | Tessier, Brooks, DeCesaro | Grievance # C-FF12/13-00041775, step 3 dated June 23, 2013 (CDOC/Brooks-00322-325) | | | | | |
| A-68 | Brooks, Tessier | Grievance # C-FF13/14-00049494, step 1 dated December 13, 2013 (CDOC/Brooks-00242) | | | | | |
| A-69 | Brooks, Tessier | Grievance # C-FF13/14-00049494, step 2 dated February 7, 2014 (CDOC/Brooks-00243) | | | | | |
| A-70 | Brooks, Tessier, DeCesaro | Grievance # C-FF13/14-00049494, step 3 dated February 29, 2014 (CDOC/Brooks-00244 - 247) | | | | | |
| A-71 | Brooks, Tessier | Grievance # C-FF12/13-00040085-1, step 1 dated April 4, 2013 (CDOC/Brooks-00321) | | | | | |
| A-72 | Brooks, Tessier | Grievance # C-FF12/13-00040085-1, step 2 dated May 31, 2013 (CDOC/Brooks-00320) | | | | | |
| A-73 | Brooks, Russell, Sanchez, DeCesaro | Grievances - all other grievances and responses that may become relevant on evidence during trial (CDOC/Brooks-00148-424) | | | | | |
| A-74 | Creany, Tiona | DOC Ambulatory Health Record Excerpts 2012-2014 (CDOC/Brooks-00666, 00659, 000657, 00638, 00637, 00628, 00622, 00620, 00613, 0058, 00594, 00585, 00570, 00560, 00557) | | X | X | | Creany |
| A-75 | Creany | GI Demonstrative Exhibit UC Reference | | | | | |
| A-76 | Sanchez | Online Training ADA script (CDOC/Brooks-4086 -4097) | | | | | |
| A-77 | Sanchez | ADA for Correctional Professionals (CDOC/Brooks-4098 – 4134) | | | | | |

6

| Exhibit | Witness | Brief Description | Stipulation | Offered | Admitted | Refused | **Court Use Only** |
|---|---|---|---|---|---|---|---|
| | | Any documents marked as deposition exhibits in Case No. 13-cv-02894-SKC | | | | | |
| | | Any filings and discovery documents produced in Case No. 13-cv-02894-SKC | | | | | |
| | | All transcripts for depositions taken in Case No. 13-cv-02894-SKC | | | | | |
| | | All documents identified as trial exhibits by any other party in Case No. 13-cv-02894-SKC | | | | | |
| | | All exhibits necessary for cross examination, impeachment, or rebuttal | | | | | |
| | | All exhibits necessary to establish foundation or authenticity | | | | | |
| | | Any other trial demonstratives, such as timelines, graphics, diagrams, and animations | | | | | |