IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:13-cv-02894-SKC

**JASON BROOKS**,

    Plaintiff,

v.

**COLORADO DEPARTMENT OF CORRECTIONS**,

    Defendant.

---

## VERDICT FORM

---

We, the jury, present our Answers to Questions submitted by the Court, to which we have unanimously agreed:

### Part A:
### Liability for Violation of Title II of the Americans with Disabilities Act

*Please read this section carefully. You must respond to Question No. 1.*

**Question No. 1:** Did Plaintiff Jason Brooks prove, by a preponderance of the evidence, the elements of his Title II ADA Failure to Accommodate Claim against Defendant Colorado Department of Corrections, as set forth in Instruction No. ___?

    __X__ Yes  _____ No

*If you answered "Yes" to Question No. 1, then your verdict is for Mr. Brooks and you must proceed to Part B on the following page. If you answered "No" to Question No. 1, then your verdict is for the Colorado Department of Corrections and you must skip to Part 2 of the Certification and sign and date it.*

1

**Part B:**
**Damages**

What amount of damages do you award Mr. Brooks for the Colorado Department of Corrections' violation of Title II of the Americans with Disabilities Act?

$ __3.5 million__

*Please now do two things: (1) because your verdict is for Mr. Brooks, please go to Part 1 of the Certification and sign and date it; and (2) please proceed to the Special Interrogatories on the following pages and answer the questions there.*

## CERTIFICATION - PART 1

If you have reached a verdict for **PLAINTIFF**, sign and date the following section. Once you have done so, inform the Court Security Officer that you reached a verdict and are ready to return to the courtroom to announce your verdict.

*By our signatures and answers to these questions, we certify that we have reached a verdict for **PLAINTIFF** and the answers on this form represent the unanimous verdict of the jury.*

SIGNATURE OF JURORS:

12/16/22
Date

Juror signatures redacted

3

## CERTIFICATION - <u>PART 2</u>

If you have reached a verdict for **DEFENDANT**, sign and date the following section. Once you have done so, inform the Court Security Officer that you reached a verdict and are ready to return to the courtroom to announce your verdict.

*By our signatures and answers to these questions, we certify that we have reached a verdict for **DEFENDANT** and the answers on this form represent the unanimous verdict of the jury.*

SIGNATURE OF JURORS:

| Date | Foreperson |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |