IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:13-cv-02894-SKC

**JASON BROOKS,**

Plaintiff,

v.

**COLORADO DEPARTMENT OF CORRECTIONS,**

Defendant.

---

## SPECIAL INTERROGATORIES TO THE JURY

---

### INTRODUCTION

Special interrogatories are written questions answered by the jury that inform the Court of certain of your factual findings. There are issues in this case that present a legal question for me to resolve, but I cannot resolve the legal question without first receiving your assistance in determining certain facts that are in dispute in this case that have a bearing on the legal question. To inform me of your factual findings, you will complete answers to these special interrogatories.

Your answer to these Special Interrogatories must be based solely on the evidence received during trial and on the law that I have given to you in my instructions and in these interrogatories. Nothing I have said or done was meant to suggest what I think your answers should be to these questions. The answers are entirely up to you.

**YOU MUST ANSWER BOTH QUESTIONS ON THE NEXT PAGE**

**Part 1:**
**The Colorado Department of Corrections' Conduct under Title II**

**Special Interrogatory No. 1:** In your response to Question No. 1 on the Verdict Form, what conduct by the Colorado Department of Corrections did you find violated Title II of the Americans with Disabilities Act? **(check all that apply)**:

_X_ the failure to provide Mr. Brooks with the meal pass he requested

____ the accommodation of adult undergarments

*Please proceed to Part 2, below, and read the definition and answer Special Interrogatory No. 2.*

**Part 2:**
**Deprivation of Food**

**Definition:** A deprivation of food in the prison setting does not require a complete deprivation of access to food, but it does require a substantial deprivation. A substantial deprivation of food is one that is sufficiently serious that it deprives an incarcerated person of the minimal civilized measure of life's necessities, such as food, and that results from prison officials' deliberate indifference (see Instruction No. 22) to a substantial risk of serious harm to an incarcerated person. Whether the deprivation of food falls below this threshold may include consideration of the amount and duration of the deprivation.

**Special Interrogatory No. 2:** Do you find the Colorado Department of Corrections deprived Mr. Brooks of food as defined above?

__X__ Yes _____ No

[end]