IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02894-SKC

JASON BROOKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

## CDOC DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS IN RULE 50(B) MOTION

Defendants the Colorado Department of Corrections ("CDOC"), through the Colorado Attorney General, respectfully request leave to exceed this Court's page limitations set forth in this Court's Consent Case Practice and Trial Preparation Order, ECF-298, in their Motion pursuant to Rule 50(b) of the Federal Rules of Civil Procedure ("Rule 50(b) Motion"). CDOC states the following in support thereof:

### CERTIFICATE OF CONFERRAL

The undersigned conferred with Plaintiff's Counsel, Kevin Homiak, by telephone on January 11, 2023 regarding this request. CDOC Defendants' request to exceed the page limitations is unopposed by counsel.

### ARGUMENT

1.     This case is before the Court for a single claim under the Americans with Disabilities Act ("ADA"). Trial was conducted from December 12, 2022 through December 16, 2022.

2.	On December 16, 2022, during the charging conference, CDOC moved under Rule 50(a) for judgment as a matter of law, stating that Brooks had not shown any physical injury, more than de minimis injury, and so compensatory damages were barred under the Prison Litigation and Reform Act ("PLRA"). CDOC also argued that Brooks did not meet his burden to show deliberate indifference by any CDOC employee and therefore judgment as a matter of law for the entire case was appropriate.

3.	During the oral argument on the Rule 50(a) motion, both plaintiff's counsel and the Court raised a number of questions about the scope of 28 U.S.C. § 1997e(e).

4.	The Court withheld judgment on the Rule 50(a) motion and, after the jury returned with a verdict for Brooks, instructed CDOC to reduce their arguments to writing and file a renewed Rule 50(b) motion.

5.	This Court's page limitations are set forth in ECF-298, which provides that motions should not exceed sixteen pages (including any certificate of service).

6.	Counsel respectfully requests an additional ten pages for its Rule 50(b) motion.[1]

7.	The necessity for the ten additional pages is due to both the complexity of the issue of what constitutes a compensable "physical injury" for the purposes of the PLRA, as well as the fact that the written Motion address the arguments made counsel for Brooks during the oral argument on the Rule 50(a) motion and questions raised by the Court. Brooks has put forward a number of theories of how he may have sufficiently proved physical injury to recover compensatory damages under 28 U.S.C. § 1997e(e). Several of these theories require multiple pages of legal analysis in CDOC's Rule 50(b) motion.

---

[1] Counsel notes that they also intend to file a separate motion pursuant to Rule 59 of the Federal Rules of Civil Procedure, but they believe that the motion will be within the Court's page limits.

8. Counsel for CDOC is working to present these legal issues as succinctly as possible. Because the legal analysis attendant to the arguments Plaintiff asserts in his Response is unusually involved and lengthy, however, counsel respectfully requests leave to submit its Rule 50(b) not to exceed 26 pages (including certificate of service) in order to adequately respond to each of Plaintiff's theories and the Court's inquiries.

WHEREFORE, CDOC Defendants respectfully request leave to file their Rule 50(b) motion in support of their motion to dismiss not to exceed 26 pages.

Respectfully submitted this 12th day of January, 2023.

PHILIP J. WEISER

Attorney General

/s/ *Rachel Lieb*
JOSHUA G. URQUHART*
Senior Assistant Attorney General
KELLEY M. DZIEDZIC*
RACHEL M. LIEB*
Assistant Attorney Generals
*Counsel of Record
Civil Litigation & Employment Law Section
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 720-508-6000
Facsimile: 720-508-6032
E-mail:
joshua.urquhart@coag.gov
kelley.dziedzic@coag.gov
rachel.lieb@coag.gov
*Attorneys for Colorado Department of Corrections*

## CERTIFICATE OF SERVICE

I certify that on January 12, 2023, I have served the foregoing **UNOPPOSED MOTION TO EXCEED PAGE LIMIT** upon all parties by **E-FILING** with the court via CM-ECF, and by emailing a copy to the following:

***Courtesy copy e-mailed to client representatives:***
Adrienne Sanchez, Associate Director of Legal Services, CDOC

*s/ Elle Di Muro*