IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02894-SKC

JASON BROOKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

---

**PLAINTIFF JASON BROOKS'S <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT COLORADO DEPARTMENT OF CORRECTIONS' RULE 50 AND RULE 59 MOTIONS**

---

Plaintiff Jason Brooks respectfully asks the Court to grant him an extension of twenty-one days, up to and including February 24, 2023, in which to submit his responses to Defendant Colorado Department of Corrections' Rule 50 and 59 Motions. In support thereof, Mr. Brooks states as follows:

**CERTIFICATE OF CONFERRAL**

Pursuant to D.C.Colo.L.Civ.R. 7.1(A), undersigned counsel certifies that he conferred with counsel for the Colorado Department of Corrections regarding the relief requested herein. The CDOC does not oppose this Motion.

**STATEMENTS**

    1.    The CDOC filed its Rule 50 and Rule 59 motions on January 13, 2023. (ECF 438 & 440.)

2. Per the Court's minute order dated December 20, 2022, Mr. Brooks's responses to both motions are currently due on February 3, 2023. (ECF 436.)

3. Undersigned counsel only recently received the transcripts from the five-day trial in this matter.

4. Additionally, the Parties are currently discussing the possibility of participating in mediation to resolve this matter.

5. Good cause exists for Mr. Brooks's requested extensions because of the volume of the trial transcripts, the complexity of the legal issues raised in the CDOC's post-trial motions, the and the complexity of the factual issues in the underlying trial.

6. Undersigned counsel conferred with counsel for the CDOC by email on January 23, 2023, and the CDOC does not oppose the requested extension.

WHEREFORE, Plaintiff Jason Brooks respectfully requests this Court enter an order extending his response deadlines for Defendant's Rule 50 and Rule 59 motions by twenty-one days, from February 3, 2023, up to and including February 24, 2023.

Dated: January 24, 2023.                    Respectfully submitted,

                                            s/ Kevin D. Homiak
                                            Kevin D. Homiak
                                            HOMIAK LAW LLC
                                            1001 Bannock Street, Suite 238
                                            Denver, Colorado 80204
                                            (505) 385-2614
                                            kevin@homiaklaw.com

                                            and

                                            Athul K. Acharya
                                            PUBLIC ACCOUNTABILITY

P.O. Box 14672
Portland, OR 97293
503-383-9492
athul@pubaccountability.org

*Attorneys for Plaintiff Jason Brooks*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on January 24, 2023, I electronically served the foregoing **PLAINTIFF JASON BROOKS'S <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S RULE 50 AND RULE 59 MOTIONS** on the following individuals at the following email addresses:

- **Joshua G. Urquhart**
  joshua.urquhart@coag.gov

- **Rachel Lieb**
  rachel.lieb@coag.gov

- **Kelley Dziedzic**
  kelley.dziedzic@coag.gov

                                *s/ Jennifer Loadman*