IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02894-SKC

JASON BROOKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

## JOINT MOTION TO STAY PENDING DEADLINES AND CONDUCT MEDIATION UNDER D.C.COLO.LCIVR 16.16(A)

    Plaintiff Jason Brooks and Defendant Colorado Department of Corrections (the "CDOC"), by and through their undersigned attorneys, hereby move this Honorable Court for an Order under D.C.COLO.LCivR 16.16(a) to (i) take this matter to mediation before the Civil Pro Bono Mediation Panel, (ii) stay all pending deadlines until 21 calendar days after the completion of the mediation, and (iii) require the Parties to submit a joint status report to the Court by no later than 7 calendar days after the completion of the mediation informing the Court of whether a settlement has been (or will likely be) reached in this matter.

    AND AS GROUNDS THEREFORE, state as follows:

1.     Mr. Brooks filed this lawsuit on October 23, 2013.

2.     Mr. Brooks's remaining claim under Title II of the Americans with Disabilities Act was tried before a jury on December 12-16, 2022, and the jury found in his favor.

3.     On January 13, 2023, the CDOC timely filed motions under Federal Rules of Civil Procedure 50 and 59. (ECF 438 & 440.)

4.      Mr. Brooks's responses to those motions were initially due on February 3, 2023, but on January 24, 2023, he moved to extend the deadline for filing those extensions to February 24, 2023—which request the Court granted. (ECF 436, 446, 447.)

5.      Thus, Mr. Brooks's responses to the CDOC's Rule 50 and Rule 59 motions are currently due on February 24, 2023. (ECF 447.)

6.      On January 31, 2023, the Parties agreed that (i) this matter should proceed to mediation before the Civil Pro Bono Mediation Panel for the U.S. District Court for the District of Colorado,[1] (ii) all pending deadlines should be stayed until 21 calendar days after the completion of that mediation, and (iii) the Parties shall submit a joint status report to the Court by no later than 7 calendar days after the completion of the mediation informing the Court of whether a settlement has been (or will likely be) reached in this matter.

7.      Good cause exists for this order because of the length of time that this matter has been pending, the complexity of the legal issues raised in the underlying trial, and that this is a *pro bono* matter.

WHEREFORE, Mr. Brooks and the CDOC respectfully ask this Court for an Order under D.C.COLO.LCivR 16.16(a) to (i) take this matter to mediation before the Civil Pro Bono Mediation Panel, (ii) stay all pending deadlines until 21 calendar days after the completion of the mediation, and (iii) require the Parties to submit a joint status report to the Court by no later than 7 calendar days after the completion of the mediation informing the Court of whether a settlement has been (or will likely be) reached in this matter.

---

[1] Before filing this joint motion, counsel for Mr. Brooks communicated with Ed Butler by phone and by email, and he confirmed that this matter is eligible for mediation by the Civil Pro Bono Mediation Panel and recommended that the Parties obtain a court order to do so.

Respectfully submitted on January 31, 2023.

<div style="display: flex;">

<div>

*s/ Kevin D. Homiak*
Kevin D. Homiak
HOMIAK LAW LLC
1001 Bannock Street, Suite 238
Denver, Colorado 80204
 (505) 385-2614
kevin@homiaklaw.com

and

Athul K. Acharya
PUBLIC ACCOUNTABILITY
P.O. Box 14672
Portland, OR 97293
503-383-9492
athul@pubaccountability.org

*Attorneys for Plaintiff Jason Brooks*

</div>

<div>

PHILIP J. WEISER
Attorney General

*/s/ Joshua Urquhart (via e-mail 1/31/2023)*
JOSHUA G. URQUHART*
Senior Assistant Attorney Generals
KELLEY M. DZIEDZIC*
RACHEL M. LIEB*
Assistant Attorneys General
Civil Litigation & Employment Law Section
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 720-508-6000
Facsimile: 720-508-6032
E-mail: kelley.dziedzic@coag.gov,
rachel.lieb@coag.gov,
joshua.urquhart@coag.gov

*Attorneys for Defendants Colorado Department of Corrections*

</div>

</div>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically via CM/ECF and a copy served on the following parties and counsel of record:

- **Joshua Urquhart**
  Joshua.Urquhart@coag.gov

- **Rachel Lieb**
  Rachel.Lieb@coag.gov

- **Kelley Dziedzic**
  Kelley.Dziedzic@coag.gov

                                                *s/ Jennifer A. Loadman*
                                                Paralegal, Homiak Law LLC