IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02894-SKC

JASON BROOKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

**JOINT STATUS REPORT REGARDING COURT-ORDERED MEDIATION (ECF 449)**

    Plaintiff Jason Brooks and Defendant Colorado Department of Corrections (the "CDOC"), by and through their undersigned attorneys, hereby provide this joint report on the status of the parties' court-ordered mediation, pursuant to the Court's February 3, 2023 order. The parties state as follows:

    1.    The parties attended mediation with Mr. Gordon Netzorg on March 7, 2023 via Zoom.

    2.    The parties were unable to agree on a settlement for this matter.

    3.    The parties are continuing to discuss options for resolving this case.

    4.    The parties request an additional extension of the pending deadlines, currently set for March 28, 2023, of another twenty-one (21) days, up to and including April 18, 2023, so they may continue working on settlement.

    5.    Good cause exists for this request because of the clarification the parties received through mediation on the decision makers who would need to be involved in order to achieve

settlement, and because of the length of time that this matter has been pending, the complexity of the legal issues raised in the underlying trial, and the fact that this is a *pro bono* matter.

WHEREFORE, Mr. Brooks and the CDOC respectfully ask this Court for an Order to (i) extend the current stay of all pending deadlines another 21 calendar days from the current deadline of March 28, 2023, up to and including April 18, 2023 ; (ii) within 7 days of the extended deadline provide the Court a joint status report regarding any updates on settlement or if the parties will proceed with completion of post-trial briefing.

Respectfully submitted on March 14, 2023.

| | |
|---|---|
| *s/ Kevin D. Homiak* | PHILIP J. WEISER |
| Kevin D. Homiak | Attorney General |
| HOMIAK LAW LLC | |
| 1001 Bannock Street, Suite 238 | */s/ Joshua Urquhart (via email 3/14/23)* |
| Denver, Colorado 80204 | JOSHUA G. URQUHART* |
| (505) 385-2614 | Senior Assistant Attorney Generals |
| kevin@homiaklaw.com | KELLEY M. DZIEDZIC* |
| | RACHEL M. LIEB* |
| and | Assistant Attorneys General |
| | Civil Litigation & Employment Law Section |
| Athul K. Acharya | 1300 Broadway, 10th Floor |
| PUBLIC ACCOUNTABILITY | Denver, Colorado 80203 |
| P.O. Box 14672 | Telephone: 720-508-6000 |
| Portland, OR 97293 | Facsimile: 720-508-6032 |
| 503-383-9492 | E-mail: kelley.dziedzic@coag.gov, |
| athul@pubaccountability.org | rachel.lieb@coag.gov, |
| | joshua.urquhart@coag.gov |
| *Attorneys for Plaintiff Jason Brooks* | |
| | *Attorneys for Defendants Colorado Department of Corrections* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via CM/ECF and served on all parties and counsel of record.

- Joshua Urquhart
  Joshua.Urquhart@coag.gov

- Rachel Lieb
  Rachel.Lieb@coag.gov

- Kelley Dziedzic
  Kelley.Dziedzic@coag.gov

*s/ Jennifer A. Loadman*
Paralegal, Homiak Law LLC