IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02894-SKC

JASON BROOKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

**NOTICE OF WITHDRAWAL OF RENEWED RULE 50 MOTION FOR JUDGMENT AS A MATTER OF LAW, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW [ECF NO. 438]**

Defendant Colorado Department of Corrections ("CDOC"), through its attorneys, respectfully files this Notice of Withdrawal of Renewed Rule 50 Motion for Judgment as a Matter of Law, or in the Alternative, Motion for Partial Judgment as a Matter of Law [ECF No. 438].

1. On January 13, 2023, Defendant filed Renewed Rule 50 Motion for Judgment as a Matter of Law, or in the Alternative, Motion for Partial Judgment as a Matter of Law. (ECF No. 438).

2. Defendant hereby withdraws the Rule 50 Motion.

3. The Rule 59 Motion to Alter or Amend Judgment, or for a New Trial [ECF No. 440] remains pending.

Respectfully submitted this 10th day of April, 2023.

                                          PHILIP J. WEISER
                                          Attorney General

                                          *s/ Joshua G. Urquhart*

JOSHUA G. URQUHART*
Senior Assistant Attorney General
KELLEY M. DZIEDZIC*
RACHEL LIEB*
Assistant Attorney Generals
*Counsel of Record
Civil Litigation & Employment Law Section
1300 Broadway, 10th Floor
Denver, Colorado 80203
Telephone: 720-508-6000
Facsimile: 720-508-6032
E-mail: joshua.urquhart@coag.gov
kelley.dziedzic@coag.gov
rachel.lieb@coag.gov
*Attorneys for Colorado Department of Corrections*

## CERTIFICATE OF SERVICE

I certify that on April 10, 2023, I have served the foregoing **NOTICE OF WITHDRAWAL OF RENEWED RULE 50 MOTION FOR JUDGMENT AS A MATTER OF LAW, OR IN THE ALTERNATIVE, MOTION FOR PARTIAL JUDGMENT AS A MATTER OF LAW [ECF NO. 438]** upon all parties by **E-FILING** with the court via CM-ECF, addressed as follows:

Kevin D. Homiak
homiak@wtotrial.com

Athul K. Acharya
athul@pubaccountability.org

*Attorneys for Plaintiff Jason Brooks*


***Courtesy copy e-mailed to client representatives:***
Adrienne Sanchez, Associate Director of Legal Services, CDOC


                *s/ Elle Di Muro*