# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02894-SKC

JASON T BROOKS,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

---

## AMENDED FINAL JUDGMENT

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    This action was tried before a jury of nine duly sworn to try the issues herein with United States Magistrate Judge S. Kato Crews presiding, and the jury rendered a verdict. It is ORDERED that judgment is entered in favor of the Plaintiff Jason T Brooks in the amount of $3,500,000.00 (three million five hundred thousand dollars), and against Defendant Colorado Department of Corrections.

    It is FURTHER ORDERED that post-judgment interest shall accrue at the rate of 4.80 percent, from the date of entry of judgment, pursuant to 28 U.S.C. § 1961.

    It is FURTHER ORDERED that costs shall be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED April 28, 2023, at Denver, Colorado.

                              FOR THE COURT:
                              Jeffrey P. Colwell, Clerk


                              By:    *s/A. Montoya*
                                      Deputy Clerk