IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. District Judge S. Kato Crews

| | |
|---|---|
| Case No.: 13-cv-02894-SKC | Date: April 4, 2024 |
| Courtroom Deputy: Cathy Pearson | |
| Court Reporter: Mary George | |

| Parties | Counsel |
|---|---|
| JASON T. BROOKS, | Kevin Homiak |
| Plaintiff, | |
| v. | |
| COLORADO DEPARTMENT OF CORRECTIONS, | Andrew Williams |
| | Joshua Urquhart |
| Defendant. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**
**Court in session:** 10:57 a.m.

Court calls case. Appearances of counsel. Plaintiff is present. Present at Plaintiff's table is Macy Mize-Martinez.

The Court reviews the status of the case and raises questions for counsel.

Discussion held and argument given regarding this Court's jurisdiction as to the petition to declare the state court judgment spurious.

The Court states findings.

**ORDERED:** Plaintiff Jason Brooks's Emergency Request for Status Conference (ECF Doc. 483) is GRANTED.

**ORDERED:** Plaintiff Jason Brooks's Opposed Petition for Order to Show Cause Pursuant to C.R.S. § 38-35-204 (ECF Doc. 485) is DENIED as moot as stated on the record.

**ORDERED:** Plaintiff Jason Brooks's Amended Opposed Petition for Ex Parte Order to Show Cause Pursuant to C.R.S. § 38-35-204 is DISMISSED without prejudice as stated on the record.

Mr. Homiak is granted leave to file a motion as to this Court's jurisdiction under Rule 69 proceedings. The Court advises Mr. Homiak to **not** attach letters from clients to any motions or briefings.

**Court in recess:**     **11:29 a.m.**
Time in court:          00:32
Hearing concluded.